✎AO 440  (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

<u>MIDDLE</u>  District of  <u>ALABAMA</u>

BEATRICE L. WILLIS

V.

SEARS

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:  3:05-cv-01019-SRW

TO: (Name and address of Defendant)

SEARS
c/o SEARS Legal Department
333 Beverly Road, A3-128B
Hoffman Estates, IL 60179

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

T. ROBIN MCINTYRE
2101 Executive Park Drive
Suite 102
Opelika, AL 36801
(334)745-3223

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_

CLERK

_Denna M. Taylor_

(By) DEPUTY CLERK

_October 28, 2005_

DATE

AO 440  (Rev. 10/93)  Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE |
|---|---|
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant.  Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
                   Date                          *Signature of Server*


                                         _____
                                         *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

uñuis

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X         ☐ Agent  ☐ Addressee<br>B. Received by ( *Printed Name*)   C. Date of Delivery |
| 1. Article Addressed to: 3:05cv1019 Cmplsrv<br>c/o Sears<br>Sears Legal Dept<br>333 Beverly Rd<br>A3-128B<br>Hoffman Estates IL<br>60179 | D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No |
| | 3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☐ Registered  ☑ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? *(Extra Fee)*  ☐ Yes |
| 2. Article Number<br>*(Transfer from service label)*  7005 1820 0001 7949 1613 | |
| PS Form 3811, February 2004    Domestic Return Receipt | 102595-02-M-1540 |