## IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA
## EASTERN DIVISION

| | | |
|---|---|---|
| BEATRICE L. WILLIS, | ) | |
| | ) | |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO.: 3:05-CV1019-SRW |
| | ) | |
| | ) | |
| SEARS ROEBUCK & CO. | ) | |
| | ) | |
| | ) | |
| DEFENDANT. | ) | |

### DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME

COMES NOW Defendant, Sears Roebuck & Co., by and through its counsel and request this Honorable Court pursuant to Rule 6(b) of the Federal Rules of Civil Procedure to enter an order granting an extension or enlargement of time for said defendant to file their Answer/Response in this action. In support of said motion, defendant states as follows:

1.     This action was originally filed on October 24, 2005. The Complaint was served on defendant on November 1, 2005. The time for filing a responsive pleading or motion on behalf of the defendant will be November 21, 2005.

2.     The facts and circumstances surrounding the incidents made the basis of this action appear to be detailed, and the undersigned is in need of additional time in which to obtain an understanding of the true facts and circumstances involved in this action in order to file meaningful Answer/Response.

3.     The undersigned has contacted plaintiff's counsel, T. Robin McIntyre, and requested that the time for defendant to Answer/Respond to plaintiff's Complaint be extended 14 days from the date on which defendant's Answer/Response is due to be filed. Plaintiff's counsel

## MOTION GRANTED

1412946

THIS _17th_ DAY OF _November_ , 20 _05_

_____
UNITED STATES MAGISTRATE JUDGE