**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

December 6, 2005

# NOTICE OF CORRECTION

**To:** All Counsel of Record

**From:** Clerk's Office

**Case Style:** Beatrice L. Willis vs. Sears

**Case Number:** #3:05-cv-01019-SRW

**Referenced Document:** Document #6
Answer to Complaint

**This notice has been docketed to enter the corrected pdf of the referenced document into the record. The original pdf did not contain a signature on the pleading nor the certificate of service. The corrected pdf is attached to this notice.**