IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| BEATRICE L. WILLIS, | ) |
| Plaintiff, | ) |
| vs. | ) Civil Action No.: 03-CV-05-1019-W |
| SEARS ROEBUCK& CO., | ) |
| Defendant. | ) |

### REPORT OF PARTIES' PLANNING MEETING

Pursuant to Fed.R.Civ.P.26(f), a meeting of the parties' representatives was held on January 4, 2006 at 10:00 a.m. by telephone and was attended by T. Robin McIntyre in Opelika, Alabama on behalf of the Plaintiff, and Mac B. Greaves in Birmingham, Alabama on behalf of the Defendant.

1. Pre-Discovery Disclosures. The parties will exchange by February 10, 2006 the information required by Local Rule 26.1(a)(1).

2. Discovery Plan. The parties jointly propose to the court the following discovery plan.

Discovery will be needed on the following subjects:

Liability, Damages and Defenses.

All discovery commenced in time to be completed by October 20, 2006.

Maximum of 25 interrogatories by each party to any other party. Responses due 30 days after service.

Maximum of 25 requests for admission by each party to any other party. Responses due 30 days after service.

Maximum of 7 depositions by plaintiff and 7 by defendant without leave of court.

1422873

Names of experts and Reports from retained experts under Rule 26(a)(2) due from plaintiff by June 20, 2006; from defendant by July 20, 2006.

Supplemental disclosures and supplemental discovery responses under Rule 26(e) shall be made at reasonable intervals once new or different information becomes known to any party that should be disclosed under Rule 26(a)(1) or that adds to, changes, or corrects any earlier discovery response.

3. Other Items.

The parties do not request a conference with the court before entry of the scheduling order.

Plaintiff should be allowed until June 20, 2006 to join additional parties and until June 20, 2006 to amend the pleadings.

Defendant should be allowed until July 20, 2006 to join additional parties and July 20, 2006 to amend the pleadings.

All potentially dispositive motions should be filed by December 30, 2006.

Settlement cannot be realistically evaluated prior to August 30, 2006 and may be enhanced by use of the following alternative dispute resolution procedure: ADR track and procedure.

The parties request a final pretrial conference in January 2007.

Final lists of <u>trial witnesses and exhibits under Rule 26(a)(3) should be due</u>: from plaintiff: witness and exhibit list by 30 days before trial; from defendants: witness and exhibit list by 30 days before trial.

Parties should have 15 days after service of final lists of witness and exhibit lists to list objections under Rule 26(a)(3).

      The case should be ready for trial by February 2007, and at this time is expected to take approximately 3 days for trial.

*/s/ T. Robin McIntyre*
Attorney for Plaintiff,
T. Robin McIntyre, Esq.

**OF COUNSEL**:

2101 Executive Park Drive
Office 102
Opelika, Alabama 36801
Telephone:  (334) 745-3223
Facsimile:  (334) 821-8777

*/s/ Mac B. Greaves*
Attorney for Defendant,
Mac B. Greaves, Esq.

**OF COUNSEL**:
BURR & FORMAN LLP
3100 Wachovia Tower
420 North 20th Street
Birmingham, Alabama 35203
Telephone:  (205) 251-3000
Facsimile:  (205) 458-5100