IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| BEATRICE L. WILLIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 3:05cv1019-W |
| | ) | |
| SEARS ROEBUCK & CO., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

The report of parties planning meeting was filed January 5, 2006. However, the undersigned Magistrate Judge cannot enter a scheduling order or proceed in this action without written consent from all parties. Accordingly, it is ORDERED that the parties are DIRECTED to execute and file, on or before January 25, 2006, either the attached form consenting to Magistrate Judge jurisdiction or the form requesting reassignment to a District Judge.[1]

DONE, this 12th day of January, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE

---

[1] This order supersedes any notice the parties may have received or may hereafter receive from the Clerk of the Court regarding consent to Magistrate Judge jurisdiction. Any party to the lawsuit has the right to decline assignment of this case to a Magistrate Judge and to request random reassignment of this case to a District Judge for all purposes including trial and the entry of final judgment. The Magistrate Judge will not be advised of the identity of any party requesting reassignment.

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| _____, | ) |
| Plaintiff(s), | ) |
| v. | ) CIVIL ACTION NO. _____ |
| _____, | ) |
| Defendant(s). | ) |

**CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28, U.S.C. § 636©, the undersigned party or parties to the above-captioned civil matter hereby confirm in writing their consent to a United States Magistrate Judge conducting any and all further proceedings in the case, including trial, and ordering the entry of a final judgment.

_____        _____
    Date                                              Signature

                                                                    _____
                                                                    Counsel For (**print** name of all parties)

                                                                    _____
                                                                    Address, City, State Zip Code

                                                                    _____
                                                                    Telephone Number

**<u>DO NOT FILE THIS DOCUMENT ELECTRONICALLY.</u>**
**Please mail to:**
**Clerk, United States District Court**
**Post Office Box 711**
**Montgomery, AL 36101**

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA

_____, )
)
     Plaintiff(s), )
)
v. )   CIVIL ACTION NO. _____
)
_____, )
)
     Defendant(s). )

**REQUEST FOR REASSIGNMENT OF CASE
TO A UNITED STATES DISTRICT JUDGE**

The undersigned party hereby declines to consent to the Magistrate Judge's exercise of civil jurisdiction in this case. The undersigned party requests reassignment of this case to a United States District Judge.

_____     _____
    Date                                                   Signature

                                                   _____
                                                   Counsel For (**print** name of all parties)

                                                   _____
                                                 Address, City, State Zip Code

                                                   _____
                                                 Telephone Number

**<u>DO NOT FILE THIS DOCUMENT ELECTRONICALLY.</u>**
**Please mail to:**
**Clerk, United States District Court**
**Post Office Box 711**
**Montgomery, AL 36101**