IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA

Beatrice L. Willis
    Plaintiff(s),

v.

Sears
    Defendant(s).

CIVIL ACTION NO. 3:05-cv-01019-SRW

RECEIVED

## CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. § 636(c), the undersigned party or parties to the above-captioned civil matter hereby confirm in writing their consent to a United States Magistrate Judge conducting any and all further proceedings in the case, including trial, and ordering the entry of a final judgment.

Date: 2/21/06

Signature: J. Robin McIntyre

Counsel For (print name of all parties): Beatrice L. Willis

Address, City, State Zip Code: 2101 Executive Park Dr, Opelika, AL 36801

Telephone Number: (334) 745-3223

**DO NOT FILE THIS DOCUMENT ELECTRONICALLY.**
Please mail to:
Clerk, United States District Court
Post Office Box 711
Montgomery, AL 36101