**ORIGINAL**

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA

2006 JAN 25 P 2 43

| | |
|---|---|
| BEATRICE L. WILLIS, ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 3:05-CV-1019-W |
| ) | |
| SEARS ROEBUCK & CO., ) | |
| ) | |
| Defendant(s). ) | |

## CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. § 636©, the undersigned party or parties to the above-captioned civil matter hereby confirm in writing their consent to a United States Magistrate Judge conducting any and all further proceedings in the case, including trial, and ordering the entry of a final judgment.

01/25/06
Date

_Micole A. Henstreet_
Signature

SEARS ROEBUCK & CO.
Counsel For (**print** name of all parties)

Burr & Forman, LLP
420 N. Twentieth Street, Suite 3100, Birmingham, AL 35203
Address, City, State Zip Code

(205) 251-3000
Telephone Number

**DO NOT FILE THIS DOCUMENT ELECTRONICALLY.**
Please mail to:
Clerk, United States District Court
Post Office Box 711
Montgomery, AL 36101