IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE
DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| BEATRICE L. WILLS,<br>    Plaintiff, | )<br>)<br>) |
| vs. | ) Civil Action No.: 3:05cv1019-SRW<br>) |
| SEARS ROEBUCK & CO.,<br>    Defendant. | )<br>) |

## MOTION TO AMEND COMPLAINT

Plaintiff request the Court allow the Plaintiff to amend Plaintiff's Complaint to seek relief of punitive damages as provided for by the Civil Rights Act of 1991 in Section 1981A(b)(1).

_____
T. Robin McIntyre
Attorney for Plaintiff
2101 Executive Park Dr.
Opelika, AL 36801
(334) 745-3223

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this __15__ day of __June__, 2006, by U.S. Mail sent a copy of the above to:

Hon. Mieke A. Hemstreet
Burr & Forman LLP
3100 South Trust Tower
420 North 20th Street
Birmingham, AL 35203

_____
T. Robin McIntyre