IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

BEATRICE L. WILLIS,                    )
                                       )
            Plaintiff,                 )
                                       )
    v.                                 )        CIVIL ACTION NO. 3:05CV1019-SRW
                                       )
SEARS,                                 )
                                       )
            Defendants.                )

## ORDER

Upon consideration of plaintiff's motion for leave to amend her complaint (Doc. #

14), it is

ORDERED that defendant may respond on or before June 22, 2006.

Done, this 16th day of June, 2006.


                            /s/ Susan Russ Walker
                            SUSAN RUSS WALKER
                            UNITED STATES MAGISTRATE JUDGE