IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| BEATRICE L. WILLIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 3:05CV1019-SRW |
| | ) |
| SEARS, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Upon consideration of plaintiff's motion for leave to amend her complaint (Doc. # 14) and defendant's opposition to the motion, it is

ORDERED that the motion for leave to amend is GRANTED.

It is further ORDERED that the parties are DIRECTED to show cause, on or before July 17, 2006, why the docket in this action should not be corrected to reflect the name of the defendant as Sears, Roebuck & Co.[1]

DONE, this 6th day of July, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE

---

[1] Further, in reviewing the pleadings in this action to resolve the present motion, the court has noted that the parties have not included a demand for jury trial. Title VII actions are often well-suited to resolution by a jury. Accordingly, the parties are reminded that either party may file a motion pursuant to Fed. R. Civ. P. 39(b) requesting that this action be tried to a jury.