IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| BEATRICE L. WILLIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 3:05CV1019-SRW |
| | ) |
| SEARS, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

For good cause, it is

ORDERED that the Clerk is DIRECTED to amend the docket to reflect the name of the defendant as Sears, Roebuck & Co. as noted in defendant's answer.

DONE, this 20th day of July, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE