LEGALINK, A MERRILL COMMUNICATIONS COMPANY
Court Reporting * Legal Videography * Trial Services

Page 131

**A**

ability 124:2
able 16:21 17:10
  60:8
abuse 48:6 58:12
  59:6
abused 107:1,2
access 108:14,15
accounted 67:6
acted 30:1
acting 6:2 43:2
action 77:11 130:16
activities 12:22
  30:20
address 10:19
  17:20
ads 106:1
advance 35:16,23
advertisement
  113:3
advertisements
  67:3
advertising 27:1
  28:22 103:12,17
advised 3:2
affidavit 44:13
  46:22 51:23 70:9
  77:17 87:3,7,8,10
  87:13 88:18 89:2
African-American
  43:10 45:14 56:23
  68:8
afternoon 7:19
age 10:16
ages 11:10
ago 7:6
agree 34:9
agreed 1:13 2:2,9
  2:18 40:17
agreement 86:1
  102:11 108:1
  109:14
agreements 51:11
ahead 8:11 36:19
  91:10 100:23
  118:21
aisle 70:4 71:20
Alabama 1:2,19
  2:19 5:2,18,22 6:2
  6:8 10:21 13:10
  17:21 92:23 130:3
  130:22
allegation 68:6
allege 70:8 71:6

77:17
alleged 75:3
allegedly 69:17
  76:5,7
allowed 64:8 65:3
Amended 2:20
amount 98:19,21
  99:1,8,19,21
Anderson 19:5
Anita 1:16 2:21
  5:13 6:1 130:21
annual 113:20
answer 8:1,3,11
answering 36:17
  49:21,22
answers 130:9
anybody 11:7,17
  12:1 39:9 44:19
  47:22 52:4 58:11
  60:3,9 71:14 75:2
  75:6,9,13,15,17
  75:19,21 76:20,22
  77:4 78:6 86:14
  89:16 90:20
  109:21,22 124:12
  127:16
anyway 47:18
  103:19 122:21
anyways 35:4 49:10
anywise 130:16
APPEARANCES
  5:15
appeared 126:4
appearing 5:18,22
appliance 48:8 49:5
  53:23 54:2,13,16
  54:22 66:8 70:6
  73:23 103:14
  120:22
appliances 49:4
  70:11 74:23 76:17
  110:11
applications 51:12
  107:21 109:15
applied 23:4 92:2
appointments
  14:16
approval 123:18
approve 32:3
  123:21 124:2
area 20:10,15 21:23
  24:15 26:8,21
  30:14,15 56:14
  61:10 66:9 80:13

84:23 94:9 108:2
  126:18
areas 66:8
arrested 18:14
ASC 42:1,3,7
asked 8:10 26:6
  28:6 29:9 37:21
  40:16 45:3 89:12
  104:15 114:19
asking 28:9 53:12
  69:3,10 71:1 72:4
  75:8 82:7 87:6
  90:21 91:15 92:10
  93:20 116:8
assign 2:13
assist 25:11
assistant 12:9 13:20
  28:2
Assisted 12:7 13:8
  15:3 18:4
assisting 12:12
associate 33:20,23
  40:23 48:22 49:1
  49:4 50:11,23
  51:2 61:23 63:10
  83:20 85:6 86:4,8
  93:11 97:8 (~~)
  110:18 116:12
  118:3,4 119:2
  126:4,12
associated 84:10,12
associates 27:5,8
  28:23 35:17 49:14
  54:8,16,21 55:9
  63:17 65:23 82:19
  82:23 83:5,7
  90:14 93:23 94:4
  94:18 96:11 97:11
  104:2,10,20,23
  105:4 106:5
  109:21 110:11,15
  112:14 114:10
  120:5 125:8,22
  126:18
associate's 125:20
  126:9
assume 7:19 69:21
  70:1
assuming 38:6 59:7
  88:4,12 112:20
assumption 74:9,11
atmosphere 77:14
  86:22 87:2,14
  88:17 89:3

attached 97:4
attend 48:21 49:3,8
  50:17,22 72:16
  106:3,5,7,12
  109:1,4
attended 51:13
  109:6,9 119:5,12
attitude 37:17,20
  38:19 39:5,7,8,16
  39:20 67:14,17,19
  68:13,15,18 87:22
  88:3
attorney 5:17 7:7
  77:10
Auburn 13:10
  51:23 64:2 65:14
  90:11
auditor 67:3
August 38:11 39:2
  41:5 52:18
AUTAUGA 130:4
authority 14:6
  67:16 123:21,22
authorized 14:19
  14:21
auto 43:5
available 118:11
Avenue 13:10
avoid 8:4
awarded 52:20
aware 9:5 49:23
  51:8,17 56:8
  57:12,19 59:16,19
  70:18 71:17 72:17
  77:1 95:16 99:13
  100:12 122:20

**B**

back 9:14 28:5 30:7
  31:2 32:1,16 33:9
  33:17,19 35:23
  36:7 41:4 52:17
  55:3 63:5,6 78:12
  80:10 125:9
  127:19
bad 127:3
bank 32:4,7,13,19
  33:6,12
bar 97:13,16,18,19
  100:13 123:13
Barbara 79:13 80:2
  80:18 82:2,3
  84:18 101:9
Barbara's 82:6

base 74:7
based 73:9
basically 42:6 46:2
  46:3 67:7
basis 50:15,19,20
  58:2 82:9
Beatrice 57:5,6,10
  59:5 61:3,21
  72:18 73:17 77:9
began 18:20
beginning 6:9 29:21
behalf 5:19,23
behold 73:22 80:9
believe 68:11 73:16
benefit 128:16
Betty 79:15 80:9
big 107:19,23
  109:16
Birmingham 5:22
birth 10:3
black 40:7 43:2
  66:22 67:13,20
  68:2,19,23 69:13
  70:6,11 73:15
  76:17 78:11 83:5
  83:7 86:10,14,17
  87:20 90:2
black/white 86:15
blame 88:3
blood 9:7
blue 54:13
book 85:21 124:18
boss 43:20
bottom 127:7
bounced 32:10,22
Bowery 10:20
boxes 19:15
break 8:8,12
Briefly 58:14
bring 61:19 63:22
  64:14 91:14
brought 44:21
  62:23
Bryant 1:16,22 6:9
  6:13 7:2 8:15
  9:15 10:8 12:4
  18:15 36:18 44:2
  44:13 47:12 53:13
  68:5 69:3,10 70:8
  70:22 71:1 74:10
  80:4 90:21 92:10
  100:19 128:22
bulk 26:23
Burr 1:18 5:21 6:7

LEGALINK, A MERRILL COMMUNICATIONS COMPANY
Court Reporting * Legal Videography * Trial Services

Page 132

business 12:15
  13:23 14:3 54:3
  68:14
buy 54:12
buying 92:23
Byron 21:23 23:11
  25:6 27:22 28:1
  42:23 43:13,14,16
  57:5,7 59:10 61:1
  62:5,7 77:18
  78:17 83:16,17,18
  84:4 107:12,20,22
  117:2
Byron's 43:20

**C**

C 130:1,1
call 7:3 41:6 42:3
  72:20 73:1 116:6
  123:17
Callaway 9:18,23
called 20:18 23:18
  32:8,23 33:6,6,19
  33:20,23 40:23
  41:7,16 42:6 57:7
  72:18 73:5 106:4
  107:7 117:3,6
calling 30:13
capacity 20:1 24:23
card 64:21 65:1,6,9
Carolyn 55:16 56:2
  56:3 74:1 77:19
  77:22 110:19
  111:9
CASE 1:5 5:5
cash 34:20 35:16,22
  61:10 94:19 123:1
cashed 32:1
cause 6:10 130:17
cell 57:8 117:7
center 33:21,23
  41:1 43:5 66:14
  116:7,12
certain 65:3 79:7
  83:5 126:19
Certified 130:21
certify 6:3 130:6,14
chain 101:12
change 30:12 85:9
  85:23 86:6 102:8
  102:8
changed 85:20
  95:15,18
charge 31:13,16

95:11 103:11
charged 18:17 36:6
  36:9
check 32:12,16,22
  33:2,5 35:10,11
  67:4 85:9
checked 112:20
checks 16:4 32:2,4
  32:9 33:8,11,12
  33:14,22 34:6,8
  34:12,14,20 35:2
  35:3,7,23 36:6
  37:9,10,18 38:10
  38:18 39:2 41:8
  41:12 42:7,11
  68:10,12
children 10:14 11:9
children's 61:10
circumstances
  122:2
City 92:23
Civil 2:19 6:4
claim 45:20 119:4
claiming 71:10
clarify 7:21
class 77:11
clear 50:2,3
clerk 21:11,15
  30:10,11
clicked 126:1,8
Clint 55:19
close 128:16
closing 96:9
clothing 24:15
  61:11
code 97:13,16,18,19
  100:13 123:18
Collin 16:20
Collins 17:14 22:4
  22:22 24:3 27:14
  36:14 119:21,23
come 19:18 36:6
  63:7 64:20 85:13
  85:14 101:20
  102:6,11,18,20
  104:10 108:4
  112:23 118:16
  121:12 122:19
  125:18
comes 123:14
coming 32:16 86:5
  113:2 114:8
command 101:13
comment 42:19,21

70:7 71:7 72:8
  75:3,6 78:16 79:2
commission 128:4,7
  128:9
Commissioner 1:17
  5:13 6:3 130:22
common 53:10
  63:19 64:1
communicate 12:18
communicated
  102:15 103:21
communicating
  105:3
company 1:9 5:9
  30:12 33:7 35:20
  53:8 66:20 103:11
  103:16 107:2
  112:4,5 113:23
  125:14 127:3
complain 42:20
  89:6,16
complained 89:9,19
compliance 2:5
composed 115:4
computer 20:15
  96:21 118:8,12,14
  119:1 125:6,20
computer-aided
  130:10
concern 115:20
concerned 106:21
  108:3
concluded 128:23
conditions 9:3
conduct 107:16
confidentiality
  110:9
consider 87:1
constituted 89:2
CONTINUED 4:6
  115:6 124:22
  127:9
conversation 38:2,3
  38:5 60:4
conversations
  11:16 58:16
copies 65:19 121:3
copy 44:22 122:3
corporate 47:6
  65:17 93:2 95:14
  122:11
correct 28:11 43:8
  43:17 46:15 56:23
  64:6 71:8 74:15

81:21 97:17 98:5
  100:7 117:14
  118:9 122:23
  128:10 130:12
correctly 26:13
corresponds 97:14
counsel 1:15 2:10
  2:12 6:6 8:14,17
  130:15
COUNTY 130:4
coupon 47:14 48:6
  48:8 52:9,11,13
  52:16 53:1,5,14
  53:20,20 57:13
  59:6 60:17,18,23
  61:13 62:9,14,20
  63:17,21 64:13
  65:9,12 91:5,8,12
  91:20,22,23 97:14
  97:23 98:3,7 99:3
  99:3,4,6,10,13,23
  100:2 109:12
  112:23 113:1
  120:23
coupons 52:1,5 53:8
  53:18,22 54:5,10
  58:3,6,8,10 59:7
  60:16,18 61:4,22
  62:4,15,21 63:2,3
  64:16,19 65:11,20
  91:10 99:22
  106:22 107:3,4
  108:4,4,7 109:11
  112:13,15,16
  113:5,8 114:4
  116:19,23 117:4,4
  119:6,14,15,18,21
  120:2,14,17,19
  121:4,5,8 122:4
  122:23 123:7
  124:8 127:5
course 81:23
court 1:1 2:6 3:3,4
  5:1 6:1,18 8:5
coverage 125:11
covered 88:23
covers 33:8
create 66:3,12
  103:17,18
credit 51:11 64:21
  65:1,5,9 107:21
  109:14
crime 18:18
criminal 34:3 41:20

crooked 66:19
Crystal 82:21
currently 10:11
  12:3
customer 16:1
  25:11 62:23 63:6
  63:7 64:4 66:15
  90:15 93:22 94:2
  103:20 112:22
customers 16:2
  64:8 65:3,22
  66:20 93:18 94:1
cut 25:5 78:22

**D**

D 4:1
dad 92:22 93:6
daily 82:9
Darby 52:8,13
  55:12 91:3
date 6:3 10:2 22:17
  92:6,8 126:19
daughter 89:11
day 1:19 2:23 29:8
  40:11 49:18 57:6
  73:12 82:8 84:16
  105:16
days 33:3 73:14
deal 39:1 79:4
December 13:13
  16:8
decent 16:18
decided 34:7
decision 76:1 80:16
  80:17,21 115:9,12
  115:15,17 116:9
declaration 45:17
  114:20
deep 58:16
Defendant 1:10
  5:10,23
definitely 109:6
  121:19
delivering 2:21
Denise 1:6 5:6 8:22
  45:14 57:8 61:3
  61:20 73:17,19
  77:8
Denise's 117:6
department 15:16
  20:9 21:23 23:21
  23:23 24:7,15,21
  25:21 48:8,17
  49:5 50:8 53:23

1933 Richard Arrington Jr. Blvd. S. * Birmingham, AL 35209 * www.legalink.com
1-800-888-DEPO

LEGALINK, A MERRILL COMMUNICATIONS COMPANY
Court Reporting * Legal Videography * Trial Services

Page 133

54:13,17,22 61:8
66:4,7 74:1 79:8
79:14 84:22 91:7
102:7,10 103:8,14
104:9 107:11
108:6 109:16
118:4 120:22
125:15
departments 48:16
49:14 103:2
dependent 93:5,6
depends 47:15
deposition 1:15,22
2:3,4,15 7:14
11:13 128:22
depositions 2:7
describe 87:3
desk 16:1 23:9,19
detail 96:11,13,14
different 114:3
direct 27:13
directly 27:9
director 12:10,13
13:20 14:17,18
disagreed 58:20
67:7,9 88:1
disapproved 86:3
disciplined 17:23
18:5 31:20,23
42:14
discount 46:23 93:4
discounts 64:4,9,12
90:15 100:9 119:9
discrimination
31:14,17 77:12
88:16
discriminatory
86:22 87:2,14
89:3
discuss 47:22 57:3
59:21 60:1,9,11
70:23 80:22 101:7
114:9,9
discussed 38:10
57:5 62:6 80:23
discussing 38:18
discussion 34:5
101:5 108:5
109:10,11
discussions 119:6,9
displays 28:23
district 1:1,2 5:1,2
34:7 102:18
122:18

diuretics 9:8
DIVISION 1:3 5:3
doctor 79:1
doctor's 14:16
Dodson 56:4,5,22
74:2,13 83:11,13
83:22
doing 16:2 26:23
30:19 46:10 67:10
72:6 74:4 80:10
80:12 86:10 89:12
92:18 102:8
103:22 108:9
112:18 126:5
dollar 99:5 100:2
dollars 66:5,13 98:8
100:11 103:9
double 42:11
draw 128:8
drawer 52:22 53:7
53:19,22 54:2
60:19 61:1,23
62:4,11,14,20,22
63:4,5,7,8,18 91:9
92:16 112:15,16
116:20 119:16,18
119:22 120:15,17
120:19
dress 15:16 66:4
dresses 66:6 103:8
103:9
drinking 9:8
drive 5:18 14:19,21
66:6 122:5,8
123:9 127:5
driving 14:11
duly 6:14
Dumas 42:23 43:3
58:14 77:1,8 84:1
84:6
duties 12:11,12
26:10
duty 123:17

_____
E
_____
E 4:1 130:1,1
earlier 28:6
early 87:20 114:2
easier 8:5
EASTERN 1:3 5:3
eat 78:22
EEOC 31:14
effect 2:5
effective 2:20

eighteen 10:17 22:8
either 60:5 84:16
89:1 104:18 118:3
124:17
electronics 48:17
eleven 11:11
eligible 52:20 53:4
61:17,18 63:20
64:1,5,13,15,17
90:16
email 32:22 125:14
126:20,21
employed 12:4
117:10
employees 79:8
empowered 124:4
encounters 16:2
enforce 127:20
enjoyed 89:12
enter 19:19,21
entering 20:21
entire 13:22 23:20
114:1
entitled 65:8 98:14
errors 122:23
Especially 83:7
ESQUIRE 5:16,20
ethic 72:18
ethical 92:18
event 109:17 114:8
events 107:20,23
everybody 49:2
60:16 67:10 99:12
106:5,7
evidence 2:16
evidently 59:17
74:3 115:18
exact 21:12 112:9
exactly 35:17 38:17
42:9 46:13 63:15
65:5 71:9,13
84:21 85:2 88:7,7
90:3 91:1 99:20
104:21 105:18,18
113:7 126:6
128:18
examination 4:2,6
6:11,16 101:1
115:6 124:22
127:9
examined 6:14
example 98:13
Excuse 87:16 112:1
executive 5:17 12:9

12:13 13:20 14:17
exhibit 98:12
exhibits 3:1
expect 101:13
expected 101:12
experience 46:8
expiration 92:5,6,8
92:13
expired 65:19 107:3
121:4,5,8,14
123:12,14
explain 20:11 32:11
42:7 101:11
explained 33:4
explaining 41:12
explanation 102:1
extra 33:13,15
113:2,5,7
extraction 96:21
97:1
eyes 70:2 108:10

_____
F
_____
F 130:1
fact 34:23 35:1,5
60:20 66:21
facts 67:22 68:1,5
family 17:7 92:21
far 12:19 47:23
102:8 115:20
fashions 24:21
71:21
fault 50:2
February 60:21
fed 40:8
Federal 6:4
felt 58:20 59:13
77:19,21 81:11
female 68:19 79:15
females 70:6
fifty 127:1
figured 74:4 87:22
figuring 37:17
filed 3:4 7:11 21:2
31:8,13,16
filled 128:2
finalized 76:1
finally 70:5,10
73:14 76:16
financial 12:15
financials 12:14
14:6
find 16:21
fine 6:20,22 28:12

finish 62:16 80:4
fire 37:18,20 57:14
58:9 88:2
fired 33:22 60:15
first 6:14 32:4,12
32:17 36:1 45:16
117:10
fit 20:18
Fitzwater 39:13
127:22,23
five 106:1
floor 21:22 22:6,9
23:9 26:12,15
55:14 73:21 95:21
96:2,7 125:10
128:5
follow 83:2
following 6:11
20:12 47:3
follows 6:15
force 2:5
foregoing 6:5 130:7
130:11
forgot 112:23
Forks 13:9
form 2:11 8:2
Forman 1:18 5:21
6:7
forty-nine 66:5
103:9
four 24:10
fourteen 11:11
105:7 114:23
frankly 25:14
frequently 43:22
Friday 104:6
105:13,14 107:8
108:17
Fridays 105:20
106:1
friends 19:6,8 43:17
43:19
front 49:2
full 2:5
further 2:1,8,17
130:14
F-O-R-K-S 13:10

_____
G
_____
games 12:20
Gandy 32:9,12
33:12,13,17 52:22
59:20 70:1,9
71:11,23 75:4

1933 Richard Arrington Jr. Blvd. S. * Birmingham, AL 35209 * www.legalink.com
1-800-888-DEPO

76:5,14,15 77:13
88:17 90:18
108:14 113:10,12
127:13
Gandy's 91:3
garden 23:22
general 102:3
getting 35:7 70:5,10
73:14 76:16 100:4
108:12
gift 93:8
girl 60:22 61:6
give 35:12,14,15,22
39:22 40:4 64:4
70:3 90:15 98:12
99:2,9 100:17
given 102:4 107:14
130:12
gives 99:7
giving 46:4 93:7
go 7:16 8:11 9:9,11
9:16 15:14 22:11
23:7 32:6 35:15
36:19 66:1,3,8
77:10 78:23 91:10
93:18 96:20
100:22,23 107:22
108:16 114:3,5
115:20 118:12,14
118:21,23 121:12
121:15,16 123:10
123:15,16 125:5,8
125:19 126:2
127:19
goes 48:1
going 7:17,19 15:12
34:2,23 36:23
37:12,16,19 39:6
48:7 66:16 68:14
68:18 69:23 72:1
74:8 76:2 77:10
77:15 82:1 84:15
86:4 88:2,3 91:1
92:7 95:6 96:16
98:11,12 104:1,4
104:18 105:15
107:16 109:16
114:6 127:2
good 127:4
goods 23:22
gotten 33:10 60:15
85:22 104:20
111:6,17,19
126:18

Graham 79:16
80:10
Graham's 80:6
grand 29:10 40:11
40:20
gray 14:23
Greg 24:6,16 25:17
26:6 27:15,21
29:23 120:12,13
ground 90:12
grounds 2:14
guarantee 99:11
128:5,6
guess 74:20 100:4
115:2

_____

**H**

half 78:21
handbook 47:9
105:8,9 109:13
117:9
handed 94:19
handing 95:4
Hang 68:4
hanging 28:22
happen 102:14
104:5 125:11,12
happened 25:13
39:17 71:7 114:22
happening 110:14
happier 90:6
happy 7:23 8:9
hard 33:16
hardware 21:23
23:22
head 8:4
hear 75:2 90:13,17
90:20,23 91:2
108:21
heard 70:1,21 75:6
76:5,7,15,18
109:22 110:17,18
held 13:22 15:7
help 16:18 17:10
26:8,14 40:19
44:19 93:17
122:23
helped 16:20 75:23
helpful 8:13
Hemstreet 2:22 4:4
4:8,10 5:20 6:17
6:20 7:5 9:14
100:16,22 115:5,7
124:19 127:10

128:19
hey 67:10
hire 80:2
hired 105:8
hiring 28:23
hold 21:7
home 23:10,14,20
24:9,21 26:18
27:6,12 34:2
71:20 93:13 95:23
house 10:22 11:1,2
11:3 90:5 92:23
HR 22:15 23:2
hub 30:4,13,16 31:4
32:3 34:21 35:8
56:12 79:11 95:8
Huh-uh 115:23
human 22:13 54:23
56:14 79:12 118:2
hundred 23:9,19
66:12 99:5 100:1
100:10 125:15,16
126:22
husband 11:5 17:8
89:10,14,23 90:5

_____

**I**

idea 37:13 48:5
95:2
identical 70:4
identification 118:5
illegal 102:17,23
103:6
improvement 23:10
23:14,21 24:9
26:19 27:12 93:14
95:23
improvements 27:6
include 14:11 45:10
included 23:21
45:15 88:19
indicate 51:22
67:23 81:10 102:2
indicated 59:12
indicating 45:2
98:15
individuals 76:10
information 45:19
111:7,16 125:19
input 19:16 20:8,15
20:17 43:13
121:18,20,22
123:15
inputted 20:9

inputting 19:17
inside 110:21
instruct 90:14
instructions 103:3
107:15
interact 81:14,18
intercom 85:12
104:7 106:4
107:10,12
interested 130:17
interim 30:1
introduce 98:11
invalid 92:5,9
investigate 48:6
investigated 48:16
74:13 110:23
111:5,15
investigating 39:1
72:3 110:3
investigation 47:13
47:16,17,23 48:11
48:14,19 57:18,22
58:23 59:3,14
60:5,8,10 70:15
70:18 71:2,5 72:1
72:6,9 109:20,23
110:3,7,13
invoices 20:8,16
involve 14:7 26:10
55:17 56:9
involved 55:20,23
56:16 57:17,21
58:23
in-store 26:7,14
28:14 29:14,17
50:9,12 51:5 55:6
79:19 84:4 85:5
96:4 105:1

_____

**J**

Jackie 56:4,5,13,14
56:22 83:11,13,21
Jackson 79:16
Jackson's 80:7
Jacqueline 74:2
Jan 13:6 18:12
January 9:21 16:9
16:14
job 13:3 14:7,11
15:6,10,13 16:17
21:8,10 24:13
36:16 78:21 81:12
83:3 85:16,18
89:11,12

jobs 17:9 27:3
John 59:23 70:2
71:11 73:22 75:4
110:22 111:6,8,8
128:1
Johnson 19:5,7,9
journal 94:18 95:3
96:14,18,20 97:4
97:5,12 99:14
100:14
July 10:4 29:21
June 26:4 28:16

_____

**K**

Kenneth 29:15
Kenny 30:2 33:18
34:1,5,6,7,16,17
36:10,14,20 38:15
40:13 41:22 42:21
42:22 43:2,7,16
43:20 49:6 50:4
65:16 66:18 67:8
67:12 72:16 73:8
73:10,11 76:5,14
77:12,19,21 79:6
79:11,13 80:12,20
81:15,19 87:5
88:17 90:9 101:6
102:14 106:16,23
107:18,21 110:4,5
112:17 113:21,22
114:16 115:13,18
116:12 121:2
124:6 127:14,18
kept 65:16
kids 17:8 90:6
kind 19:21 30:19
44:1,3,5 72:1,9
91:21 106:6,8
114:12
knew 35:3 53:10
61:3,20 67:15
69:1 108:20,22
know 8:8 9:4 12:19
14:6 17:19,20
21:10 24:8 25:2
25:10,12 32:17
33:9,10 34:6 36:5
36:8 37:3 38:9
39:1 43:17,18,21
47:17,18 48:10,13
48:15,18 49:12
52:10,19,23 53:3
53:13 54:6,9

56:18 57:17,21
58:1,22 59:2,4,9
59:13 60:7 61:6,7
61:12,16,18,19
64:20 67:20 68:17
70:17,19 71:2,5
71:16 72:2,10,20
74:12,20 75:5,15
75:17,21 78:2
79:17,21 80:6,15
82:18,20,22 83:4
83:10,12,15,23
84:2,7,10,12
86:17 89:8 91:11
91:15,17,21 92:1
92:4,11,15 93:7
94:7,12,17,21
95:1 97:3,15 98:2
98:23 100:18
101:3,23 102:19
104:15 106:9,12
106:22 108:1,6
109:2,18 110:1,2
110:7,17,20 111:1
111:13,14,15
112:9,9,19,22
113:1,19 114:19
114:21 115:8,13
115:14,17,21,22
116:5,5,9,11,13
119:4 120:4,7,8,9
120:11 121:7
122:1,10,14,16,22
123:3,16 124:6,12
124:13,15 127:1,2
127:17,21,23
128:1,3
**knowledge** 34:11
  49:11 55:12 72:23
  73:3,9 74:14,16
  74:19 85:20 94:5
  110:12 111:3
  113:18
**known** 104:17
**knows** 58:1 59:2,7,9

**L**

**L** 1:6,12 5:6
**ladies** 24:20
**lady** 101:6
**Landers** 55:16 56:2
  74:1 77:19,22
  110:19 111:10
**Large** 130:23

**late** 25:15 31:2,3
**law** 5:17 69:2,7
  86:18
**lawn** 23:22
**laws** 2:6
**lawsuit** 7:10 31:8
  31:11 69:9 77:11
**lawyer** 8:18,19,23
**LCD** 44:8
**lead** 22:15 23:2
  25:3,8,20 26:7
  27:18 28:15 29:14
  29:17 51:4,5 55:6
  83:19 84:3
**leading** 2:11
**leads** 25:4
**lead-type** 23:15
**learned** 55:13 62:7
**Leatha** 21:6 30:7
  111:23 112:1
  113:13 119:15
**leave** 16:15 66:10
  78:21 128:5
**leaving** 31:7 76:1
  77:9
**led** 73:15
**left** 15:12 16:9,16
  19:9,11 29:3
  33:15 41:17 42:12
  47:20,21 54:7
  60:20 74:23 77:3
  77:7 78:2 84:13
  89:10 105:7
  113:13
**Let's** 9:11 70:7
**Lewis** 16:19 17:14
  22:4,22 24:3,4
  27:14 36:14
  119:20,23
**lied** 34:1
**line** 72:19 93:14
  127:7
**lines** 25:21 27:7,16
  27:18,20
**lingerie** 24:21
**Lipp** 21:6 30:7
  111:22,23 112:1
  119:15
**Lisa** 111:21,22
**listen** 90:8 106:13
**listening** 73:7
**little** 16:21 22:9
  24:5
**live** 11:4,7

**Living** 12:7 13:8
  15:3 18:4
**located** 13:8 17:18
**log** 118:7
**long** 13:11 19:23
  21:7,14 22:5 24:8
  24:22 26:1 78:19
  108:12,16
**longer** 22:9 41:18
  76:2 79:4 86:21
**look** 54:3 75:12
  92:14 126:17
  127:3,4
**looked** 54:1
**looking** 74:3 99:14
**loss** 23:12 53:9
  90:18 108:13
  112:4
**lot** 81:21 82:11
  85:10 97:10
  105:22
**low** 73:22 80:9
**Lowery** 59:23 70:2
  71:11 73:23 111:8
  111:9
**Lowrey** 75:4 128:1
**lunch** 43:22 83:17
  83:21 84:15

**M**

**Magnavox** 44:8,11
**maiden** 9:18
**main** 67:20
**maintained** 65:17
**making** 26:12 29:1
  42:18 72:16 96:6
  106:21
**Mama** 89:14
**managed** 26:21
**management** 21:18
  42:20 48:1,6
  51:20 57:2 58:12
  69:15,16 72:15
  90:14,17 91:19
  99:12 101:4,11,17
  101:23 102:4
  108:11 110:8
  125:21
**manager** 14:1,3
  16:19 23:10,11,13
  23:16 24:20 25:6
  26:5,19 27:19,20
  27:22 28:2 30:1
  41:16 50:5 53:9

66:18 79:4 81:1
90:19 93:14,15
95:22 96:10 102:3
102:9,10 110:6
112:5,10 114:17
115:19 116:14,16
118:2,3,20 123:17
123:20 125:2
126:3,7
**managers** 42:16
  101:14 102:5
  106:15,20 124:7
**mandatory** 114:14
**manually** 19:15,16
  20:14,17 121:18
  121:22 123:15
**manufacturer**
  19:19
**March** 18:22 105:8
**markdown** 16:4
**markdowns** 27:2
  28:22 100:9
  103:13 107:3
**marketing** 12:13
  25:4 26:7,14
  28:15 29:14,17
  50:7,9,12 51:3,5
  55:6 79:20 84:5
  85:5 96:4 105:1
**markups** 28:21
  103:13
**married** 9:19,20,21
  10:8,12
**Mason** 22:1 23:11
  27:23 43:1,13,15
  43:16 57:5,7
  58:12 61:2 77:18
  83:16 107:20
  117:3
**match** 67:5,5
**matter** 53:11,16
  60:20 91:13,18
  108:13
**MCA** 25:3,8,9,20
  26:9 27:18,22
  28:14 84:3
**McDonald** 79:13
  80:2,18 81:11
  82:2,3 84:18 85:4
  101:9
**McDonald's** 79:18
**McIntyre** 4:5,9
  5:16 6:21 8:22
  9:11 45:5 100:20

101:2 115:2
124:21,23 128:21
**mean** 8:17 35:2,10
  43:20 44:3 46:10
  54:19 60:13 73:2
  76:8 93:19 96:23
  104:22 115:20
  125:3 126:1
**means** 63:3 99:22
  130:9
**medical** 9:2
**medicine** 9:7
**meeting** 38:15
  39:10 49:1,2,10
  72:12,14 73:7,18
  104:2,4,8,19,19
  106:3,10 107:11
  107:16 113:21
  114:1,12
**meetings** 48:22 49:4
  49:13,17 50:11,18
  50:23 51:2,7,10
  51:13 70:20
  105:12,17 106:6,8
  106:15,19 107:7,8
  108:21,23 109:7
  119:4,5,11
**memories** 46:5,9
**mention** 79:15
  87:15 109:21,22
  110:10,12
**mentioned** 27:4
  40:21 77:8 87:19
  109:18,19 111:21
  113:20 125:1
**merchandise** 16:4
  19:17 20:23 25:11
  26:11,17 93:3
**merge** 79:13
**Merle** 55:22
**met** 7:6
**Mickey** 104:22
**middle** 1:2 5:2 31:3
  38:7
**Mieke** 2:21 5:20 7:5
**Miller** 55:22
**mind** 40:18 59:8
  86:15
**minus** 98:8
**minute** 77:16
  100:17,21
**minutes** 7:6
**misled** 66:20 103:20
**misuse** 47:13 58:10

LEGALINK, A MERRILL COMMUNICATIONS COMPANY
Court Reporting * Legal Videography * Trial Services

Page 136

62:9,15,21 63:2
  117:3
mom 92:21 93:6
moment 115:3
Monday-through...
  16:17
money 32:5 33:9,13
  33:15,16 34:21
  35:4,8,13,14,15
  42:10 106:21
  128:8,12,14,15
Monroe 1:18 6:7
Montgomery 1:19
  6:8
month 112:9
months 16:6 20:2
moon 54:14
morning 105:14
  114:2
mornings 104:7
  108:18
Morningside 12:7
  13:7 15:3 16:7
  17:6 18:4
move 22:23 23:1
  24:12,14
moved 113:15
mull 100:23

N
N 1:12 4:1
name 6:23 9:16,17
  9:19,22 10:9 61:7
  101:8
names 10:6
necessary 2:9
need 7:22 8:7 9:3
  17:8 80:1 96:22
  102:21 125:19
needed 26:8 78:11
negative 115:23
neither 130:14
never 18:17 42:5
  54:1 66:19 81:7
  88:8 114:4 126:12
new 20:18 25:2
  114:5,7,7
Newton 24:6,16
  25:17 26:6 27:15
  27:21 29:23
  120:10,12,13
night 49:17,20
  96:10
nights 96:12,17

Nina 39:13 127:22
  127:23
nine 20:2
ninety-nine 66:6
  103:10
nods 8:4
normally 101:13
  116:15
North 5:21
note 114:13,15
notice 104:4
notification 32:13
  36:3,4 114:12
November 15:21
number 1:5 5:5
  19:22,22 45:16
  46:18,20 97:6,7,8
  97:16,18,19
  100:13 118:3,5
  121:18,21,23
  123:19
numbers 97:11
nursing 14:17

O
O 1:12
Oak 10:20
objections 2:10,13
occur 70:16
occurred 47:14
  71:3 110:13
occurring 109:20
October 29:6,8,23
  38:7,12,23 40:12
  47:21 60:21 94:20
offensive 93:20
offered 2:15 36:15
office 14:1,3 20:4,6
  21:3,11,15 30:4,9
  30:11,13,14,17
  31:5 32:3,8 33:1
  33:19 34:7,21
  35:8 36:13 37:4
  56:13 79:12 85:13
  94:19 95:8
offices 1:17 6:7
okay 16:10 32:19
  33:18 37:1 47:22
  55:5 62:2 68:16
  82:16 85:23 88:4
  90:4 93:1 99:16
  101:10 107:6
  113:17 117:5
  125:17 127:8

128:21
oldest 89:11
once 38:13 63:5
  77:18 113:23
ones 109:9
online 117:13,15,16
  117:18,19,22
  118:13,15
Opelika 5:18 10:20
  17:21
open 23:4 63:8
opened 19:15
  104:12,13
opening 24:12
  29:10 40:12,20
operations 25:5
opportunity 80:3
oral 2:23 6:10
  31:21
orientation 55:1
original 2:22
other's 78:12
outside 74:2
overheard 71:15
owned 15:2 44:8
owning 11:1,3
o'clock 106:1

P
P 1:12
package 30:14
page 4:3,7 82:3
  84:18 85:3,7,8,12
paid 32:7 33:2,5,11
  33:13,14,22 35:3
  37:19 41:13 42:11
paint 23:23
paperwork 21:2
parents 92:21
Park 5:17
part 12:15 13:2
  20:6,20 24:5
  29:18 85:16
participate 50:11
  59:17,19
participated 59:14
particular 79:8
  100:6 108:6
parties 1:14 2:13
  130:16
party 31:10 111:12
part-time 80:11
pass 87:5
passing 82:13,15

pay 16:17 33:13,15
  78:22
payroll 12:13 20:8
  30:19
peaceful 90:5
penalty 46:15
people 26:23 40:7
  43:2 49:5 60:14
  60:18 65:7 66:2
  112:14 125:10
  127:17 128:2,4
people's 127:19
percent 98:22
  125:16 126:22
  127:1
performance 51:12
period 107:2
perjury 46:15
permission 122:11
  122:12,17
person 50:12 93:4,5
  99:22 102:7
personal 72:23 73:3
pertaining 45:20
  70:20
Phenix 92:23
phone 57:8 73:4,6
  117:7
phonetic 33:7
pick 104:7
pick-up 30:14
place 17:13 79:3,7
  80:13,18 113:10
placed 79:13
placing 81:7
Plaintiff 1:7 5:7,19
plan 12:22
plan-o-grams 26:15
  26:23 28:21
playing 12:20
please 3:2 7:1 80:5
point 23:8 24:2
  34:4 39:18,21
  40:1,14 78:14
  84:2
policies 95:12 105:5
policy 35:20 46:22
  47:2,3,4,6,7 53:8
  63:23 64:3 65:17
  67:2 93:2 95:5,14
  102:1,1 103:11,16
pop 92:9
position 18:23 23:1
  23:3,15,17 26:7

56:7
positive 17:1
possibly 51:16
post 114:13
posted 114:16
practice 35:18,20
  52:1 53:11,17
  63:19 64:2 105:3
Prattville 6:2
preparation 11:12
  28:8,10
prepare 11:14
  44:16,19 45:3,7
present 82:4
presentation 85:9
  85:21
pressure 9:7
pretty 14:4 16:18
prevention 23:12
  53:9 90:19 108:14
  112:4
previous 13:23
  16:19 72:11,13
  102:5 106:14
previously 40:21
price 16:3 27:1
  66:11,11
prices 16:4 67:4,5
pricing 71:18
printed 94:18
printing 95:3
printouts 97:20
prior 2:16 31:6
  114:11
Probably 31:2
problem 96:15
  108:10,11
procedure 2:19 6:5
  104:1
proceedings 6:12
program 21:18,20
  22:7 126:11
promoted 23:12
  24:16 43:7
proof 111:1
protection 51:11
  107:23 109:14
provided 6:4
published 47:8
pull 53:18 62:10
  63:17 97:2 112:16
pulled 52:21 53:6
  61:22 62:3 92:15
pulling 60:18

1933 Richard Arrington Jr. Blvd. S. * Birmingham, AL 35209 * www.legalink.com
1-800-888-DEPO

purchase 93:3
purchases 60:22
 61:11
purchasing 92:20
purely 126:15
pursuant 7:9
put 63:4,6 65:21
 66:9,14 76:2
 101:6 102:16
 103:1,16 122:22
 123:18 124:7,10
putting 26:11 123:7
p.m 6:9 128:23

**Q**
qualifications 79:18
 79:22 80:7
qualified 81:12
question 8:10,12
 28:5 36:18 41:7,9
 41:11 49:22 62:16
 66:23 67:16 74:6
 104:15 108:13
questioned 68:20
 88:1
questioning 72:22
 73:19
questions 2:11,12
 7:18,20 8:2 37:21
 100:18 130:8
quick 7:17
quit 15:15

**R**
R 130:1
race 76:13 88:5
racist 69:13
rack 26:13
ran 90:10,11
rarely 51:6 82:17
read 64:19
reading 2:3
ready 76:16
reality 126:12
really 24:11 68:11
 107:1 110:6
 111:17 126:7,11
reason 8:8 18:1,5
 31:21 40:4 42:4
 50:10 62:8,10
 67:12,21,23 69:8
 86:19 116:18
 122:16
reasons 81:3

recall 19:4 22:17
 46:7,11 60:3
 75:19 94:15
receive 42:10 52:20
 53:4 61:17,19
 63:20 64:9,17
received 101:23
 105:10 117:9
receiving 19:2,4,14
 20:9,15 56:14
Recess 56:21
Record 7:1 9:12,13
reduction 98:1,2,4
 98:19,20 99:1,8
 99:18,21 100:5
Reese 29:15 30:2
 33:19 34:5,16,17
 36:11,20 38:16
 40:13 41:22 42:21
 42:22 43:7,16
 49:6 50:4 59:20
 65:16 66:18 67:12
 72:16 73:8,10,11
 76:6,14 77:12,19
 77:21 79:7,11,13
 80:12,20 81:15,19
 88:17 90:1,10
 101:6 102:14
 106:23 107:18,21
 110:5 112:17
 113:21 114:16
 115:13,18 116:13
 121:2 124:6
 127:14,18
refer 28:5 87:13
referring 79:9
 87:18 97:21
reflects 46:6
regarding 7:10 48:7
 76:9,13
regional 21:17
register 54:1 61:10
 96:16 97:7 124:9
 124:11
registers 65:21 94:9
 94:13,16
regular 50:14,18,20
 66:11,11 83:19
relate 101:14,18
 102:3 114:21
relating 2:7
relation 130:15
remark 69:14 71:15
 71:23 75:3 89:20

89:22
remarks 89:21
remember 18:20
 21:12 30:22 31:1
 52:15 56:6,12
 58:19
remove 66:10
 103:15 122:19
renting 11:2
rephrase 7:21 50:1
report 29:13,18
 32:20 76:20,22
 77:4
reported 27:9 29:20
reporter 3:4 6:1,18
 8:5 130:21
reports 112:20
represented 8:14
 8:16,17
represents 130:11
requested 24:11,13
requires 64:3
residents 12:17,19
 14:9,15
resignation 39:22
resigned 16:23 17:2
 29:4,22
resigning 40:2
 86:20
resource 22:14
 54:23 56:15 79:12
 118:2
respect 79:10
respective 1:15
responded 33:1
response 17:1
 115:23
responsibilities
 28:19,20
responsibility
 117:21 118:1
responsible 12:14
 26:22 54:20
restroom 9:9
result 130:17
results 48:11 59:3
resume 79:23
retained 3:3 8:18
retire 112:6
retired 112:3,5,8,11
returns 16:3
reuse 52:1,4 53:8
 63:3 117:4
reused 116:23

rid 67:13 68:7,9,11
 68:12 69:18,19
 70:5,10 73:14
ridiculous 90:9
right 7:11 8:23 9:23
 10:9 11:5 13:16
 15:4,7 16:6 17:5
 17:15 19:21 20:22
 25:22,23 27:10,11
 28:3,16 35:13
 36:1,12 37:6 38:8
 38:14,17,19,20,22
 40:10,17 42:8
 43:11 44:14,23
 45:1,8,23 46:12
 46:13,16 47:1,5,9
 49:15 50:19 51:14
 51:18 52:2 53:6
 54:11 57:16 64:5
 64:10 65:4 69:22
 70:2,16 71:12
 74:18 77:20 82:14
 84:20 86:15,18
 87:4 88:6,9,12,13
 89:4 90:2 93:12
 94:10 95:4,17
 97:21 98:18,19
 99:8,23 101:21
 106:21 110:14
 112:21 113:7,14
 116:21 117:11,12
 118:13 119:7,16
 121:13,14 123:11
 123:12 124:3
 126:10,14,14
 128:17
ring 123:11
ringing 16:2 97:11
Road 10:20
Robin 5:16 45:5
 100:17 124:20
ROEBUCK 1:9 5:9
Rosie 79:16
Ross 15:16 16:8,9
 16:20 17:13,17,23
 36:16
Roy 26:4 29:20
 112:9 120:16,19
Rule 2:18
rules 2:6,19 6:4
 7:17
rung 91:3 92:19
 97:9,9

**S**
S 1:12
salaried 24:12
salary 23:16 25:6
 116:15
sale 66:16 97:9,10
 103:19 105:23
sales 21:22 22:6,9
 23:9 27:5,7 48:21
 49:1,3,13 50:11
 50:22 51:1,12
 54:7,16,21 55:14
 66:7,9,10 73:20
 86:4 90:14 91:4
 93:11,14,15,23
 94:3,9,17 95:20
 95:22 96:2,6,21
 96:23 97:2,11
 103:15,16 104:19
 104:23 105:22
 106:5 107:19,23
 108:12 109:21
 110:11 122:6,9
 123:9 126:9,12,17
 127:6 128:4,13,17
 128:17
sat 36:13
Saturday 105:22
save 66:12 103:8,18
savings 66:13
saying 32:9,13 34:1
 37:15 49:23 64:17
 66:5 73:8,11 91:9
 101:20 103:18
 107:4 111:18
 123:14 125:14
scan 63:5,9 121:11
 123:13
scans 92:9
schedule 118:21
 125:7,8,10 126:16
scheduled 118:18
schedules 29:1
Sears 1:9 5:9 7:7,11
 15:8,12,15 17:15
 18:21 19:9 24:14
 25:2,7 27:1 28:13
 28:22 30:3 31:7
 31:20 33:8,10
 35:11 36:5,8
 42:12,20 45:14,22
 46:8,22 47:6
 51:23 63:16 64:2
 64:21 65:1,5,9,14

LEGALINK, A MERRILL COMMUNICATIONS COMPANY
Court Reporting * Legal Videography * Trial Services

Page 138

65:17 67:1 77:3,7
79:2 80:10 84:14
86:20 87:23,23
89:10,17 90:10
93:2 102:1 103:12
114:6,7,8
**Sears's** 19:20
**second** 8:1 9:12
32:6,17 36:3 68:4
**security** 123:19
**see** 52:4,12 53:21
54:3 66:18 75:13
77:10 79:22 82:8
83:6 84:14 85:10
85:22 90:23 91:1
94:2 104:21
114:15 118:19
120:21 127:13
**seen** 66:19
**seldomly** 106:23
**sell** 93:16 128:8,11
**send** 67:3 125:14
**sense** 71:22 72:7,10
**sensitive** 9:4
**sent** 7:9 32:18,21
**separate** 49:10,13
49:16 91:4 92:16
105:2
**September** 1:20 3:1
38:11 39:3 70:14
71:7 72:5 78:3
128:23
**Sergie** 33:7,7,9
**series** 7:18
**service** 16:1 33:20
33:23 47:14 48:7
52:13 116:6,12
124:8
**services** 40:23
**setting** 26:16,23
28:21 67:2 95:11
105:23
**setup** 25:3 103:12
**setups** 26:16
**seven** 23:9,10,19,19
**SGM** 22:2 24:1
**shakes** 8:4
**Shannon** 1:16,22
6:9,13 7:2,3,5
34:10 128:22
**shift** 77:23
**shoe** 104:9 107:11
**short** 96:16
**Shorthand** 130:21

**show** 66:11 97:23
98:2,6,7 99:2
**showed** 48:11
**showing** 100:8
**shows** 98:4 100:5
100:13
**sick** 78:23
**side** 24:13,14 25:7
127:15
**sign** 66:1,3,10,12
103:17,18 118:19
**signature** 2:2
**signing** 28:23
102:23 103:1,15
**signs** 66:4,9 102:17
**Sixteen** 11:11
**sixty-five-dollar**
53:19,22 54:4,10
60:17 120:23
124:8
**sized** 26:13
**skew** 19:22
**Smith** 1:6 5:6 7:10
11:19 45:15 47:11
61:4,20 62:13,19
73:17,19 77:8
115:9
**Smith's** 8:22 45:20
57:3,8
**snatch** 102:21,22
**social** 116:6 123:19
**soft** 24:13 25:7,21
27:6,16,18,20
93:14
**softer** 24:14
**somebody** 29:18
110:4,10 111:20
**Sony** 44:7,11
**sorry** 13:18 16:13
47:11 54:9
**sort** 18:18 76:14
**spare** 12:21
**speak** 82:17 83:6
86:16
**speaking** 98:16
**special** 66:15
**specifically** 45:9
58:5,19 69:11
**spend** 82:9,11
**spoke** 82:18,20,22
83:4
**sporting** 23:22
**stacks** 27:1
**Stacy** 42:23 43:3

58:14 76:23 77:8
84:1,3,3,5
**Stacy's** 59:8
**staff** 51:20 70:20
72:11,13,15,17
73:7,18 102:18
104:2,18,19
122:19
**stand** 25:9 109:15
**standing** 70:5 71:15
71:16,17 75:9,11
75:11,13 78:6
109:3
**start** 15:18 16:11
19:1 77:11 105:23
**started** 13:15 15:7
15:20,23 16:7
18:22 19:2 30:13
47:16,17 54:18
89:11
**state** 6:23 64:21
79:6 102:17 130:3
130:22
**stated** 48:19 53:14
58:8 73:18 76:23
110:19
**statement** 41:22
45:7,11 46:3,6
53:16 73:13 76:16
**statements** 72:17
**states** 1:1 5:1 67:1
**stay** 29:9 37:3
40:16,19 41:18
**stayed** 16:18 17:9
29:2 40:9 78:23
87:23
**stenotype** 130:8
**Stephanie** 52:8,12
55:12 91:3
**stepped** 113:14
**STIPULATED**
1:13 2:1,8,17
**stipulation** 6:5
**stipulations** 6:19
**stock** 19:22
**stood** 108:1
**stop** 91:8 106:11,13
**stopped** 15:8
**store** 15:16 16:19
17:17 25:3,5 26:5
30:1 35:19,21
36:15 37:23 40:8
41:15,17 50:5
51:23 53:17 56:6

56:11 57:15 58:9
60:21 63:10,19
64:2 65:14 66:18
67:6 70:3 71:19
79:4 80:14 81:1
82:5 85:11 90:11
96:5 97:6 102:3,5
102:9,18,20 104:1
104:4,12,13 105:4
106:9,14,20 107:1
108:8,8 110:6,21
112:10 113:4
114:2,16,23
115:19 116:13,14
122:19
**stores** 126:21
**storewide** 49:1 51:6
51:10 104:8
107:11 114:1
**straight** 86:4 128:9
**Stree** 5:21
**Street** 1:18 6:8
**strictly** 109:14
123:8
**structure** 114:6
**stuff** 115:4
**stunned** 75:23
**subpoena** 7:9
**sudden** 32:7
**Suite** 5:21
**summary** 98:15
**Sunday** 114:2
**super** 105:22
**supervise** 27:4,7
**supervisor** 13:5
18:11 21:4 22:14
22:20 27:13,17
28:1 30:8 32:2
82:5,6 85:1,19
86:7,7
**support** 68:6
**supposed** 35:6 48:3
48:14,20 70:19
73:20 81:2 92:2
95:6 111:15 116:6
117:23 118:17,20
121:15 122:21
125:7 126:2
**supposedly** 97:9
**sure** 20:12 24:11
26:12 28:7 32:16
38:21 48:3 56:11
56:17,19 67:4
82:3 93:5 98:9

115:22 127:12
**surprise** 124:14,16
**surroundings** 83:8
**swore** 46:14
**sworn** 6:14
**system** 19:20 20:19
107:2 123:1 125:5
125:22

————— T —————

**T** 1:12,12 5:16
130:1,1
**take** 8:6,7,12 9:6
14:18 17:13 26:7
60:23 63:4,8 70:3
86:21 103:4,5
113:10 121:17,19
**takedowns** 103:12
**taken** 1:16 2:23
7:14 56:21 62:22
98:1 130:7
**talk** 11:19 43:1
58:11 62:17 64:11
70:7 86:2 87:7
90:8 93:2,18,22
94:1 102:10
107:20,22 115:19
**talked** 51:11 58:3
84:1,7 88:23
107:19
**talking** 12:19 28:9
58:15 73:16 87:9
98:10 117:2
**talks** 104:22
**tape** 96:18,20 97:5
99:14 100:14
**tapes** 94:18 95:3
97:4,12
**Teal** 55:19
**team** 26:14 65:20
82:2 101:7 102:4
**tear** 36:23 37:12,14
**television** 44:5
**tell** 37:11 45:10
59:18 68:21 69:6
69:11,12,16 70:1
70:12 77:2 78:1
81:3 86:9,13
88:10,14 89:14
92:17 99:10
106:11 107:18
117:16 122:3
**ten** 98:21
**term** 91:17

1933 Richard Arrington Jr. Blvd. S. * Birmingham, AL 35209 * www.legalink.com
1-800-888-DEPO

| | | | | |
|---|---|---|---|---|
| terminate 115:9 116:10 | 68:20 90:1 | 117:20,22 118:5,8 | 105:12,19 | 81:2 85:15 86:1 |
| terminated 57:7,11 57:12,20 59:5,6 61:4,21 62:3,13 62:19 63:1,14 74:17 115:16 116:14,18 | threatened 87:21 three 11:9 17:8 24:10 25:1 threw 68:13 tickets 71:18 tied 14:15 93:23 Tiger 17:19,20 | 118:13,15,22 119:1 125:2,6,9 125:17,20,21 126:9,19,23 127:17,18,20 128:2,6 transaction 91:6 | T-W-I-N 13:9 ——— U ——— U 1:12 Uh-huh 17:1 unauthorized 46:23 64:9,12 119:9 | 89:8 93:1 94:2 100:16,21 108:6,7 108:15 127:3,6 wanted 67:14 74:3 78:21 82:17 85:19 102:16 106:13 122:5,8 127:7 |
| termination 57:3 58:2 60:6,12 | time 2:14,15 12:21 13:22 19:16 20:7 | 92:20 97:8 99:23 100:6 124:2 | understand 7:8,20 7:22 8:21 36:10 | wanting 79:7 warned 42:14 |
| terminations 58:13 76:9 | 20:18 21:12 22:3 24:5 25:18 26:15 | transactions 91:4 92:17 | 44:21 understanding 37:8 | warnings 18:7 wasn't 32:5,16 |
| terms 52:23 53:5,13 61:12 64:16 65:2 65:10 91:12,16 | 26:22 27:14 28:13 29:16,19 32:5,6 32:18 33:16 34:4 | transcribed 130:9 transcript 2:22 130:7,12 | 44:12 45:18 62:12 62:18 63:11 94:8 116:17,20,22 | 34:21 48:19 54:3 56:15 57:19 59:16 59:19 64:14 65:13 |
| Terry 32:8,11,14,15 32:23 33:12,13,17 52:22 70:1,9 71:11,23 73:13 75:3 76:5,14,15 76:19 77:13 88:17 90:18 91:3,13 108:14 110:4 113:9,12 127:13 | 36:1 49:19 73:20 74:23 82:9,12 88:22,22 95:9 96:14 102:15,19 103:21 113:6 114:10 118:9,10 118:16,18,21 125:8,18 | transcription 130:10 transition 25:13 transport 14:9 Treadwell 26:5 29:20 112:10 120:16 treating 34:3 40:7 41:19 | 121:13 understood 46:21 UNITED 1:1 5:1 unpaid 35:23 updated 126:8 upgraded 94:13,16 upset 66:21 use 52:13 57:13 61:15 63:18 65:3 | 70:17 71:17 73:12 74:4,5,17,19 75:11 78:18 83:1 83:22 84:15 90:16 93:6 95:6,18,18 96:8 99:4 103:10 107:22 108:10,11 111:11 112:18 117:17 122:20 |
| testified 6:15 | timecard 83:19 | trial 2:14 | 65:6,8,22,22,23 | 123:5 |
| testimony 2:23 130:12 | times 42:13 85:11 97:10 | tried 32:11 68:10 68:11 | 69:13 91:9,10 108:7 109:12 | watch 78:12 watching 77:20,22 |
| Thebo 1:17 2:21 5:13 6:1 130:21 | tired 40:6 79:3 title 13:19,21,23 21:9,13 | troublemakers 70:11 73:15 76:17 true 130:11 | 112:15 113:1 119:21 120:2,14 120:17,22 | way 40:7 43:1 58:21 65:13,15,18 66:17 67:18 90:9 97:23 106:22 |
| thereto 2:16 130:9 | today 8:19 9:4 | try 8:2,3 37:19 50:3 | Usual 6:18 | weekend 105:15 |
| thing 8:1,9 9:6 14:5 59:10 76:18 86:16 93:1 96:9 98:10 110:16 111:13 119:23 125:12 | 11:13 28:10 44:22 89:1 told 32:15 33:12 34:2 36:14 39:7 39:15 40:1,6 41:16,17 57:10 | 77:11 80:13 123:8 trying 33:16,21 34:20 68:6 69:17 69:17 tucked 83:1 | ——— V ——— valid 92:6 van 14:22 vans 14:8,12,20,23 variety 94:8 | 109:17 weeks 22:8 went 17:3 20:4 21:17,19 22:13 23:8 28:14 32:4 32:14,23 37:15 |
| things 14:8 37:22 67:1 82:3 122:18 | 58:7 60:14 61:1 62:2 69:20 71:4 | turn 94:3 96:11,12 96:13,14,18,19 | various 49:14 verbal 8:3 18:7 | 43:21 53:15 60:21 79:12 83:17,20 |
| think 15:20 16:9,14 20:17 22:8 25:5 26:3 29:22 33:21 43:13 52:17 57:15 66:15 78:20 84:5 88:20,21 89:2 105:6 120:18 124:19 127:16 | 77:18 88:8 89:18 92:22 110:22 111:20 116:23 117:1 122:7 total 98:4,23 99:7 99:18,20 | TV 44:1,4,9 twenty 66:5 103:9 twenty-eight 99:5 100:2,10 twenty-five 46:19 Twin 13:9 | verbalize 116:1 versus 45:14 128:7 vocal 37:21 67:15 68:2 74:5 83:22 87:20 void 96:15 vs 1:8 5:8 | 84:4 101:3 105:11 125:4 126:3 weren't 47:12 51:17 81:20 119:6 we're 70:5,10 76:16 77:15 98:9 125:6 we've 88:23 |
| thinking 41:4 112:8 third 111:12 thirty 98:8 | Town 17:19,20 trail 83:2 trained 54:17 training 21:18,20 | two 13:13,14 16:6 17:9 21:16 25:1 70:6,11 73:15 76:17 91:4 92:16 | ——— W ——— waived 2:4 walk 83:8 | white 79:7,14 81:8 82:19,23 86:11,14 86:17 110:15 |
| thirty-dollar 52:11 52:16 91:5,20,23 98:7 | 54:21 55:7,8,13 55:17,20,23 56:9 56:16 101:4,11,16 | 99:5 100:1,10,21 110:5 type 32:20 | walking 106:10 walls 26:16 want 21:16 22:23 | willing 60:23 Willis 11:22 57:6,6 57:11 59:5 61:3 |
| thirty-two-inch 44:9 thought 39:19 | 101:22 104:23 105:2 114:3,4 117:13,15,16,18 | types 106:19 typical 105:16 typically 104:3 | 64:11 66:13 67:13 | 61:21 62:13,18 |

Case 3:05-cv-01019-SRW   Document 26-10   Filed 10/16/2006   Page 10 of 10

LEGALINK, A MERRILL COMMUNICATIONS COMPANY
Court Reporting * Legal Videography * Trial Services

Page 140

72:18 73:17 77:9
  115:10
**Willis's** 57:3
**withdrawn** 32:14
**witness** 2:3 6:10
  130:13
**work** 12:6 15:15
  17:3,9,15 19:3,23
  20:3 21:14 22:5
  30:3,16 43:4
  49:19 55:13 66:8
  73:19 80:11 93:10
  93:13 105:19
  114:10 118:23
**worked** 13:11 16:8
  19:5 20:5 21:22
  22:8 25:7,20 31:4
  43:14,19 54:22
  63:16 77:23 81:23
  84:22 85:6 93:11
  96:12,17 102:6
  106:8 113:12
**working** 15:7,8,15
  15:18,23 17:4,22
  18:21 31:19 54:18
  74:22 79:2 95:20
  96:1
**works** 74:14
**wouldn't** 47:17
  48:13 50:17 59:9
  60:7,8 63:23 71:5
  86:13,15,16,16
  88:10,14 110:1
  123:10 124:14,16
**write** 34:8 35:9
  37:16 39:7 67:15
  68:14,18 87:21
**writer** 66:1,3
**write-up** 36:23
**write-ups** 18:9
**writing** 34:12,14
  35:7,10 68:22
**written** 31:21 34:11
**wrong** 58:15,21
  59:13 60:13,14
  68:20 103:22
  124:18 125:23
**wrote** 34:13,15,17
  34:22 35:10 36:11
  36:20,22 67:17

—— **X** ——
**X** 4:1

—— **Y** ——
**Yarbrough** 13:6
  18:12
**yeah** 38:4 60:13
  76:23 85:18 87:9
  87:19 93:17 94:22
  99:9 100:8,20
  108:22 109:3
  113:16 115:16
  120:13 121:9
  126:20 127:12
  128:11
**year** 30:22 56:8
  114:1
**years** 13:13,14
  21:16 24:11 25:2
  31:1 105:7 114:23
**yellow** 66:4
**Young** 82:21
**you-all** 126:1
**y'all** 20:23 117:13
  119:21

—— **Z** ——
**zone-a-gram** 85:21

—— **0** ——
**02595** 97:7

—— **1** ——
**1** 15:21
**1st** 29:21
**1:20** 6:9
**101** 4:5
**115** 4:8
**124** 4:9
**127** 4:10
**13** 13:13 18:22
  105:9
**15** 2:20
**1971** 10:4
**1988** 2:20
**1990** 18:22 105:9
**1997** 9:21

—— **2** ——
**20th** 5:21
**2000** 25:15
**2000s** 25:16
**2003** 26:4 28:16
  29:22,23 112:8
**2004** 13:15 15:21
  29:6,7,9 30:2 32:1
  37:6 41:5 47:21

52:18 60:21 71:7
  78:4 94:20 96:1
**2005** 16:12,13,14
  60:22
**2006** 1:20 3:1 129:1
**201** 1:18 6:7
**2101** 5:17
**28** 10:4
**29** 29:9 40:12 47:21

—— **3** ——
**3:05-CV1018-M**
  1:5 5:5
**3:20** 128:23
**3100** 5:22
**35203** 5:22
**36104** 1:19 6:8
**36801** 5:18 10:21
**36830** 13:10

—— **4** ——
**420** 5:21
**4207** 10:20

—— **5** ——
**5(d)** 2:18
**50102** 1:23

—— **6** ——
**6** 4:4 9:21 128:23
**6th** 1:19 2:23

—— **8** ——
**871** 13:9

—— **9** ——
**90s** 25:15 31:2,3
  55:4

1933 Richard Arrington Jr. Blvd. S. * Birmingham, AL 35209 * www.legalink.com
1-800-888-DEPO