# EXHIBIT 3

## DECLARATION OF TERRY GANDY

1.      My name is Terry Gandy.  I am a white male and am over the age of nineteen (19) years.  I have personal knowledge of the facts set forth below pertaining to the case pending in the United States District Court for the Middle District of Alabama, Eastern Division, styled Beatrice Willis v. Sears, Roebuck and Co., CV-05-1019-W.  I give this Declaration voluntarily, without coercion and under penalty of perjury.

2.      From August 2003 until June 2005 and at all times relevant to the above lawsuit, I worked for Sears, Roebuck & Co., at its store in Auburn, Alabama as its Loss Prevention Manager.   My duties included, but were not limited to, investigating employee dishonesty, fraud and other integrity issues, enforcing Sears' Code of Conduct, training new and current associates on Sears' loss prevention policies, supervising the loss prevention team, monitoring shoplifters, and performing safety inspections.   I reported to the Store General Manager ("SGM").   I am currently working as the Operations Manager at Sears' Jackson, Mississippi store.

3.      Sears is a national retail store that sells fashion merchandise, hardware, paint, automotive supplies, home fashions, home electronics, office equipment, and home appliances.

4.      Sears employs sales associates throughout its stores.  Sears also employs service technicians to travel to customers' homes to repair and perform preventive maintenance on the products it sells.

5.      Sears has a policy strictly prohibiting employees from giving unauthorized discounts to its customers.  This includes applying coupons to sales transactions when customers are not eligible to receive the discount as provided by the terms of the coupon.

Sears considers this conduct to be completely unethical and grounds for <u>immediate</u> <u>termination</u>. This policy is clearly stated in Sears' Code of Conduct in Sears' Associate Handbook. The Code of Conduct is distributed to all Sears' sales associates and reviewed with them annually. A true and correct copy of Sears' Code of Conduct containing its unauthorized discount policy is attached to hereto as Exhibit A.

6.    At all times relevant to this lawsuit, Kenny Reese (white) was the Store General Manager, Byron Mason (African-American) was the Softlines Manager (which included the apparel, home fashions, luggage, and the shoe departments), John Lawrie (white) was the Hardlines Manager (which included the appliance, electronics, lawn and garden, fitness, vacuums, and hardware departments), and I was the Loss Prevention Manager.

7.    Beatrice Willis was working as a full-time sales associate in the appliance department when she was terminated in November 2004.

8.    Sears offers various coupons to its customers. These coupons have terms and conditions written on them including what products the coupon should be applied to and what customers are eligible to receive the coupon.

9.    During my employment at the Auburn store, sales associates were trained to discard a coupon after they received it from a customer and applied it to a sale <u>or</u> to put it in the detail drawer to be turned into the cash office at the end of the day.

10.    Sears has a $65.00 service coupon that its service technicians distribute to Sears' customers who have received a service call at their home but have declined to have their appliance repaired because they wanted to purchase a replacement. Sears offers this $65.00 coupon to these customers as an incentive for them to purchase a

replacement item at Sears rather than one of its competitors. These coupons are distributed by Sears' service technicians and not by Sears' sales associates. These coupons are different than most other Sears coupons because only those customers who have received a service call and have declined a repair are eligible to receive this $65.00 discount. No other customers are permitted to receive this discount. This condition is clearly stated on the coupon. A true and correct copy of this service coupon is attached to this Declaration as Exhibit B.

11.    The service coupon itself has instructions on it specifically directing sales associates to collect and destroy the coupon and not to reuse it. (See Exhibit B).

12.    On or about October 31, 2004, Joel Smith, an independent contractor who handled Sears' deliveries for the appliance department, informed me and John Lawrie (the Hardlines Manager), that he thought Beatrice Willis was providing unauthorized free delivery to Sears' customers. Giving a customer free delivery is a violation of Sears' unauthorized discount policy, therefore, I immediately began investigating this allegation.

13.    During my investigation I reviewed Willis' associate summaries, which is a computer print out of Willis' sales transactions which shows among other items, the name of the customer who Willis made a sale to, the total amount of discounts given on each of these sales, and the amount of the purchase.

14.    In reviewing Willis' associate summaries I noticed that Willis had given numerous customers a $65.00 discount. I initially suspected that these discounts were related to Joel Smith's allegations regarding the delivery fees because at that time Sears charged $65.00 for out of area delivery. I then pulled the journal tape entries for these transactions to determine if this was in fact the case. The journal tapes show the details

of each associate's sales transactions for those days, including the customer's name, the associate number of the sales person who completed the sale, and the bar code number pertaining to any coupons that the associate used. Examining the bar code numbers on the journal tapes was the only way to determine exactly what coupons Willis used. Because of the memory limitations of Sears' register system, I was only able to obtain and review the journal tapes for the past 30 days. I have attached as Exhibit C to this Declaration true and correct copies of the journal tapes and associate summaries I reviewed during my investigation relating to Willis' transactions. Willis' associate number was 2428.

15.    When I reviewed the journal tapes I discovered that these $65.00 discounts were actually awarded to customers using Sears' service coupon. Specifically, these documents showed that Willis had approximately 16 transactions involving Sears' service coupon. This was extremely high for one associate. A store the size of the Auburn store usually had only a total of 4 to 8 service coupon markdowns per month for the entire store. Therefore, I contacted the service department to see if all of these customers had received a service call and were therefore eligible to receive the discount. The service department told me that only one of these customers had received a service call.

16.    On November 1, 2004, John Lawrie and I then asked Willis if she knew what to do with a coupon after she received it from a customer. Willis told us that sales associates were supposed to throw the coupons away. Based on this, I concluded that Willis was using the service coupon to give discounts to customers who were not eligible for them in violation of Sears' policy. This same day, I discussed my finding with Kenny Reese (the SGM). I also contacted Sears' corporate human resources consultants in

Sears' corporate office in Illinois. The HR consultant instructed me to interview Willis to see if she could explain these violations.

17.    Myself and Nina Fitzwater, the HR Lead at the time, interviewed Willis later that same day (November 1, 2004). During this interview, Willis admitted that she had given the service coupon discount to customers who had not had a service call and therefore were not eligible to receive it. Willis refused to write a statement explaining her misconduct. She would only write a statement that from now on she would only give the service coupon out to those who had a service repair and were therefore eligible for it. I have attached to this Declaration as Exhibit D a true a correct copy of the statement that Willis wrote during this interview. At no time did Willis ever identify anyone else whom she thought was also misusing the service coupon. Willis never told me that she thought someone else may have completed some of these sales under her associate number. Willis did tell me that this was "BS and that she could get a job selling anywhere." A true and correct copy of my statement summarizing my interview with Beatrice Willis any my investigation are attached to this Declaration as Exhibit E.

18.    Based on my investigation and my interview with Willis, Reese and I, with the approval of the corporate HR consultant, terminated Willis on November 1, 2004, for giving the service coupon to customers who were not eligible for it in violation of Sears' unauthorized discount policy.

19.    The decision to terminate Willis was based solely on the fact that she had blatantly misused Sears' service coupon. I did not consider Willis' race in making my decision. My decision was based solely on the investigation which revealed Willis had violated Sears' unauthorized discount policy and her failure to reasonably explain her

misconduct. Neither the HR consultant nor Reese ever said or did anything to lead me to believe that they considered Willis' race in making the decision to terminate her.

20.    Reese and I subsequently determined that we needed to investigate all of the remaining associates in the appliance department to determine if any one else was abusing the service coupon. The other appliance associates who were working in the appliance department at this time included Denise Smith (African-American), Jackie Dodson (African-American), Carolyn Landers (white), and Merle Miller (white). Stephanie Darby was not working as a Sears sales associates at this time.

21.    I pulled a summary of each these sales associates' transactions and the journal tapes associated with these transactions as I had done when I investigated Willis.

22.    These journal tapes revealed that associate Smith had used the service coupon 9 times within the last 30 days. I have attached as Exhibit F to this Declaration true and correct copies of the journal tapes and associate summaries I reviewed during my investigation relating to Smith's transactions. Smith's associate number was 190. I contacted the service department and learned that 7 out of Smith's 9 customers had not received a service call. Reese and I then contacted Sears' corporate Human Resources consultants at Sears' corporate office. The HR consultant advised us to interview and obtain a statement from Smith regarding her misuse of the coupon, which I did. During this meeting, Smith admitted that she was reusing the service coupon and giving it to customers who were not eligible to receive it.

23.    Based on my investigation and my interview with Smith, Reese and I likewise concluded that Smith should also be terminated. The corporate HR consultant agreed with this decision. I did not consider Smith's race in making my

recommendation. My decision was based solely on the investigation which revealed Smith had violated Sears' unauthorized discount policy and her failure to reasonably explain her misconduct. Neither the HR consultant nor Reese ever said or did anything to lead me to believe that they considered Smith's race in making the decision to terminate her.

24.    Smith's employment was terminated effective November 14, 2004 for giving Sears' service coupon to customers who were not eligible for it.

25.    This same investigation revealed the following about the other sales associates in the appliance department: that associate <u>Dodson</u> had completed <u>four</u> sales transactions using the $65.00 service coupon; that associate <u>Landers'</u> had completed <u>one</u> transaction using the $65.00 service coupon; and that <u>Miller</u> had completed <u>none</u>. I did not investigate Miller any further because my investigation showed he had not used the service coupon.

26.    I contacted the service department and verified that <u>Landers'</u> one customer had received a service call. I therefore concluded that Landers had not violated Sears' unauthorized discount policy. I have attached as Exhibit G true and correct copies of Landers' associate summaries (associate #414) that I reviewed during my investigation.

27.    I also contacted the service department to verify Dodson's transactions and learned that <u>three</u> <u>out</u> <u>of</u> <u>four</u> of her customers had received a service call. I have attached as Exhibit H true and correct copies of Dodson's associate summaries (associate #2378) that I reviewed during my investigation.

28.    Consequently, Fitzwater and I met with Dodson to ask her about this fourth transaction. Dodson explained that she recalled the transaction and that this

particular customer had obtained a service coupon from her daughter, who had received a service call, and that this customer was purchasing the appliance as a gift for her daughter. Dodson wrote a statement to this effect, a true and correct copy of which is attached to this Declaration as Exhibit I.

29.     I believed Dodson's explanation and therefore concluded that Dodson did not misuse the service coupon and that she should not be terminated. Dodson is an African-American.

30.     I also pulled all of the sales associates transactions in the electronics department. I recall that <u>both</u> black and white associates were working in this department at the time. I recall that this investigation showed that <u>none</u> of the electronics associates had even used the service coupon.

31.     Before my investigation based on Joel Smith's allegation against Willis, I did not suspect that any sales associates in the appliance department were misusing the service coupon.

32.     I have no reason to believe that prior to my investigation, that Reese, Mason, Lawrie or any member of management was aware that anyone in the appliance department was misusing Sears' service coupon.

33.     Prior to November 2004, I was not aware there were service coupons being kept in the register that were not being collected and destroy or turned into the cash office at the end of the day.

34.     I have never misused Sears' service coupon or any other coupon to give a customer an unauthorized discount. I have likewise never received an authorized discount from a sales associate when I have purchased an item from Sears.

35.     I have never instructed Willis, or any other sales associate, to use the service coupon, or any other coupon, to give a customer an unauthorized discount.  I never heard anyone in management instruct Willis or any other sales associate, to use the service coupon, or any other coupon, to give a customer an unauthorized discount.

36.     I have never observed Kenny Reese treat African-American employees less favorably than white employees.

37.     I recall that Reese <u>promoted</u> <u>several</u> <u>African-Americans</u> when he worked at the Auburn store.  I specifically recall that Reese promoted Denise Smith from a part-time position selling vacuums to a full-time sales position in the appliance depart, that he promoted Stacy Dumas from Softlines Lead to Automotive Store Manager, and Tammy Calhoun from Merchandising Associate to Merchandising Lead.

38.     Kenny Reese did not always speak to me when he saw me.

39.     I am white.

40.     I never observed that Reese called black sales associates away from the sales floor more than he did the white associates or that he singled anyone out to perform certain tasks because of their race.

41.     I observed that Kenny Reese would help both black and white associates close sales.

42.     Kenny Reese went to lunch with Byron Mason several times per week. Mason is African-American.

43.     I never observed that John Lawrie treated African-American employees less favorably than white employees.

44.     I did not treat African-Americans employees any less favorably than white employees.

45.     Both Reese and I have been involved in the terminations of several white sales associates for unauthorized discounts and other integrity issues. I specifically recall that we both participated in the decision to terminate Michael Cunningham (white) for offering delivery for less that the actual cost and Chris Pritchett (white) and Brent Haney (white) for re-ringing customers' tickets to make their sales appear better than they actually were. I have attached as Exhibit J a true and correct copy of a statement I wrote on April 22, 2005, concerning Cunningham's termination.

46.     I have never unlawfully considered an employee's race in making an employment decision.

47.     Since I have been employed with Sears, it has always taken policy violations concerning dishonesty, fraud or other integrity issues, very seriously.

48.     I have never retained a Sears employee, who to my knowledge, has given a customer an unauthorized discount.

49.     I am not aware of any Sears manager who has retained an employee whom management knew had given a customer an unauthorized discount.

50.     I have never made any derogatory remarks about African-Americans or heard anyone in management ever make any such remarks while I was the LP Manager.

51.     I never told Willis that she was being terminated because of her race or heard anyone in management ever make any such remarks.

1508898

52.    I never made the remark (or said anything similar) to John Lawrie or anyone else that "we are finally getting rid of the two black trouble makers in appliances."

53.    I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge.

_10/13/06_
DATE

_[signature]_
TERRY GANDY

**SEARS**
*Human Resources*


Full-Line and Automotive Associates

# ASSOCIATE HANDBOOK

Code of Conduct, Company Policies,
Benefits, Safety & Loss Prevention






EXHIBIT
A



# Code of Conduct

   

# Business Conduct

## What Does Proper Business Conduct Mean?

We are all responsible for treating each other, and our customers, as we ourselves wish to be treated. As part of the Sears family, we must commit to acting fairly and honestly at all times. These guidelines capture the spirit of that commitment.

## Selling Practices

Always do your work honestly and truthfully. Never misrepresent Sears products or services.

## Company Property and Records

Safeguard Sears merchandise, cash and Company records. Use Sears property, including information about our customers, suppliers, and Associates solely for business purposes. Maintain accurate documents, including the recording of time and transactions. The Company prohibits the use of any electronic recording device during conversations or meetings without the knowledge and consent of all parties to the conversation or meeting.

## Safety and Environment

Help Sears be a safe place to work and shop. Help protect the environment by conserving resources. Take any issues of concern to your supervisor or manager.

## Customer Focus and Respect

Treat Sears customers fairly and describe Sears products and services truthfully and accurately.

*We deal fairly with everyone with whom we do business, whether a customer or Associate of, investor in, or*

*supplier to Sears. To maintain the trust and respect of our customers, shareholders, Associates, suppliers, communities and business partners, we conduct business in an ethical manner each day. We are committed to vigorous and lawful competition based strictly on the merits of our products and services. Each Associate is expected to be honest with customers. You may not mislead customers through unfair methods of competition, deceptive acts or practices, false advertising claims, or misrepresentations regarding competitors.*

## Conflicts of Interest

Act in the best interest of Sears and Sears customers. Avoid working for competitors unless approved by your manager. Do not accept gifts with a value in excess of $25 from companies that do business with Sears unless approved by your manager.

## Political Activities

You may participate in personal political activity, but your involvement must be on an individual basis, on your own time, and at your own expense. You must make it clear that your views and actions are your own and not those of Sears.

## Making the Right Call

The right choice isn't always the easy choice. Seek advice from your Unit Manager or call Associate Services at 1-888-88sears for clarification.

# Code of Conduct

   

## Guidance and Straight Answers

If you ever have an "ethical" concern, (i.e. theft, fraud, etc.) first consider approaching your Department Manager, Store Manager or Human Resources Representative. If you are not comfortable approaching in-store representatives with your concern, then our Office of Ethics and Business Practices can assist. Simply call 1-800-827-7478.

Ethics Communication Specialists are on duty 24 hours a day, 7 days a week. All calls are confidential. You do not have to give your name. The office will assign you a confidential case number for follow-up.

# Personal Conduct

*Conduct yourself in a professional manner. Never discriminate against any Associate or customer. Acts of violence, dishonesty, possession of a weapon, harassment, and use of alcohol or illegal drugs on Company premises will not be tolerated.*

## Sexual Harassment

For many years now, Sears has maintained a strong and clear policy prohibiting all forms of sexual harassment in the workplace. It is the policy of the Company that all Associates, of both sexes, are allowed to work in an environment free from sexual harassment and/or sex discrimination. This policy also applies to our conduct when dealing with customers.

Sexual harassment can take many forms, but simply defined, is any unwelcome conduct of a sexual nature. It includes unwelcome sexual advances, requests for sexual favors, other visual, verbal, or physical conduct of a sexual nature and other unwelcome conduct directed at an individual because of his or her gender or sexual orientation when a person's employment with Sears depends on submission to the conduct, submission to or rejection of the conduct affects employment decisions concerning the person; or such conduct unreasonably interferes with a person's work

performance or creates an intimidating, hostile or offensive work environment.

## Forms of Sexual Harassment

Sexually harassing conduct includes, but is not limited to:

○ *repeated or unwelcome sexual flirtations, advances or propositions*
○ *continued or repeated verbal abuse of a sexual nature*
○ *graphic verbal commentaries about a person's body*
○ *sexually degrading words used to describe an individual*
○ *the display in the workplace of sexually suggestive objects or pictures*
○ *other unwelcome conduct directed at an individual because of his or her gender*
○ *Sexual harassment also encompasses all forms of retaliation against an Associate who has complained of sexually harassing conduct.*

Any Associate who believes that he or she is being harassed should take the following steps:

○ *Explain the situation to your immediate supervisor.*
○ *If you are not satisfied with your supervisor's response, or if you are uncomfortable speaking with your supervisor, immediately contact the supervisor's manager or your human resources representative.*
○ *If you still feel that sufficient attention has not been given to your complaint, or if you are uncomfortable talking with someone in your unit, contact 1-888-88sears.*

The Company will investigate all complaints of sexual harassment and take appropriate action. Any violation of this policy will result in disciplinary action up to and including termination.

Code of Conduct

# Code of Conduct

   

## Workplace Violence

It is the policy of the Company to provide an environment in which all Associates are allowed to work – and all customers are allowed to shop – free from workplace violence. The term "workplace violence" covers many different actions which affect our fellow Associates, our customers, the workplace and Sears. While we may not always agree with our fellow Associates, customers, or decisions made by Sears, we are all expected to act professionally no matter what our position or level of authority. We must treat everyone with dignity and respect, and adhere to the fundamental values and principles outlined in our Code of Conduct. By dealing honestly, responsibly and fairly with everyone with whom we do business, we will do our part in creating a safe working and shopping environment.

### Workplace violence is defined as:

Any direct or implied threat, intentional act or other conduct that would arouse fear, hostility, intimidation or the apprehension of harm in another person for his/her safety, the safety of his/her family, friends, co-workers, employer or property. The policy applies to threats or other conduct that:

O occurs on Company premises
O occurs during the course of Company business
O occurs through the use of Company property
O involves other Associates, and/or
O affects Sears business interests

The policy also includes the no weapons policy.

### Examples of Workplace Violence

Acts of violence, including, but not limited to the following, will not be tolerated:

O Bringing or using weapons of any kind at any time while on Company property, including parking lots, or while engaged in conducting Company business.
O Starting or participating in a physical or verbal fight. Punching, slapping, abusive use of profanity or any type of assault on another person.
O Participating in dangerous horseplay of any kind.
O Threatening or intimidating another person in any manner.

An Associate who has a concern regarding safety in the workplace is encouraged to immediately report such concern to his/her Unit Manager, or directly to the Human Resources Department. The Company will investigate all complaints and take all appropriate action necessary, including criminal prosecution if applicable.

Any Associate who is found to have violated this policy is subject to disciplinary action up to and including termination.

# Code of Conduct

   

## Workplace Conduct

Most of the time, good judgement will tell Associates the right thing to do. But just for your information, the following are examples of business and personal conduct that can lead to termination of employment.

### Business Conduct

If you want to notify Sears of inappropriate business conduct, but are uncomfortable speaking with someone in your unit, contact the Office of Ethics and Business Conduct at 1-800-8ASSIST.

Examples of unacceptable business conduct include, but are not limited to:

- Theft or dishonesty
- Soliciting or accepting gifts (money or merchandise) in connection with a Company transaction of any kind
- Conducting other than Company business on Company property, or while engaged in Company business at a customer's home or business
- Committing, or attempting to commit, deliberate damage to Company property; advocating or taking part in unlawful seizure of, or trespassing on, Company property
- Violating Associate discount policy; giving unauthorized mark downs to customers/Associates
- Misusing Company resources, including but not limited to the misuse, personal, or nonwork-related use, alteration, theft, destruction, or unauthorized disclosure to a third party of Company computer resources, trade secrets or other confidential information
- Removing merchandise or Sears property from a unit without evidence of purchase
- Using someone else's Associate number when ringing sales
- Handling your own transactions or transactions for members of your family, including sales, refunds, cashing checks, and the like
- Failing to follow proper procedures for handling sales and cash
- Failure to follow Automotive wheel torque policy (Automotive)
- Working on your personal vehicle (Automotive)

### Personal Conduct

If you want to notify Sears of inappropriate personal conduct but feel uncomfortable speaking with someone in your unit, contact a professional HR Consultant at Associate Services by calling 1-888-88sears.

Examples of unacceptable conduct which can lead to termination include, but are not limited to:

- Unsatisfactory performance of your job
- Willful misconduct, including insubordination (disregarding legitimate directions from member of management)
- Disorderly conduct, including fighting with or assaulting other Associates or customers; reporting for work under the influence of liquor, drugs, or other stimulants, or consuming such substances while on Company premises
- Obtaining employment on the basis of false or misleading information
- Falsifying attendance by clocking in for another Associate, or permitting anyone else to clock in for you
- Excessive absences or tardiness, including absence from your job for two consecutive days without notifying your unit
- Failing to conduct yourself in a reasonable and businesslike manner with customers, fellow Associates, supervisors and management
- Harassing, insulting, or otherwise mistreating any fellow Associate or customer on the basis of that person's race/color, religion, sex, sexual preference/orientation, age, national origin, ethnicity, ancestry, disability or marital or veteran status
- Failure or refusal to participate in a Company investigation, or any attempt to interfere with or impede a Company investigation
- Suspension or revocation of driver's license (Automotive)

Code of Conduct



**EXHIBIT B**

# $65 off your replacement appliance

## 10% off a Protection Agreement

### Plus YOUR CHOICE of 0% Financing or Free Delivery with mail-in rebate

**1** Bring in this coupon & your repair estimate to purchase a replacement appliance within 2 weeks

**2** We'll deduct $65 and give you **YOUR CHOICE** of 0% Financing or Free Delivery with mail-in rebate

**3** Plus we'll take 10% off a Protection Agreement

**Thanks** for choosing Sears for your repair estimate. Choose us for a replacement appliance too, and save with this triple offer.

Only valid when declined service receipt is presented with coupon on purchase of register at sale priced home appliance of $399 or more. Not valid on compactors. Exceptional Values, sears.com/ Store locations, on Easy-pay, outlet store or Parts and Repair Center purchases, catalog orders: Money Bargain, Neptune, Wide-By-Side and product installation. Not applicable to prior purchases. May not be used with other coupons or offers. One coupon per purchase. Void if copied or transferred and where prohibited by law. Any other use substitutes input. Cash value 1/20 cent. In the event of a return, coupon savings may be deducted from your refund. Coupon expires 2 weeks from date of declined service receipt.

*0% financing for 6 months when you use your qualifying Sears card, with fixed variable APRs - up to 26.40% - as of 7/01/03. Rates may vary. Minimum monthly FINANCE CHARGE of up to $1, if any is due. Regular credit terms apply after the 0% period issued by Sears National Bank.

†Free standard local delivery. Outside local delivery area, customer pays an additional charge. Rebate values, local areas, and additional charges vary. See your Sears store for details. Excludes KitchenAid built-in refrigerators. ©2003 Sears Brands, LLC.

**Sales Associate: Please verify declined service receipt is dated within 2 weeks from today. Scan the merchandise reduction barcode immediately following entering the selected item in POS. Scan the PA reduction immediately following entering the selected PA in POS. If unable to scan, manually enter the coupon number. Please collect the coupon and destroy.**

**ENCLOSUR**

Satisfaction Guaranteed or Your Money Back℠



Good life. Great price.



**$65** de descuento al reemplazar
tu electrodoméstico

## Ahorra 10% en un Contrato de Protección

Además, TU ELECCIÓN de 0% de financiamiento
o entrega gratis con reembolso por correo

**Gracias** por seleccionar A Sears para tu estimado de reparación. Esperamos que también elijas a Sears para reemplazar tu electrodoméstico y ahorrar con esta triple oferta.

Sólo es válido cuando se presenta el recibo del servicio rechazado con el cupón, en la compra de un electrodoméstico a precio regular o en oferta de $399 o más. No es válido en trituradores de basura, Ofertas de Valor Excepcional, sears.com, ventas de Sears en EBay,® compras en tiendas "outlet" o Centro de Reparaciones y Partes de Sears. Ordenado por catálogo, Maytag [Gorilla], Neptune, Wide-by-Side] y [sabación de producto]. No aplica a compras anteriores. No se puede usar por otras ofertas y cupones. Un cupón por compra. Nulo si se reproduce o transfiere y donde está prohibido por la ley. Cualquier otro uso constituye fraude. Valor en efectivo 1/20 de centavo. En caso de una devolución, los ahorros del cupón pueden ser deducidos de su reembolso. El cupón se vence 2 semanas después de la fecha indicada en su recibo del servicio rechazado.

**0% de financiamiento por 6 meses al usar las tarjetas de crédito que califiquen, con un interés (APR) fijo variable de hasta 28.40% a partir de 7/01/03. Las tasas de interés pueden variar. CARGO POR FINANCIAMIENTO mensual mínimo hasta de $1, por cualquier cargo pendiente. Términos regulares de crédito aplican después del período de 0%. Expedido por Sears National Bank.

**Entrega local estándar gratis. Fuera del área local de entrega, el cliente paga un cargo adicional. Ofertas de reembolso, áreas locales y cargos adicionales varían. Más detalles en la tienda. Excluye refrigeradores empotrados KitchenAid.



R57702001117210



R577020014596500

Reorder #3310 8/03

1 Trae este cupón y tu
estimado de reparación
para comprar y
reemplazar tu
electrodoméstico
dentro de 2 semanas

2 Te descontaremos $65
y TU ELECCIÓN de 0%
de financiamiento o
entrega gratis con
reembolso por correo

3 Además, te daremos
10% de descuento
en un Contrato
de Protección

Satisfacción garantizada
o la devolución de tu dinero⁵ᵃ



Todo para ti®

Type:                          Disc: N   Date: 10/01/04 to
Re        Acct:       Ch:             Time:          to
Reduct:

Type an  X  in the selection field.    Then press enter.

| Sel | Salescheck# | Date | Customer | Total Amount | Reduction Amount | Pay Typ | Trn Typ |
|---|---|---|---|---|---|---|---|
| _ | 025950260071 | 10/02/04 | MOTO *NO SVC* | 356.39 | -70.00 | AMX | SL |
| _ | 025951220090 | 10/05/04 | GRESHAM | -48.60 | .00 | SRS | SL |
| _ | 025950260133 | 10/05/04 | MC GILL | 221.39 | -15.00 | SMC | SL |
| _ | 025950260134 | 10/05/04 | | 4.31 | .00 | CSH | SL |
| _ | 025951220101 | 10/05/04 | | -75.58 | .00 | OTH | SL |
| _ | 025950260138 | 10/05/04 | HARDEE | 782.97 | -35.00 | AMX | SL |
| _ | 025950260139 | 10/05/04 | | 6.47 | .00 | AMX | SL |
| _ | 025951220104 | 10/05/04 | | 89.00 | .00 | CHK | PMT |
| _ | 025950260140 | 10/05/04 | | .00 | .00 | | VD |
| _ | 025950260141 | 10/05/04 | HARDEE | 836.98 | -35.00 | AMX | SL |

Enter    F3=Exit    F7=Bkwd    F8=Fwd    F12=Cancel

```
********* START OF TRANSACTION *********
                    SALE
360Commerce POS C 44.017
TIMESTAMP: 10-02-04-11:33:11
MERCHANDISE DISPOSITION:
  PICKED UP BY CUSTOMER
DELV. TYPE:
  HFM - FROM STORE STOCK
MERCHANDISE STAGING LOCATION:
  FILL FROM STOCK
STORE PICKUP
AUTHORIZATION REQUIRED
$ 2026   33852   QTY:1
            WP WASHER.27  OVR   399.99T
  REASON:            SUBSTITUTION
  ITEM OUT OF STOCK: 26/32822
  COUPON NBR:        5600082900
          CPN MULTI ITEM/$       65.00-
  COUPON NBR:        5600082900
          CPN MULTI ITEM/$        5.00-
  EXPECTED DATE:     10/02/04
  SUPERVISOR AUTH:   8457
  NAME:              GLYNN S. MOTO
  ADDRESS:           101 N 11TH ST
  CITY/STATE:        OPELIKA, AL
  ZIP CODE:          36801
  PHONE:             334-749-1286
  SPECIAL INSTRUCTIONS:
    > > BYPASSED < <
  CARD ID:           ENTERED
            TAX 08.000%    26.40
  CARD TYPE:         AMEX
  ACCT #: W3728652000540010207
  AUTH CODE: 689059
10/02/04        AMEX TOTAL   356.39
ASSOC # :          2428
ESR COPY:          PRINTED

TIMESTAMP: 10-02-04-11:36:55
            STORE REG TRAN PG ASSOC
TRAN. INFO:  [02595 026 0071] 01  2428

********* START OF TRANSACTION *********
```



EXHIBIT
C

PROD. BY DEFENDANT
00116
WILLIS v. SMITH

Left receipt:

```
                 SALE
360Commerce POS C 44.020
TIMESTAMP: 10-05-04-17:38:11
MERCHANDISE DISPOSITION:
    PICKED UP BY INSTALLER
DELV. TYPE:           HFM DOS ORDER
DELIVER TO:          STORE 02595
 1  26 25852   KM WASHER, SAL  399.99T
                         ORDERED
 1  26 64842   KM DRYER,  SAL  349.99T
                         ORDERED
 1  26 49387   30 AMP, 3 MDS    9.99T
                         ORDERED
  COUPON NBR:        5872083224
       CPN MULTI ITEM/10%      35.00T-
EXPECTED DATE:       10/07/04
EXPECTED DATE:       10/07/04
NAME:                JUSTIN HARDEE
ADDRESS:             1276 TAYLOR COURT
CITY/STATE:          AUBURN, AL
ZIP CODE:            36830
PHONE:
  334-821-2759  334-559-3497
DESTINATION ADDRESS SAME AS CUSTOMER
DELIV INSTR:
   30 REFUND 60 DAY EXCHANGE PA DECLINED
   -------- REENTRY REJOURNAL ---------
   -------- START REENTRY HERE ---------
 1  26 25852   KM WASHER, SAL  399.99T
                         ORDERED
 1  26 64842   KM DRYER,  SAL  349.99T
                         ORDERED
 1  26 49387   30 AMP, 3 MDS    9.99T
                         ORDERED
COUPON NBR:         5872083224
 CPN MULTI ITEM/10%           35.00T-
 OUT OF AREA TAX 08.000%      58.00
CARD ID:            ENTERED
 CARD TYPE:         AMEX
 ACCT #: W3725298446130160906
 AUTH CODE:  621641
10/05/04          AMEX TOTAL  782.97
ASSOC # :           2428
ESR COPY:           PRINTED

FUTURE COUPON:      00082824

TIMESTAMP: 10-05-04-17:49:15
          STORE REG TRAN PG  ASSOC
TRAN. INFO:  [02595 026 0138] 01  2428

********* START OF TRANSACTION *********
```

Right receipt:

```
********* START OF TRANSACTION **** ****
                 SALE
360Commerce POS C 44.020
TIMESTAMP: 10-05-04-18:09:09
MERCHANDISE DISPOSITION:
   DELIVERED BY STORE
DELV. TYPE:           HFM DOS ORDER
DELV. ZIP:            36830
DELIVER TO:          CUSTOMER
 1  26 25852   KM WASHER, SAL  399.99T
                         ORDERED
 1  26 64842   KM DRYER,  SAL  349.99T
                         ORDERED
COUPON NBR:         5872083224
     CPN MULTI ITEM/10%        35.00T-
DELV. TIME:          NORMAL
B.T.S. DATE:         10/07/04
DELIV. DATE:         10/08/04
          DELIVERY FEE          60.00T
NAME:               JUSTIN HARDEE
ADDRESS:            1276 TAYLOR COURT
CITY/STATE:         AUBURN, AL
ZIP CODE:           36830
PHONE:
   334-821-2759  334-559-3497
DELIVERY ADDRESS SAME AS CUSTOMER
DELIV INSTR:
   30-REFUND 60-EXCHANGE P.A.DECLINED
   CALL CUSTOMER ON ALTERNATE PHONE
   NUMBER.
   -------- REENTRY REJOURNAL ---------
   -------- START REENTRY HERE ---------
 1  26 25852   KM WASHER, SAL  399.99T
                         ORDERED
 1  26 64842   KM DRYER,  SAL  349.99T
                         ORDERED
COUPON NBR:         5872083224
     CPN MULTI ITEM/10%        35.00T-
     DELIVERY FEE
     ACCT # 116000            60.00T
     OUT OF AREA TAX 08.000%  62.00
CARD ID:            ENTERED
CARD TYPE:          AMEX
ACCT #: W3725298446130160906
 AUTH CODE: 608355
10/05/04          AMEX TOTAL  836.98
ASSOC # :           2428
ESR COPY:           PRINTED

REBATE FORM:        PRINTED

FUTURE COUPON:      00082824

TIMESTAMP: 10-05-04-18:13:34
          STORE REG TRAN PG  ASSOC
TRAN. INFO:  [02595 026 0141] 01  2428

********* START OF TRANSACTION ** *******
```

PROD. BY DEFENDANT
00117
WILLIS v. SMITH

Type:                          Disc: N   Date: 10/01/04 to
Re        Acct:        Ch:                Time:           to
Reduct:

Type an   X   in the selection field.    Then press enter.

| Sel | Salescheck# | Date | Customer | Total Amount | Reduction Amount | Pay Typ | Trn Typ |
|---|---|---|---|---|---|---|---|
| _ | 025950260109 | 10/04/04 |  | 120.00 | .00 | CSH | PMT |
| _ | 025951220068 | 10/04/04 | SELLERS | 313.07 | .00 | CHK | SL |
| _ | 025950260110 | 10/04/04 | FRANDSEN | 259.18 | .00 | SRS | SL |
| _ | 025950260111 | 10/04/04 |  | 36.71 | -27.50 | CHK | SL |
| _ | 025950260049 | 10/01/04 |  | .00 | .00 |  | OPN |
| _ | 025951220020 | 10/01/04 |  | .00 | .00 |  | OPN |
| _ | 025950260050 | 10/01/04 | WEST | 485.77 | .00 | OTH | SL |
| _ | 025951220343 | 10/22/04 | YOUNGBLOOD NC SVC order 415.79 | | -65.00 | CSH | SL |
| _ | 025951220347 | 10/22/04 |  | 64.79 | .00 | OTH | SL |
| _ | 025950260495 | 10/22/04 |  | 54.00 | .00 | CHK | PMT |

Enter    F3=Exit    F7=Bkwd    F8=Fwd    F12=Cancel



PROD. BY DEFENDANT
00120
WILLIS v. SMITH

```
YOS713                    Associate Summary              10/28/04 20:15:27
                           Assoc #:   2428

Type:                           Disc: N   Date: 10/01/04 to
Re          Acct:       Ch:               Time:         to
Reduct:


Type an  X  in the selection field.    Then press enter.


                                      Total   Reduction   Pay  Trn
 Sel  Salescheck#    Date       Customer      Amount   Amount     Typ  Typ
 ---  ------------  --------  ------------------  --------  ---------  ---  ---
  _   025951220105  10/05/04  ENSLEY PAID FOR SVC CALL  119.81    -65.00    CSH   SL
  _   025951220169  10/09/04  PLACEK            469.87    -25.00    SRS   SL
  _   025950260215  10/09/04                    150.00       .00    CHK   PMT
  _   025950260216  10/09/04                     40.00       .00    CHK   PMT
  _   025950260217  10/09/04  STODDARD          541.24    110.00    OTH   SL
  _   025951220173  10/09/04  KING             1150.99   -111.75    CHK   SL
  _   025951220174  10/09/04  KING             2062.67       .00    CHK   SL
  _   025950260220  10/09/04  MORKES           1263.59   -130.00    SMC   SL
  _   025950260221  10/09/04  MORKES            777.47       .00    SMC   SL
  _   025950260222  10/09/04                      5.82       .00    CSH   SL


Enter   F3=Exit    F7=Bkwd    F8=Fwd    F12=Cancel
```

PROD. BY DEFENDANT
00123
WILLIS v. SMITH



******* PART OF TRANSACTION *********
SALE
3660Commerce POS C 44.020
TIMESTAMP: 10-05-04-18:33:01
MERCHANDISE DISPOSITION:
PICKED UP BY CUSTOMER
DELV. TYPE:
    HFM    FROM STORE STOCK
MERCHANDISE STAGING LOCATION:
    FILL FROM STOCK
STORE PICKUP
$ 2046    24202    QTY:1
    11.6 FT KN.U  OVR    249.99T
REASON:        SUBSTITUTION
ITEM OUT OF STOCK: 46/24212
COUPON NBR:
    CPN MULTI ITEM/A            65.00T-
        < < < CLEAR < < <
        < < < CLEAR < < <
ASSOCIATE DISCOUNT INFO:
MIUUREHCCAGCICIIII

        ASSOCIATE DISCOUNT ON
EXPECTED DATE:    10/05/04
NAME :        JAMES O. ENSLEY
ADDRESS:        1116 COUNTRY CTR
CITY/STATE:    AUBURN, AL
ZIP CODE:        36830
PHONE:        334-501-6787
SPECIAL INSTRUCTIONS:
CPU
        ASSOCIATE DISC    18.50 -
        TAX 08.000%    13.32
        CASH    180.00
10/05/04    CASH TOTAL    179.81
ASSOC # :    2428

FUTURE COUPON:    00062824

TIMESTAMP: 10-05-04 18:39:05
    STORE REG TRAN PG  ASSOC
TRAN. INFO: [02595 122 0105] 01  2428

******** START OF TRANSACTION *********
3660

******** START OF TRANSACTION *********
SALE
3660Commerce POS C 44.020
TIMESTAMP: 10-09-04-17:06:52
MERCHANDISE DISPOSITION:
DELIVERED BY STORE
DELV. TYPE:    HFM DOS ORDER
DELV. ZIP:    36830
DELIVER TO:    CUSTOMER
 1 26 38912    MT WASHER, SAL 617.49T
                ORDERED
COUPON NBR:    5778077
    SINGLE ITEM /10%    61.75T-
REASON:
    CUSTOMER SATISFACTION
 1 26 48952    MT DRYER, SAL 499.99T
                ORDERED
COUPON NBR:    5778077
    SINGLE ITEM /10%    50.00T-
REASON:
    CUSTOMER SATISFACTION
DELV. TIME:        NORMAL
B.T.S. DATE:    10/11/04
DELIV. DATE:    10/13/04
    DELIVERY FEE    60.00T
            DAVID KING
NAME:
ADDRESS:
    1923 WEST FARMVILLE RD
CITY/STATE:    AUBURN, AL
ZIP CODE:        36830
PHONE:
    334-821-8960  334-559-2451
DELIVERY ADDRESS SAME AS CUSTOMER
                > > BYPASSED
DELIV INSTR:
--- REENTRY REJOURNAL ---
-------- START REENTRY HERE ------
 1 26 38912    MT WASHER, SAL 617.49T
                ORDERED
COUPON NBR:    5778077
    SINGLE ITEM /10%    61.75T-
REASON:
    CUSTOMER SATISFACTION
 1 26 48952    MT DRYER, SAL 499.99T
                ORDERED
COUPON NBR:    5778077
    SINGLE ITEM /10%    50.00T-
REASON:
    CUSTOMER SATISFACTION
    DELIVERY FEE    60.00T
    ACCT # 116000
    OUT OF AREA TAX 08.000%    85.26
                1150.99
CHECK AMOUNT:    SUCCESSFUL
MICR READ:        PERSONAL
CHECK TYPE:    0006875
CHECK NUMBER:    334-821-8960
PHONE:        AL 4877778/0
ID:        1660060
CHECK AUTH #:    CHECK TENDER  1150.99
            CASH TOTAL  1150.99
10/09/04
ASSOC # :    2428
ESR COPY:        PRINTED

REBATE FORM:        PRINTED

TIMESTAMP: 10-09-04-17:14:07
    STORE REG TRAN PG  ASSOC
TRAN. INFO: [02595 122 0173] 01  2428

PROD. BY DEFENDANT
00124
WILLIS v. SMITH

```
******* START OF TRANSACTION *******
                SALE
360Commerce POS C 44.020
TIMESTAMP: 10-09-04-17:31:27
              < < < CLEAR < < <
              < < < CLEAR < < <
MERCHANDISE DISPOSITION:
  PICKED UP BY CUSTOMER
  DELV. TYPE:           HFM DOS ORDER
  DELIVER TO:           STORE 02595
  1  46 31602     REFRIG, 25 SAL 1299.99T
                                   ORDERED
  COUPON NBR:         5778077
          SINGLE ITEM /10%        130.00T-
  REASON:
    CUSTOMER SATISFACTION
  EXPECTED DATE:        12/30/04
  EXPECTED DATE:        12/30/04
  NAME:                BILL MORKES
  ADDRESS:             408 E 6TH ST
  CITY/STATE:          WEST POINT, GA
  ZIP CODE:            31833
  PHONE:               706-643-4086
  DELIV INSTR:         > > BYPASSED < <
                TAX 08.000%      93.60
  MANUAL REASON:       PHONE ORDER
  CARD TYPE:           SEARS MASTERCARD
  ACCT #: M5121071841821873D706
    AUTH CODE: 034011
  DELAYED DATE:        10/09/05
  DELAY REASON:        PROMOTIONAL
10/09/04            DELAYED TOTAL 1263.59
  ASSOC # :            2428
  CSR COPY:            PRINTED

  TIMESTAMP: 10-09-04-17:33:23
             STORE REG TRAN PG  ASSOC
  TRAN. INFO:  [ 02595 026 0220 ] 01  2428

******* START OF TRANSACTION *******
```

PROD. BY DEFENDANT
00125
WILLIS v. SMITH

Type:                          Disc: N   Date: 10/01/04 to
Re          Acct:      Ch:               Time:          to
Reduct:

Type an  X  in the selection field.     Then press enter.

| Sel | Salescheck# | Date | Customer | Total Amount | Reduction Amount | Pay Typ | Trn Typ |
|---|---|---|---|---|---|---|---|
| _ | 025950260153 | 10/06/04 |          | 6.47 | .00 | CHK | SL |
| _ | 025950260155 | 10/06/04 | GRIZZARD | 539.99 | .00 | DSC | SL |
| _ | 025950260157 | 10/06/04 | HAND | 1452.35 | -65.00 | OTH | SL |
| _ | 025950260158 | 10/06/04 | HAND | -10.80 | .00 | OTH | SL |
| _ | 025951220128 | 10/06/04 |          | .00 | .00 |     | NSL |
| _ | 025950260480 | 10/21/04 | FLORES | 346.90 | -11.79 | OTH | SL |
| _ | 025950260161 | 10/06/04 |          | 147.97 | .00 | CHK | PMT |
| _ | 025950260163 | 10/06/04 | ABSTON | .00 | .00 | CSH | SL |
| _ | 025950260164 | 10/06/04 | JAMESON | .00 | .00 | CSH | SL |

Enter    F3=Exit    F7=Bkwd    F8=Fwd    F12=Cancel



PROD. BY DEFENDANT
00127
WILLIS v. SMITH

NPOS713                          Associate Summary                    10/28/04   12:05:06
                                   Assoc #:   2428

Type:                                      Disc: N    Date: 10/01/04 to
Re        Acct:        Ch:                            Time:             to
Reduct:

Type an  X  in the selection field.       Then press enter.

| Sel | Salescheck# | Date | Customer | Total Amount | Reduction Amount | Pay Typ | Trn Typ |
|---|---|---|---|---|---|---|---|
| _ | 025950260262 | 10/11/04 | MACON *LAST SVC 2000* | 853.48 | -65.00 | MLT | SL |
| _ | 025951220196 | 10/11/04 | HOLLOWAY | 534.59 | -25.00 | SRS | SL |
| _ | 025951220197 | 10/11/04 | JONES | 1541.69 | .00 | OTH | SL |
| _ | 025951220199 | 10/11/04 | | 43.19 | .00 | AMX | SL |
| _ | 025950260281 | 10/13/04 | | .00 | .00 | | OPN |
| _ | 025950260282 | 10/13/04 | PARKER | 317.08 | -40.79 | SMC | SL |
| _ | 025950260283 | 10/13/04 | | 21.58 | .00 | CSH | SL |
| _ | 025950260284 | 10/13/04 | | 37.79 | .00 | CSH | SL |
| _ | 025951220220 | 10/13/04 | | .00 | .00 | | OPN |
| _ | 025951220221 | 10/13/04 | POWERS *NC SVC* | 371.09 | -65.00 | CHK | SL |

Enter   F

PROD. BY DEFENDANT
00131
WILLIS v. SMITH

Assoc #:  2428

```
Type:                        Disc: N   Date: 10/01/04 to
R           Acct:       Ch:            Time:            to
Reduct:
```

Type an  X  in the selection field.     Then press enter.

| Sel | Salescheck# | Date | Customer | Total Amount | Reduction Amount | Pay Typ | Trn Typ |
|---|---|---|---|---|---|---|---|
| _ | 025951220235 | 10/13/04 | | .00 | .00 | | OPN |
| _ | 025950260291 | 10/13/04 | CHECKER | 253.82 | -22.00 | CSH | SL |
| _ | 025951220238 | 10/14/04 | | .00 | .00 | | OPN |
| _ | 025951220239 | 10/14/04 | TURNER *NOSUL* | 847.79 | -65.00 | CHK | SL |
| _ | 025950260303 | 10/14/04 | KIRBY | 379.06 | .00 | SRS | SL |
| _ | 025950260304 | 10/14/04 | | 10.79 | .00 | SRS | SL |
| _ | 025950260305 | 10/14/04 | | 32.39 | .00 | CSH | SL |
| _ | 025950260309 | 10/14/04 | | 75.58 | .00 | CSH | SL |
| _ | 025950260310 | 10/14/04 | WEBSTER | 655.98 | .00 | OTH | SL |
| _ | 025951220244 | 10/14/04 | GIBSON | 896.39 | .00 | SMC | SL |

Enter   F3=Exit    F7=Bkwd    F8=Fwd    F12=Cancel

PROD. BY DEFENDANT
00132
WILLIS v. SMITH

```
********* START OF TRANSACTION *********
                    SALE
360Commerce POS C 44.020
TIMESTAMP: 10-14-04-10:31:24
MERCHANDISE DISPOSITION:
  DELIVERED BY STORE
DELV. TYPE:
  HFM - FROM STORE STOCK
DELV. ZIP:            36804
STORE DELIVERY
  2046    56512  QTY:1
             REFRIG.26" S  SALE  799.99T
COUPON NBR:        5870200195
       CPN MULTI ITEM/$     65.00T-
DELV. TIME:          NORMAL
DELIV. DATE:         10/15/04
             DELIVERY FEE    50.00T
NAME:              TERESA TURNER
ADDRESS:           314 LEE RD 100
CITY/STATE:        OPELIKA, AL
ZIP CODE:          36804
PHONE:
  334-704-0499  334-704-0499
DELIVERY ADDRESS SAME AS CUSTOMER
DELIV INSTR:        >  > BYPASSED
-------- REENTRY REJOURNAL --------
-------- START REENTRY HERE --------
  2046    56512  QTY:1
             REFRIG.     S  SALE  799.99T
COUPON NBR:        5870200195
       CPN MULTI ITEM/$     65.00T-
       DELIVERY FEE
       ACCT # 116000         50.00T
       OUT OF AREA TAX 08.000%  62.80
CHECK AMOUNT:        847.79
MICR READ:           SUCCESSFUL
CHECK TYPE:          PERSONAL
CHECK NUMBER:        000809
PHONE:               334-704-0499
ID:                  AL 6389779/0
CHECK AUTH #:        1478780
             CHECK TENDER    847.79
0/14/04      CASH TOTAL      847.79
ASSOC # :            2428
SR COPY:             PRINTED

REBATE FORM:         PRINTED

TIMESTAMP: 10-14-04-10:35:37
             STORE REG TRAN  PG  ASSOC
TRAN. INFO:  [02595 122 0239] 01  2428

********* START OF TRANSACTION *********
```

**PROD. BY DEFENDANT**
**00133**
**WILLIS v. SMITH**

```
Type:                        Disc: N   Date: 10/01/04 to
Re           Acct:      Ch:            Time:        to
Reduct:


Type an  X  in the selection field.     Then press enter.


                                        Total    Reduction   Pay   Trn
Sel  Salescheck#   Date       Customer   Amount   Amount      Typ   Typ
---  ------------  --------  ------------------  --------  ---------   ---   ---
 _   025951220222 10/13/04                24.00       .00   CSH   PMT
 _   025951220223 10/13/04                26.99     -5.00   SRS   SL
 _   025951220225 10/13/04  CUMMINGS NC SLC 572.27    -65.00   OTH   SL
 _   025950260285 10/13/04  MORGAN        469.79    -15.00   SRS   SL
 _   025950260286 10/13/04  STROM        1363.96       .00   SMC   SL
 _   025951220230 10/13/04  LILES          97.19    -10.00   OTH   SL
 _   025950260287 10/13/04                194.00       .00   CHK   PMT
 _   025950260288 10/13/04  HANSEN        394.18       .00   OTH   SL
 _   025950260289 10/13/04  CLARK           .00       .00   CSH   SL
 _   025951220232 10/13/04                77.00       .00   CHK   PMT


Enter   F3=Exit    F7=Bkwd   F8=Fwd    F12=Cancel
```

**PROD. BY DEFENDANT**
**00134**
**WILLIS v. SMITH**

```
..*** START OF TRANSACTION *********
                    SALE
360Commerce POS C 44.020
TIMESTAMP: 10-13-04-13:07:46
MERCHANDISE DISPOSITION:
  PICKED UP BY CUSTOMER
DELV. TYPE:         HFM DOS ORDER
           < < < CLEAR < < <
DISCARDING REMINDER:
  REMINDER ALREADY PRESENT
DISCARDING REMINDER:
  REMINDER ALREADY PRESENT
MERCHANDISE DISPOSITION:
  DELIVERED BY STORE
DELV. TYPE:         HFM DOS ORDER
DELV. ZIP:          36801
DELIVER TO:         CUSTOMER
  1  46 74154    KM TM, REF SAL 529.88T
                    ORDERED
  COUPON NBR:       ███████████
       CPN MULTI ITEM/$          65.00T-
  DELV. TIME:       NORMAL
  B.T.S. DATE:      10/18/04
  DELIV. DATE:      10/19/04
              DELIVERY FEE      50.00T
              HAUL AWAY FEE     15.00T
  NAME:             GEORGE CUMMINGS
  ADDRESS:          1707 CALCUTTA DR
  CITY/STATE:       OPELIKA, AL
  ZIP CODE:         36801
  PHONE:
    334-749-5588  334-740-5588
  DELIVERY ADDRESS SAME AS CUSTOMER
  DELIV INSTR:
    HAUL AWAY OLD MERCHANDISE
  -------- REENTRY REJOURNAL ---------
  -------- START REENTRY HERE --------
  1  46 74154    KM TM, REF SAL 529.88T
                    ORDERED
  COUPON NBR:       5870200195
       CPN MULTI ITEM/$          65.00T-
       DELIVERY FEE
       ACCT # 116000             65.00T
       OUT OF AREA TAX 08.000%   42.39
CARD TYPE:          MASTERCARD
ACCT #: W5369935180234B260106
  AUTH CODE: 013604/M
  10/13/04     MASTERCARD TOTAL  572.27
ASSOC # :         2428
ESR COPY:         PRINTED
SIG DIAG:
  PREVIOUS SIGPAD OPEN FAILURE
MANUAL MODE REASON:
  SIGNATURE DEVICE OPEN ERROR
CREDIT CARD IMPRINTED:
    Y

REBATE FORM:       PRINTED

TIMESTAMP: 10-13-04-13:19:02
          STORE REG TRAN  PG  ASSOC
TRAN. INFO:  [02595 122 0225] 01  2428

******** START OF TRANSACTION *********
                SALE  CA
360Comm
```



PROD. BY DEFENDANT
00135
WILLIS v. SMITH

Assoc #:   2428

Type:                       Disc: N   Date: 10/01/04 to
Re       Acct:      Ch:             Time:          to
Reduct:

Type an   X   in the selection field.     Then press enter.

| Sel | Salescheck# | Date | Customer | Total Amount | Reduction Amount | Pay Typ | Trn Typ |
|-----|-------------|------|----------|--------------|------------------|---------|---------|
| _ | 025950260313 | 10/14/04 | EDEN *VOID NO SVC* | 415.79 | -65.00 | SMC | SL |
| _ | 025950260314 | 10/14/04 | | 95.02 | -25.00 | SMC | SL |
| _ | 025951220246 | 10/14/04 | | 65.00 | .00 | CHK | PMT |
| _ | 025950260320 | 10/14/04 | | 45.00 | .00 | CSH | PMT |
| _ | 025950260321 | 10/14/04 | FURMAN | 403.86 | .00 | SRS | SL |
| _ | 025950260322 | 10/14/04 | | .00 | .00 | | VD |
| _ | 025950260323 | 10/14/04 | | 60.00 | .00 | CSH | PMT |
| _ | 025950260324 | 10/14/04 | | .00 | .00 | | VD |
| _ | 025950260325 | 10/14/04 | | 50.00 | .00 | CSH | PMT |
| _ | 025951220247 | 10/14/04 | | 40.80 | .00 | CHK | PMT |

Enter    F3=Exit    F7=Bkwd    F8=Fwd    F12=Cancel

PROD. BY DEFENDANT
00137
WILLIS v. SMITH

```
            ..e POS C 44.020
          : 10-14-04-14:59:00
          ..DISE DISPOSITION:
        ..KED UP BY CUSTOMER
    ..ELV. TYPE:        HFM DOS ORDER
    ..DELIVER TO:          STORE  02595
    ..1 46 33683    REFRIG,26' SAL 1499.99T
                              ORDERED
    ..SELF-VOID ~ NO TRANSACTION # ASSIGNED*

      ********* START OF TRANSACTION *********
                      SALE
      360Commerce POS C 44.020
      TIMESTAMP: 10-14-04-15:00:39
        1  67 84140572 6" TIMB,WT SAL     99.99T
        1  67 19619     SHOE,INSOL MDS     12.99T
        1  67 19619     SHOE,INSOL MDS     12.99T-
      COUPON NBR:        5772786712
             CPN SINGLE ITEM /25%         25.00T-
        1  67 19619     SHOE,INSOL MDS     12.99T
             * * CREDIT ACCT SEARCH  * *
      SOCIAL SECURITY # SEARCH
      NAME:              STEVE A. EDEN
      ADDRESS:           1240 COTTONWOOD CIR
      CITY/STATE:        AUBURN, AL
      ZIP CODE:          36832
      PHONE:             334-826-3003
      ID:                AL 3293693
                   TAX 08.000%        7.04
      CARD TYPE:         SEARS MASTERCARD
      ACCT #: S5121071718484334
      AUTH CODE: 039524
      10/14/04  SEARS MSTRCRD TOTAL    95.02
      ASSOC # :          2428
      CSR COPY:          PRINTED

      TIMESTAMP: 10-14-04-15:03:56
                STORE REG TRAN PG  ASSOC
      TRAN. INFO:  [02595 026 0314] 01   2428

      ********* START OF TRANSACTION *********
                      SALE
```

```
      ********* START OF TRANSACTION *********
                      SALE
      360Commerce POS C 44.020
      TIMESTAMP: 10-14-04-14:53:57
      MERCHANDISE DISPOSITION:
         PICKED UP BY CUSTOMER
      DELV. TYPE:
        HFM - FROM STORE STOCK
      MERCHANDISE STAGING LOCATION:
         FILL FROM STOCK
      STORE PICKUP
        2022   23099   QTY:1
             COOKTOP 30"   MDSE   449.99T
      COUPON NBR:
             CPN MULTI ITEM         65.00T-
      EXPECTED DATE:        10/14/04
      NAME:                STEVE EDEN
      ADDRESS:             1240 COTTONWOOD CIR
      CITY/STATE:          AUBURN, AL
      ZIP CODE:            36830
      PHONE:
         334-826-3003  334-740-4044
      SPECIAL INSTRUCTIONS:
         > > BYPASSED < <
             * * CREDIT ACCT SEARCH  * *
      SOCIAL SECURITY # SEARCH
      NAME:                STEVE A. EDEN
      ADDRESS:             1240 COTTONWOOD CIR
      CITY/STATE:          AUBURN, AL
      ZIP CODE:            36832
      PHONE:               334-826-3003
             * * CREDIT ACCT SEARCH  * *
      NAME:                STEVE A. EDEN
      ADDRESS:             1240 COTTONWOOD CIR
      CITY/STATE:          AUBURN, AL
      ZIP CODE:            36832
      PHONE:               334-826-3003
      ID:                  AL 3293693
                   TAX 08.000%       30.80
      CARD TYPE:           SEARS MASTERCARD
      ACCT #: S5121071718484334
      AUTH CODE: 082720
      10/14/04  SEARS MSTRCRD TOTAL   415.79
      ASSOC # :            2428
      CSR COPY:            PRINTED

      TIMESTAMP: 10-14-04-14:58:45
                STORE REG TRAN PG  ASSOC
      TRAN. INFO:  [02595 026 0313] 01   2428

      ******* START OF TRANSACTION *********
                      SALE
```

**PROD. BY DEFENDANT**
**00138**
**WILLIS v. SMITH**

NPOS713                    Associate Summary                    10/28/04 20:14:57
                            Assoc #:   2428

Type:                              Disc: N   Date: 10/01/04 to
Re        Acct:        Ch:                   Time:           to
Reduct:

Type an  X  in the selection field.     Then press enter.

| Sel | Salescheck# | Date | Customer | Total Amount | Reduction Amount | Pay Typ | Trn Typ |
|---|---|---|---|---|---|---|---|
| _ | 025950570393 | 10/15/04 | | 124.00 | .00 | CHK | PMT |
| _ | 025951220266 | 10/15/04 | BRYANT *NO SVC* | 232.19 | -65.00 | CHK | SL |
| _ | 025951220267 | 10/15/04 | | .00 | .00 | | NSL |
| _ | 025950260355 | 10/15/04 | | 17.26 | .00 | CSH | SL |
| _ | 025951220268 | 10/15/04 | | .00 | .00 | | CLS |
| _ | 025950260356 | 10/15/04 | | .00 | .00 | | NSL |
| _ | 025950260357 | 10/15/04 | | .00 | .00 | | CLS |
| _ | 025951220269 | 10/15/04 | | .00 | .00 | | OPN |
| _ | 025951220270 | 10/16/04 | CUMMINGS | 358.98 | .00 | OTH | SL |
| _ | 025950260365 | 10/16/04 | | 20.51 | .00 | CSH | SL |

Enter    F3=Exit    F7=Bkwd    F8=Fwd    F12=Cancel



PROD. BY DEFENDANT
00139
WILLIS v. SMITH

Associate Summary                              10/28/04 20:15:11
Assoc #:  2428

Type:                        Disc: N    Date: 10/01/04 to
Re        Acct:      Ch:              Time:          to
Reduct:

Type an  X  in the selection field.    Then press enter.

| Sel | Salescheck# | Date | Customer | Total Amount | Reduction Amount | Pay Typ | Trn Typ |
|-----|-------------|------|----------|--------------|------------------|---------|---------|
| _ | 025950260377 | 10/16/04 | | 1500.00 | .00 | CHK | PMT |
| _ | 025950260378 | 10/16/04 | | 425.00 | .00 | CHK | PMT |
| _ | 025950260379 | 10/16/04 | | 30.00 | .00 | CSH | PMT |
| _ | 025951220357 | 10/23/04 | | .00 | .00 | | OPN |
| _ | 025950260510 | 10/23/04 | CRAIGHEAD | 237.59 | .00 | OTH | SL |
| _ | 025951220361 | 10/23/04 | READ | 1519.18 | .00 | OTH | SL |
| _ | 025951220362 | 10/23/04 | SOUPHANTHONG | 192.24 | .00 | SRS | SL |
| _ | 025950260068 | 10/02/04 | MOTO | 361.67 | -65.00 | AMX | SL |
| _ | 025950260069 | 10/02/04 | MOTO *VOID* | -5.40 | .00 | AMX | SL |
| _ | 025950260070 | 10/02/04 | | .00 | .00 | | VD |

Enter    F3=Exit    F7=Bkwd    F8=Fwd    F12=Cancel



******** START OF TRANSACTION ********
SALE ADJUST
360Commerce POS C 44.017
TIMESTAMP: 10-02-04-11:12:05
ASSOC # :              2428
SALES CHECK:          025950260068
ADJUSTMENT OPTION:
  CUSTOMER SATISFACTION
  2026   32822   QTY:   1
         WASHER, WHIT   ADJ    5.00-
  SALES CHECK:         025950260068
  SOLD BY:             002428
  DATE SOLD:           10/02/04
  SUPERVISOR AUTH:     8457
                       TAX     .40-
CARD TYPE:             AMEX
ACCT #: W3728652000540010207
10/02/04      AMEX CREDIT    5.40-
TIMESTAMP: 10-02-04-11:14:28
          STORE REG TRAN  PG   ASSOC
TRAN. INFO:  [02595 026 0069] 01   2428
ESR COPY:             PRINTED

******** START OF TRANSACTION ********
SALE
360Commerce POS C 44.017
TIMESTAMP: 10-02-04-11:09:42
MERCHANDISE DISPOSITION:
  PICKED UP BY CUSTOMER
DELV. TYPE:
  HFM - FROM STORE STOCK
MERCHANDISE STAGING LOCATION:
  FILL FROM STOCK
STORE PICKUP
  2026   32822   QTY:1
         WASHER, WHIT  SALE  399.88T
COUPON NBR:          0007020600
  CPN MULTI ITEM/$    65.00T
EXPECTED DATE:       10/02/04
NAME:                GLYNN S. MOTO
ADDRESS:             101 N 11TH ST
CITY/STATE:          OPELIKA, AL
ZIP CODE:            36801
PHONE:               334-749-1286
SPECIAL INSTRUCTIONS:
  > > BYPASSED < <
CARD ID:             ENTERED
             TAX 08.000%    26.79
CARD TYPE:           AMEX
ACCT #: W3728652000540010207
AUTH CODE: 624133
10/02/04      AMEX TOTAL   361.67
ASSOC # :             2428
ESR COPY:             PRINTED
TIMESTAMP: 10-02-04-11:11:41
          STORE REG TRAN  PG   ASSOC
TRAN. INFO:  [02595 026 0068] 01   2428

PROD. BY DEFENDANT
00140
WILLIS v. SMITH

NPOS713                    Associate Summary                10/28/04 20:15:01
                           Assoc #:   2428

Type:                              Disc: N   Date: 10/01/04 to
Re       Acct:       Ch:                     Time:           to
Reduct:

Type an  X  in the selection field.     Then press enter.

|     |             |          |                    | Total    | Reduction | Pay | Trn |
| Sel | Salescheck# | Date     | Customer           | Amount   | Amount    | Typ | Typ |
| --- | ----------- | -------- | ------------------ | -------- | --------- | --- | --- |
| _   | 025950260369 | 10/16/04 | PARRENT           | 184.67   | .00       | OTH | SL  |
| _   | 025951220348 | 10/22/04 | CARLISLE          | 431.98   | .00       | CSH | SL  |
| _   | 025950260499 | 10/22/04 | RYAN              | 967.63   | .00       | AMX | SL  |
| _   | 025951220349 | 10/22/04 | WEAVER            | 1916.99  | -75.00    | SMC | SL  |
| _   | 025950260500 | 10/22/04 | TODD              | 665.38   | .00       | SRS | SL  |
| _   | 025950260501 | 10/22/04 |                   | 28.06    | .00       | SRS | SL  |
| _   | 025950260051 | 10/01/04 |                   | 61.54    | .00       | CHK | PMT |
| _   | 025950260052 | 10/01/04 |                   | 35.09    | .00       | SMC | SL  |
| _   | 025951220021 | 10/01/04 | HAMMOCK           | 284.99   | -25.00    | SRS | SL  |
| _   | 025951220022 | 10/01/04 | WILSON *svc ca 5/30* | 241.79 | -65.00   | CSH | SL  |

Enter    F3=Exit    F7=Bkwd    F8=Fwd    F12=Cancel

PROD. BY DEFENDANT
00141
WILLIS v. SMITH



```
********* START OF TRANSACTION *********
360Commerce POS C 44.017                    SALE
TIMESTAMP: 10-01-04-11:40:42
MERCHANDISE DISPOSITION:
PICKED UP BY CUSTOMER
HFM DOS ORDER
DELV. TYPE:
DELIVER TO:                          STORE 02595
1 22 17332                 KM.DISHWAS SAL 288.88T
EXPECTED DATE:
EXPECTED DATE:                10/04/04
                              10/04/04
COUPON NBR:  CPN MULTI ITEM/$
                                      5872786673
                                 ORDERED    25.00T-
                              PP 1
ADDRESS:              JEANICE HANCOCK
CITY/STATE:          AUBURN, AL
ZIP CODE:            36832
PHONE:               334-257-3895
DELV INSTR:          > > BYPASSED
                     TAX 08.000%              21.11
CASH TYPE:           SEARS ACCOUNT
ACCNT #: W05827145/1362
AUTH CODE: 081461      SEARS ACCOUNT 284.99
10/01/04  SEARS ACCOUNT TOTAL
ASSOC #:                        2428
CSR COPY:                     PRINTED
MEDIA:
SIGNATURE: PREVIOUS SIGPAD OPEN FAILURE
MANUAL MODE REASON: DEVICE OPEN ERROR
CREDIT CARD IMPRINTED:
REBATE FORM:               PRINTED
FUTURE COUPON:            00082900
TIMESTAMP: 10-01-04-11:42:00
          STORE 122 REG TRAN PG
          [02595  0021 01   2428
TRAN. INFO:
```

```
********* START OF TRANSACTION *********
360Commerce POS C 44.017                    SALE
TIMESTAMP: 10-01-04-11:43:08
                < < < CLEAR < < <
DISCARDING REMINDER:
REMINDER ALREADY PRESENT
MERCHANDISE DISPOSITION:
PICKED UP BY INSTALLER
HFM DOS ORDER
DELV. TYPE:
DELIVER TO:                          STORE 02595
1 22 17332                 KM.DISHWAS SAL 288.88T
COUPON NBR:  CPN MULTI ITEM/$
          10 22379292 3V HUHEMPA MDS      65.00T-
          10 22100187 RPL D/W  MDS        99.99S
          10 22379207 3V HUHEMPA MDS      99.99S
                                          59.99S
EXPECTED DATE:                10/04/04
EXPECTED DATE:                10/04/04
NAME:                TRACY D. WILSON
ADDRESS:             842 N CARY DR
CITY/STATE:          AUBURN, AL
ZIP CODE:            36830
PHONE:               334-887-7163   334-444-5712
DESTINATION ADDRESS SAME AS CUSTOMER
REENTRY REJOURNAL
DELV-INSTR:          > > BYPASSED < <
          START REENTRY HERE
          REENTRY REJOURNAL
1  22 17332                 KM.DISHWAS SAL 288.88T
COUPON NBR:  CPN MULTI ITEM/$
          OUT OF AREA TAX 08.000%          65.00T-
                                           17.91
ASSOC #:                   CASH TOTAL    360.00
10/01/04                       2428      CASH
CSR COPY:                     PRINTED            241.79
REBATE FORM:               PRINTED
FUTURE COUPON:            00082900
5872020195
TIMESTAMP: 10-01-04-11:49:29
          STORE 122 REG TRAN PG
          [02595  0021 01   2428
TRAN. INFO:
```

PROD. BY DEFENDANT
00142
WILLIS v. SMITH

```
********* START OF TRANSACTION *********
                     SALE
360Commerce POS C 44.020
TIMESTAMP: 10-22-04-15:34:52
MERCHANDISE DISPOSITION:
  DELIVERED BY STORE
DELV. TYPE:        HFM DOS ORDER
DELIV. ZIP:        36830
DELIVER TO:        CUSTOMER
  1  46 75523    KM BM, 25F SAL 1799.99T
                          ORDERED
COUPON NBR:         5872786673
     CPN MULTI ITEM/$        25.00T-
COUPON NBR:         5872786684
     CPN MULTI ITEM/$        50.00T-
DELV. TIME:         NORMAL
E.T.S. DATE:        10/25/04
DELIV. DATE:        10/26/04
              DELIVERY FEE     50.00T
NAME:            KRISTIN WEAVER
ADDRESS:         267 HILLCREST DR
CITY/STATE:      AUBURN, AL
ZIP CODE:        36830
PHONE:
  334-821-4403  334-728-9007
DELIVERY ADDRESS SAME AS CUSTOMER
DELIV INSTR:       > > BYPASSED < <
-------- REENTRY REJOURNAL --------
-------- START REENTRY HERE --------
  1  46 75523    KM BM. 25F SAL 1799.99T
                          ORDERED
COUPON NBR:         5872786673
     CPN MULTI ITEM/$        25.00T-
COUPON NBR:         5872786684
     CPN MULTI ITEM/$        50.00T-
     DELIVERY FEE
     ACCT # 116000           50.00T
     OUT OF AREA TAX 08.000%  142.00
       * * CREDIT ACCT SEARCH * *
       * * CREDIT ACCT SEARCH * *
SOCIAL SECURITY # SEARCH
NAME:            KRISTIN WEAVER
ADDRESS:         267 HILLCREST
CITY/STATE:      AUBURN, AL
ZIP CODE:        36830
PHONE:           334-821-4403
       * * CREDIT ACCT SEARCH * *
SOCIAL SECURITY # SEARCH
NAME:            KRISTIN WEAVER
ADDRESS:         267 HILLCREST
CITY/STATE:      AUBURN, AL
ZIP CODE:        36830
PHONE:           334-821-4403
ID:              AL 5794608
       * * CREDIT ACCT SEARCH * *
SOCIAL SECURITY # SEARCH
NAME:            KRISTIN WEAVER
ADDRESS:         267 HILLCREST
CITY/STATE:      AUBURN. AL
ZIP CODE:        36830
PHONE:           334-821-4403
CARD TYPE:       SEARS MASTERCARD
ACCT #: 5512107184499940
  AUTH CODE: 075674/M
10/22/04  SEARS MSTRCRD TOTAL  1916.99
ASSOC # :         2428
ESR COPY:        PRINTED
SIG DIAG:
  PREVIOUS SIGPAD OPEN FAILURE
MANUAL MODE REASON:
  SIGNATURE DEVICE OPEN ERROR
REBATE FORM:     PRINTED

TIMESTAMP: 10-22-04-16:22:06
        STORE REG TRAN PG  ASSOC
TRAN. INFO:  [02595 122 0349] 01  2428

********* START OF TRANSACTION *********
                     SALE
```

PROD. BY DEFENDANT
00143
WILLIS v. SMITH

```
Type:                        Disc: N   Date: 10/01/04 to
Re          Acct:     Ch:              Time:            to
Reduct:
```

Type an  X  in the selection field.     Then press enter.

| Sel | Salescheck# | Date | Customer | Total Amount | Reduction Amount | Pay Typ | Trn Typ |
|---|---|---|---|---|---|---|---|
| _ | 025950200144 | 10/23/04 | | 47.00 | .00 | CSH | PMT |
| _ | 025950260519 | 10/23/04 | ROBERTSON | 505.02 | .00 | SRS | SL |
| _ | 025950260532 | 10/25/04 | | .00 | .00 | | OPN |
| _ | 025950260533 | 10/25/04 | SELLERS *lost svc cpn $40* 1029.40 | | -163.50 | SMC | SL |
| _ | 025951220384 | 10/25/04 | YOUNGBLOOD | -415.79 | 65.00 | CSH | SL |
| _ | 025951220385 | 10/25/04 | YOUNGBLOOD | 744.96 | -65.00 | CSH | SL |
| _ | 025951220386 | 10/25/04 | FRANDSEN | 495.60 | -50.99 | SRS | SL |
| _ | 025951220387 | 10/25/04 | FRANDSEN | -5.40 | .00 | SRS | SL |
| _ | 025951220388 | 10/25/04 | HATTIER | 432.98 | -25.00 | SRS | SL |
| _ | 025951220389 | 10/25/04 | | .00 | .00 | | VD |

Enter    F3=Exit    F7=Bkwd    F8=Fwd    F12=Cancel

**PROD. BY DEFENDANT**
**00151**
**WILLIS v. SMITH**



```
******* START OF TRANSACTION ********
                            SALE
360Commerce POS C 44.020
TIMESTAMP: 10-25-04-09:47:22
MERCHANDISE DISPOSITION:
 PICKED UP BY CUSTOMER
DELV. TYPE:       HFM DOS ORDER
DELIVER TO:       STORE  02595
 1  22 46359    KM RANGE, SAL  949.99T
                ORDERED
PCN 5720200195
  COUPON NUMBER NOT FOUND
COUPON NBR:       5870200195
  CPN MULTI ITEM/$         65.00T-
COUPON NBR:       5882893
  CPN MULTI ITEM/10%       88.50T-
COUPON NBR:       5872786850
  CPN MULTI ITEM/$         10.00T-
 1 70 22324292 3Y HOMEMPA MDS  179.99S
EXPECTED DATE:     10/27/04
EXPECTED DATE:     10/27/04
NAME:             MARV L. SELLERS
ADDRESS:          3324 COUNTY ROAD 37
CITY/STATE:       WAVERLY, AL
ZIP CODE:         36879
PHONE:            256-896-2790
DELIV INSTR:      > > BYPASSED < <
-------- REENTRY REJOURNAL ---------
------- START REENTRY HERE ---------
 1  22 46359    KM RANGE, SAL  949.99T
                ORDERED
COUPON NBR:       5870200195
  CPN MULTI ITEM/$         65.00T-
COUPON NBR:       5882893
  CPN MULTI ITEM/10%       88.50T-
COUPON NBR:       5872786850
  CPN MULTI ITEM/$         10.00T-
 70 22324292 3Y HOMEMPA MDS  179.99S
SPCL TAX              .00
                TAX 08.000%      62.92
                SPECIAL TAX       .00
CARD TYPE:        SEARS MASTERCARD
ACCT #: W5121070157397950605
 AUTH CODE: 012746
DELAYED DATE:      10/24/05
DELAY REASON:     PROMOTIONAL
10/25/04          DELAYED TOTAL 1029.40
ASSOC # :          2428
ESR COPY:         PRINTED

REBATE FORM:      PRINTED

TIMESTAMP: 10-25-04-09:53:36
       STORE REG TRAN PG  ASSOC
       [02595 026 0533] 01   2428
```

```
******* START OF TRANSACTION ********
                            SALE
360Commerce POS C 44.020
TIMESTAMP: 10-25-04-11:37:10
MERCHANDISE DISPOSITION:
 DELIVERED BY STORE
DELV. TYPE:
 HFM - FROM STORE STOCK
DELV. ZIP:          36031
STORE DELIVERY
$ 2046   53602    QTY:1
                             599.97T
COUPON NBR:       5870200195
  CPN MULTI ITEM/$         65.00T-
DELIV. TIME:      NORMAL
DELIV. DATE:      10/26/04
              < < CLEAR < <
              < < CLEAR < <
              < < CLEAR < <
 1 10 46200187 NW LINE IN MDS  114.99S
DELIV. TIME:      NORMAL
DELIV. DATE:      10/26/04
                DELIVERY FEE    65.00T
NAME:             GLORIA YOUNGBLOOD
ADDRESS:          400 BUDDY BOY RD
CITY/STATE:       FORT DAVIS, AL
ZIP CODE:         36031
PHONE:            334-485-3129
NAME:             GLORIA YOUNGBLOOD
ADDRESS:          400 BUDDY BOY RD
CITY/STATE:       FORT DAVIS, AL
ZIP CODE:         36031
PHONE:
   334-485-3129  334-485-3052
DELIV INSTR:
 REFRIGERATOR IS ON THE BACK DOOR IN
 ONE OF THE TRAILERS.
-------- REENTRY REJOURNAL ---------
------- START REENTRY HERE ---------
$ 2046   53602    QTY:1
                             599.97T
COUPON NBR:
  CPN MULTI ITEM/$         65.00T-
 1 10 46200187 NW LINE IN MDS  114.99
DELIVERY FEE
ACCT # 116000                 65.00T
OUT OF AREA TAX 05.000%       30.00
                     CASH     415.79
                     CASH     400.00
10/25/04        CASH TOTAL    744.96
ASSOC # :          2428
ESR COPY:         PRINTED

TIMESTAMP: 10-25-04-11:42:04
       STORE REG TRAN PG  ASSOC
TRAN. INFO:  [02595 122 0385] 01  2428
```

```
******* START OF TRANSACTION ********
                      SALE CANCEL
360Commerce POS C 44.020
TIMESTAMP: 10-25-04-11:36:51
ASSOC # :          2428
SALES CHECK:      025951220343
R1 46 74832    KM IN REFR SAL  449.99T
COUPON NBR:
  MULTI ITEM/$            65.00T
SALES CHECK:      025951220343
SOLD BY:          002428
DATE SOLD:        10/22/04
                TAX     30.80 -
       CASH REFUND     415.79 -
10/25/04  CASH REFUND TOTAL  415.79

TIMESTAMP: 10-25-04-11:37:05
       STORE REG TRAN PG  ASSOC
TRAN. INFO:  [02595 122 0384] 01  2428
```

PROD. BY DEFENDANT
00152
WILLIS v. SMITH

Associate Summary
Assoc #:    2428

10/28/04 20:16:31

Type:                              Disc: N    Date: 10/01/04 to
Re           Acct:      Ch:                   Time:            to
Redact:

Type an  X  in the selection field.    Then press enter.

| Sel | Salescheck# | Date | Customer | Total Amount | Reduction Amount | Pay Typ | Trn Typ |
|-----|-------------|------|----------|--------------|------------------|---------|---------|
| _ | 025950260586 | 10/27/04 | JONES | 288.62 | -29.69 | SRS | SL |
| _ | 025951220426 | 10/27/04 | ADAMS | 464.39 | -42.22 | SMC | SL |
| _ | 025950260588 | 10/27/04 | JOHNS | 1080.00 | -161.11 | SRS | SL |
| _ | 025950260604 | 10/28/04 | | .00 | .00 | | OPN |
| _ | 025950260605 | 10/28/04 | FLORES | -21.60 | .00 | OTH | SL |
| _ | 025950260606 | 10/28/04 | BOLT | .00 | .00 | | LNR |
| _ | 025951220439 | 10/28/04 | STRICKLAND | 647.92 | .00 | CSH | SL |
| _ | 025951220440 | 10/28/04 | BERRY *no slc* | 523.79 | -65.00 | SRS | SL |
| _ | 025950260608 | 10/28/04 | EPPERSON | 647.99 | .00 | CHK | SL |
| _ | 025950260609 | 10/28/04 | EPPERSON | 644.74 | -33.00 | CHK | SL |

Enter   F3=Exit    F7=Bkwd    F8=Fwd    F12=Cancel

PROD. BY DEFENDANT
00155
WILLIS v. SMITH



```
...... OF TRANSACTION ***...
           SALE
   ...erce POS C 44.020
     iAMP: 10-27-04-17:27:13
  .HANDISE DISPOSITION:
  .ELIVERED BY STORE
DELV. TYPE:        HFM DOS ORDER.
DELV. ZIP:         36830
DELIVER TO:        CUSTOMER
1  46 54592     REFRIG,25' SAL 1111.11T
                        ORDERED
COUPON NBR:        5872086568
  SPC CPN MULTI ITEM/10%        111.11T-
COUPON NBR:        5872786684
    CPN MULTI ITEM/$            50.00T-
DELV. TIME:        NORMAL
B.T.S. DATE:       11/01/04
DELIV. DATE:       11/03/04
                   DELIVERY FEE  50.00T
NAME:              GEORGE N. JOHNS
ADDRESS:           247 JEROME CT.
                   AUBURN
CITY/STATE:        AUBURN, AL
ZIP CODE:          36830
PHONE:             334-663-3394  334-821-4336
DELIVERY ADDRESS SAME AS CUSTOMER
DELIV INSTR:       DEL
-------- REENTRY REJOURNAL ---------
-------- START REENTRY HERE ---------
1  46 54592     REFRIG,25' SAL 1111.11T
                        ORDERED
COUPON NBR:        5872086568
  SPC CPN MULTI ITEM/10%        111.11T-
COUPON NBR:        5872786684
    CPN MULTI ITEM/$            50.00T-
    DELIVERY FEE
    ACCT # 116000                50.00T
    OUT OF AREA TAX 08.000%      80.00
CARD TYPE:         SEARS ACCOUNT
ACCT #: W5751263218854
   AUTH CODE: 054277
DELAYED DATE:      10/27/05
DELAY REASON:      PROMOTIONAL
10/27/04           DELAYED TOTAL 1080.00
ASSOC # :          2428
ESR COPY:          PRINTED

TIMESTAMP: 10-27-04-17:32:10
           STORE REG TRAN  PG  ASSOC
TRAN. INFO:  [02595 026 0588] 01  2428

******** START OF TRANSACTION *********
           SAl
   ---e POS C
```

```
********* START OF TRANSACTION **********
            SALE
360Commerce POS C 44.020
TIMESTAMP: 10-28-04-16:50:22
MERCHANDISE DISPOSITION:
   PICKED UP BY CUSTOMER
DELV. TYPE:        HFM DO' ORDER
DELIVER TO:        STORE 02595
$1  46 24082    20.6 FT KN OVR  549.99T
                        ORDERED
REASON:            ADVERTISING PRICE
COUPON NBR:
    CPN MULTI ITEM/$            65.00T-
EXPECTED DATE:     11/01/04
EXPECTED DATE:     11/01/04
NAME:              HARVEL BERRY
ADDRESS:           1509 WAVERLY PKWY
CITY/STATE:        OPELIKA, AL
ZIP CODE:          36801
PHONE:             334-749-9956
DELIV INSTR:       > > BYPASSED
                   TAX 08.000%   38.80
CARD TYPE:         SEARS ACCOUNT
ACCT #: W0582005347007
   AUTH CODE: 083801
11/28/04  SEARS ACCOUNT TOTAL  5: :
ASSOC # :          2428
ESR COPY:          PRINTED

TIMESTAMP: 10-28-04-16:52:39
           STORE REG TRAN  PG  ASSOC
TRAN. INFO:  [02595 122 0440] 01  2428

********* START OF TRANSACTION *********

360Comm
```

**PROD. BY DEFENDANT**
**00156**
**WILLIS v. SMITH**

```
NPO C713            Associate Summary            10/28/04 20:10:33
                      Assoc #:  2428

Type:                          Disc: N   Date: 10/01/04 to
Rc ·      Acct:       Ch:                Time:        to
Reduct:

Type an  X  in the selection field.      Then press enter.

                                 Total  Reduction  Pay  Trn
Sel  Salescheck#    Date    Customer  Amount   Amount    Typ  Typ
---  ------------ -------- ------------------ -------- --------- ---  ---
 _   025950260610 10/28/04 EPPERSON        -21.60       .00   CSH  SL
 _   025950260611 10/28/04 EPPERSON        539.98       .00   CHK  SL
 _   025950260075 10/02/04 DAVIS           601.98    -25.00   SRS  SL
 _   025950260076 10/02/04                  32.36       .00   SRS  SL
 _   025950260077 10/02/04 BRACKIN         901.79    -65.00   SRS  SL
 _   025951220041 10/02/04                  47.48     -5.00   CHK  SL
 _   025951220043 10/02/04 TYNER           968.35    -50.00   SRS  SL
 _   025951220044 10/02/04 TYNER          1050.18    -25.00   SRS  SL
 _   025951220045 10/02/04                   .00       .00        NSL
 _   025950260079 10/02/04                  66.04   -123.43   CHK  SL

Enter   F3=Exit    F7=Bkwd    F8=Fwd    F12=Cancel
```

BRACKIN *svc ic 2001 siovopicis*

PROD. BY DEFENDANT
00159
WILLIS v. SMITH



PROD. BY DEFENDANT
00160
WILLIS v. SMITH

12-1-04

I have been told that the 65.00 Coupon from service is only to be used if Customer bring them in after a repair has been done on merchandise.

Bertrice Willi

EXHIBIT

D

PROD. BY DEFENDANT
00067
WILLIS v. SMITH

BC INVESTIGATION

Investigation

On OCT 31, 2004 after discovering where sales associate Beatrice Willis appeared to be giving a customer free delivery, SGM Kenneth Reese and myself noticed a large number of $65.00 markdown taken by Bea. This markdown is for the same amount as our out of area delivery. After further investigation it was found that she was scanning a $65 coupon. This coupon is given to customers who pay for service to come out to their home and then decline to have their appliance fixed. Service then gives the customer this coupon to keep the customer as a Sears' customer. To redeem this coupon the customer is suppose to bring the receipt from service and the coupon the store and use it on a purchase of $399.99 or more. After investigating this it was found that the coupon was used 29 times over a thirty day period, in only about 7 of these transactions the coupon used legitimately. It was also found that another associate in the department Denise Smith was tied to the misuse of this coupon. The other times the coupon was reused and the customer had not received a visit from service. Some of the sales were for items under the $399.99 minimum requirement.

During this investigation journal tapes were pulled to verify the coupon number that was used. Service was called to verify that a customer had received a service call of any type and what was done when service went to the customer's home. Associate service Center was contacted for advice on the steps and the final actions to be taken. The associate involved were interviewed and allowed to state there reasons, not all associates would give statements or attempt to defend their selves.

As a result of this investigation it was found that Beatrice Willis and Denis Smith had been abusing a coupon by giving it to customers who were not entitled to it and by using it on merchandise that it did not qualify for.



EXHIBIT

E

1

PROD. BY DEFENDANT
00065
WILLIS v. SMITH

Interview with Beatrice Willis.

On NOV 1, 2004 I conducted an interview with Beatrice. Nina Fitzwater sat in as a witness. Before the interview myself and John Lawrie, the hard-lines manager, asked Beatrice if she knew the police for taking coupons. She stated that when she took a coupon from a customer she would destroy the coupon and then throw it away after completing the transaction. This is almost the correct procedure. After a coupon is used you are to mark through the barcode to make it unscanable and then turn it in with the detail from the register at night. The coupon is then disposed of by the hub/mngt. the next day.
During the interview I explained to Bea. what the situation was and then asked if she could explain why the coupon had been used on so many sales where the customer had not had a service call. She would not. She was also asked to write a statement in her defense. She said she would only write that she would no longer use the coupon incorrectly and she did. Bea then got up from her chair and became very angry stating that this is B.S. this is B.S. ...... I don't need this I can go anywhere and sale. She then left the office.
Beatrice was terminated on NOV 1, 2004.

2

PROD. BY DEFENDANT
00064
WILLIS v. SMITH

```
NPOS713               Associate Summary          11/02/04 17:34:17
                      Assoc #:   190

Type:                          Disc: N  Date: 10/01/04 to 10/01/04
     :    Acct:      Ch:                Time:           to
   hct:

Type an  X  in the selection field.      Then press enter.


                                   Total   Reduction   Pay   Trn
 Sel Salescheck#   Date     Customer   Amount   Amount   Typ   Typ
 --- -----------  --------  -------------------- --------- ---------  ---   ---
  _  0259502 60053  10/01/04                       50.00       .00    CSH   PMT
  _  0259502 60056  10/01/04  TILL  NO SVC        179.81    -65.00    CSH   SL
  _  0259512 20028  10/01/04  JAMES             1047.58       .00    SRS   SL
  _  0259512 20029  10/01/04                         .00       .00          NSL



 nter   F3=Exit    F7=Bkwd    F8=Fwd    F12=Cancel
```

847-266-5412





```
POS713                 Associate Summary          11/02/04 17:52:56
                       Assoc #:    190


ype:                        Disc: N  Date: 10/30/04 to 10/30/04
   :        Acct:      Ch:          Time:              to
  Act:


ype an  X  in the selection field.    Then press enter.


                                   Total   Reduction   Pay   Trn
el Salescheck#   Date      Customer  Amount   Amount    Typ   Typ
-- ------------  --------  --------  -------- ---------- ---   ---
_  025950260658 10/30/04              .00        .00           VD
_  025950260659 10/30/04  PERSON    913.83   -189.00   CHK     SL
_  025950260661 10/30/04              .00        .00          NSL
_  025950220065 10/30/04  JAMES    1027.05   -105.00   SRS     SL
_  025950260663 10/30/04  MILNER    491.39    -20.00   OTH     SL
_  025950260666 10/30/04  BEARD JR  721.26    -83.90   OTH     SL
_  025950260667 10/30/04              .00        .00           VD
_  025950260668 10/30/04  HARRISON  721.26    -83.99   OTH     SL
_  025951220489 10/30/04  ROWELL    779.02   -102.00   SMC     SL
_  025951220490 10/30/04             9.7                       SL


nter    F3=Exit    F7=Bkwd    F8=Fwd    F12=Cancel
```

```
TPOS713               Associate Summary              11/02/04 17:39:56
                      Assoc #:    190

Type:                          Disc: N   Date: 10/10/04 to 10/10/04
      Acct:        Ch:                   Time:         to
  Act:

Type an  X  in the selection field.      Then press enter.


                                  Total    Reduction    Pay   Trn
Sel Salescheck#   Date       Customer    Amount    Amount    Typ   Typ
--- ------------- --------   ----------  --------  ---------  ---   ---
 _  025950260229 10/10/04                    .00       .00         OPN
 _  025950260231 10/10/04    BOND         503.25       .00   SMC   SL
    025951220180 10/10/04                    .00       .00         OPN
 _  025951220181 10/10/04    ROSEN        615.59       .00   OTH   SL
 _  025950260233 10/10/04                  10.79       .00   SRS   SL
 _  025950260234 10/10/04    MEALL        280.79       .00   DSC   SL
 _  025950260245 10/10/04                    .00       .00         NSL
 _  025950260246 10/10/04    DUNSMORE     669.59       .00   SRS   SL
 _  025950260247 10/10/04    DUNSMORE     642.59    -65.00   SRS   SL
 _  025950260248 10/10/04    DUNSMORE    1279
```

Enter    F3=Exit    F7=Bkwd    F8=Fwd    F12=Cancel

```
NPOS713              Associate Summary           11/02/04 17:52:50
                     Assoc #:    190

Type:                          Disc: N  Date: 10/30/04 to 10/30/04
Reg:        Acct:       Ch:             Time:          to
   Act:

Type an  X  in the selection field.    Then press enter.


                                      Total  Reduction  Pay  Trn
Sel  Salescheck#   Date      Customer  Amount  Amount    Typ  Typ
---  -----------  --------   --------  ------  --------   ---  ---
 _   0259502 60650 10/30/04  ROBERTS    356.39   -70.00   OTH  SL
 _   0259502 60651 10/30/04  DOWDELL   -179.27    24.00   CSH  SL
 _   0259502 60653 10/30/04              .00       .00         VD
 _   0259502 60654 10/30/04              .00       .00         NSL
 _   0259512 20475 10/30/04  Vilabrera 646.86  -148.65   MLT  SL
 _   0259512 20476 10/30/04             130.00     .00   CHK  PMT
 _   0259512 20477 10/30/04              50.00     .00   CHK  PMT
 _   0259512 20478 10/30/04              40.00     .00   CHK  PMT
 _   0259502 60656 10/30/04  MOTES      293.75   -58.00   MLT  SL
 _   0259502 60657 10/30/04  STEINER    984.03  -124.06   CSH  SL


Enter   F3=Exit   F7=Bkwd   F8=Fwd   F12=Cancel
```

```
IPOS713                Associate Summary              11/02/04 17:40:28
                       Assoc #:    190
```

```
ype:                              Disc: N  Date: 10/11/04 to 10/11/04
e~:      Acct:        Ch:         Time:        to
  ct:
```

ype an  X  in the selection field.    Then press enter.

| el | Salescheck# | Date | Customer | Total Amount | Reduction Amount | Pay Typ | Trn Typ |
|---|---|---|---|---|---|---|---|
| _ | 025950570204 | 10/11/04 | MCALLISTER | -16.20 | .00 | SMC | SL |
| _ | 025951220195 | 10/11/04 | KING | 2894.56 | -65.00 | OTH | SL |
| _ | 025950260263 | 10/11/04 | DUNSMORE | 653.39 | -65.00 | SRS | SL |
| _ | 025951220202 | 10/11/04 | MERRETT | 520.55 | -48.00 | SRS | SL |
| _ | 025951220203 | 10/11/04 | REESE | 750.59 | -25.00 | SMC | SL |
| _ | 025951220204 | 10/11/04 | | 4.31 | .00 | CSH | SL |
| _ | 025950260267 | 10/11/04 | | 10.00 | .00 | CSH | PMT |
| _ | 025950570231 | 10/11/04 | | -215.98 | .00 | CSH | SL |
| _ | 025950570232 | 10/11/04 | FROEDE | 215.98 | -10.00 | CSH | SL |
| _ | 025951220205 | 10/11/04 | | 10.79 | .00 | OTH | SL |

nter    F3=Exit     F7=Bkwd     F8=Fwd     F12=Cancel

```
NPOS713                    Associate Summary          11/02/04 17:53:59
                           Assoc #:   190

Type:                            Disc: N  Date: 10/31/04 to 10/31/04
Req:       Acct:       Ch:                Time:          to
    ct:


Type an  X  in the selection field.     Then press enter.
```

| Sel | Salescheck# | Date | Customer | Total Amount | Reduction Amount | Pay Typ | Trn Typ |
|-----|-------------|------|----------|-------------|------------------|---------|---------|
| _ | 025950260680 | 10/31/04 | | .00 | .00 | | OPN |
| _ | 025950260681 | 10/31/04 | ROWE | 343.44 | -20.00 | AMX | SL |
| _ | 025950260682 | 10/31/04 | WINTERS | 22.65 | -10.00 | SMC | SL |
| _ | 025950260683 | 10/31/04 | MILNER | 2274.46 | -50.00 | OTH | SL |
| _ | 025950260684 | 10/31/04 | MILNER | 291.59 | -40.00 | OTH | SL |
| _ | 025950260685 | 10/31/04 | BRADBERRY | 1002.76 | -30.00 | SRS | SL |
| _ | 025950260686 | 10/31/04 | BRADBERRY 2nd card/see | 314.98 | -85.00 | SRS | SL |
| _ | 025950260688 | 10/31/04 | | 14.07 | -16.50 | SRS | SL |
| _ | 025950260691 | 10/31/04 | | 50.00 | .00 | CHK | PMT |

```
Enter    P3=Exit    F7=Bkwd    F8=Fwd    F12=Cancel
```

```
********* START OF TRANSACTION *********
                    SALE
SOOcommerce POS C 44,020
TIMESTAMP: 10-31-04-15:40:33
MERCHANDISE DISPOSITION:
  PICKED UP BY CUSTOMER
  DELIV. TYPE:        NEW DOS ORDER
  DELIVER TO:            STORE 02595
1  22 80592    WHITE, ON SAL 299.99T
                          ORDERED
COUPON NBR:
      CPN MULTI ITEM/$      65.00T-
   1 10 22500187 RPL DT NC WDS 99.99S
COUPON NBR:
  MERCHANDISE DOES NOT QUALIFY FOR
  COUPON REDUCTION
   1 10 22500187 RPL DT NC WDS 99.99S-
COUPON NBR:        5972786929
      CPN MULTI ITEM/$      20.00T-
   1 10 22500187 RPL DT NC WDS 99.99S
EXPECTED DATE:       11/10/04
EXPECTED DATE:       11/10/04
NAME:             GEORGE BRADBERRY
ADDRESS:          601 SHAWNEE ST

CITY/STATE:       AUBURN, AL
ZIP CODE:         36830
PHONE:
   334-821-3072  334-728-0707
DESTINATION ADDRESS SAME AS CUSTOMER
DELIV INSTR:
  DISHWASHER AND RANGE IS DUE IN IN
        11-12-04
------- REENTRY REVERSAL --------
------- START REENTRY HERE -------
1  22 80592    WHITE, ON SAL 299.99T
                          ORDERED
COUPON NBR:        5970200185
      CPN MULTI ITEM/$      65.00T-
COUPON NBR:        5972786929
      CPN MULTI ITEM/$      20.00T-
   1 10 22500187 RPL DT NC WDS 99.99
      OUT OF AREA TAX 08.000%   17.20
      NON-TAXABLE - INSTALLED     .00
ID:                    BP 190
CARD TYPE:         SEARS ACCOUNT
ACCT #: 86880148428934T
      AUTH CODE:   015517
DELIVER DATE:         05/31/05
```

```
NPOS713              Associate Summary            11/02/04 17:40:28
                     Assoc #:    190

Type:                          Disc: N   Date: 10/11/04 to 10/11/04
Req:        Acct:      Ch:               Time:         to
    uct:


Type an  X  in the selection field.    Then press enter.


                                    Total  Reduction   Pay  Trn
Sel Salescheck#   Date      Customer  Amount  Amount    Typ  Typ
--- -----------  --------  ----------  -------- --------- ---  ---
 _  025950570204 10/11/04  MCALLISTER  -16.20       .00  SMC  SL
 _  025951220195 10/11/04  KING        2894.88   -65.00  OTH  SL
 _  025950260263 10/11/04  DUNSMORE    653.39    -65.00  SRS  SL
 _  025951220202 10/11/04  MERRETT     520.55    -48.00  SRS  SL
 _  025951220203 10/11/04  REESE       750.59    -25.00  SMC  SL
 _  025951220204 10/11/04              4.31         .00  CSH  SL
 _  025950260267 10/11/04              10.00        .00  CSH  PMT
 _  025950570231 10/11/04              -215.98      .00  CSH  SL
 _  025950570232 10/11/04  FROEDE      215.98    -10.00  CSH  SL
 _  025951220205 10/11/04              10.70        .00  OTH  SL


Enter   F3=Exit   F7=Bkwd   F8=Fwd   F12=Cancel
```

```
POS713              Associate Summary           11/02/04 17:53:59
                    Assoc #:    190

ype:                        Disc: N  Date: 10/31/04 to 10/31/04
 r         Acct:     Ch:              Time:        to
    ct:


ype an  X  in the selection field.    Then press enter.


                                  Total    Reduction   Pay   Trn
 el  Salescheck#    Date      Customer      Amount      Amount  Typ   Typ
 --  ------------   -------   ----------   --------   ---------  ---   ---
  _  025950260680  10/31/04                    .00        .00         OPN
  _  025950260681  10/31/04  ROWE           343.44     -20.00   AMX   SL
  _  025950260682  10/31/04  WINTERS         22.65     -10.00   SMC   SL
  _  025950260683  10/31/04  MILNER        2274.46     -50.00   OTH   SL
  _  025950260684  10/31/04  MILNER         291.59     -40.00   OTH   SL
  _  025950260685  10/31/04  BRADBERRY     1002.76     -30.00   SRS   SL
  _  025950260686  10/31/04  BRADBERRY     314.98     -85.00   SRS   SL
  .  025950260688  10/31/04                  14.07     -16.50   SRS   SL
  .  025950260691  10/31/04                  50.00        .00   CHK   PMT
```

ter   F3=Exit    F7=Bkwd    F8=Fwd    F12=Cancel



```
NPOS713                Associate Summary              11/02/04 17:50:09
                       Assoc #:    190

Type:                           Disc: N  Date: 10/26/04 to 10/26/04
Seq:           Acct:      Ch:             Time:         to
  Act:

Type an  X  in the selection field.     Then press enter.


                                    Total  Reduction   Pay  Trn
Sel  Salescheck#   Date     Customer   Amount   Amount   Typ  Typ
---  ------------  -------   --------   ------   -------  ---  ---
 _   025950260560 10/26/04  SELLERS     -179.99      .00  SMC  SL
 _   025950260561 10/26/04  EZELL       418.48  -101.50   SRS  SL
 _   025950260562 10/26/04  TILLERY        .00    62.00   CSH  SL
 _   025955312104 10/26/04  DOWDELL     192.72   -44.83   CSH  SL
 _   025951220407 10/26/04  CITY OF AUBURN 17.99  -2.00   OTH  SL
 _   025951220410 10/26/04  AUBURN UNIVER HONO 59.98  .00  OTH  SL
 _   025950260564 10/26/04  SUTLEY      380.15      .00   OTH  SL
 _   025950260565 10/26/04              10.79       .00   OTH  SL
 _   025951220414 10/26/04               5.82      -.60   SMC  SL
 _   025950260566 10/26/04  DOWDELL     -13
```

Enter   F3=Exit   F7=Bkwd   F8=Fwd   F12=Cancel

```
NPO8713              Associate Summary              11/02/04 17:51:45
                     Assoc #:    190

Type:                              Disc: N   Date: 10/28/04 to 10/28/04
Req:        Acct:       Ch:                  Time:            to
   Act:

Type an  X  in the selection field.    Then press enter.
```

| Sel | Salescheck# | Date | Customer | Total Amount | Reduction Amount | Pay Typ | Trn Typ |
|---|---|---|---|---|---|---|---|
| _ | 025951220442 | 10/28/04 |  | 6.47 | .00 | CSH | SL |
| _ | 025950260612 | 10/28/04 | WINTERS | 1527.96 | -140.00 | SMC | SL |
| _ | 025950260613 | 10/28/04 | MEIR | .00 | .00 | CSH | SL |

```
Enter    F3=Exit    F7=Bkwd    F8=Fwd    F12=Cancel
```



```
NPOS713              Associate Summary              11/02/04 17:48:10
                     Assoc #:    190

Type:                              Disc: N   Date: 10/21/04 to 10/21/04
P~:        Acct:        Ch:                  Time:        to
  Act:

Type an  X  in the selection field.    Then press enter.
```

| Sel | Salescheck# | Date | Customer | Total Amount | Reduction Amount | Pay Typ | Trn Typ |
|-----|-------------|------|----------|--------------|------------------|---------|---------|
| _ | 025950260485 | 10/21/04 | RICHARDSON | 917.99 | .00 | SRS | SL |
| _ | 025950260486 | 10/21/04 | RICHARDSON | 376.38 | -501.49 | SRS | SL |

```
Enter    F3=Exit    F7=Bkwd    F8=Fwd    F12=Cancel
```



```
NPOS713                  Associate Summary              11/02/04 17:49:40
                         Assoc #:   190

Type:                              Disc: N   Date: 10/25/04 to 10/25/04
  q:          Acct:       Ch:                Time:          to
  Act:


Type an  X  in the selection field.    Then press enter.


          Total  Reduction   Pay  Trn
Sel Salescheck#     Date        Customer      Amount   Amount    Typ  Typ
--- ------------  --------   ------------------ ------  ---------  ---  ---
 _  025951220390 10/25/04  SMITH           226.78      .00    OTH   SL
 _  025951220391 10/25/04  ROWE            866.37  -142.00    SRS   SL
    025951220392 10/25/04                     .00      .00          NSL
 _  025951220393 10/25/04                   60.00      .00    CHK   PMT
 _  025951220394 10/25/04                  866.37      .00    CHK   PMT
    025951220395 10/25/04  HEARD          133.83   -32.30    SRS   SL
 _  025951220396 10/25/04                  133.83      .00    CSH   PMT
 _  025951220400 10/25/04  BERRY          377.98      .00    SRS   SL
    025950260552 10/25/04  JACKSON           .00      .00    CSH   SL
 _  025950260553 10/25/04                    .00      .00          VD


Enter   F3=Exit    F7=Bkwd    F8=Fwd    P12=Cancel
```

```
NPOS713                Associate Summary              11/02/04 17:52:10
                       Assoc #:    190


Type:                           Disc: N   Date: 10/29/04 to 10/29/04
Req:       Acct:      Ch:                 Time:        to
     Act:


Type an  X  in the selection field.      Then press enter.


                                    Total   Reduction   Pay  Trn
 Sel Salescheck#   Date     Customer      Amount   Amount    Typ  Typ
 --- ------------- -------- ------------- -------- --------- ---  ---
  _  0259502 60620 10/29/04 DUFNER            5.39      .00  CSH  SL
  _  0259502 60621 10/29/04 STROZIER        530.61   -62.00  MLT  SL
  _  0259502 60622 10/29/04                  19.17    -7.25  CHK  SL
  _  0259502 60623 10/29/04                    .00      .00       VD
  _  0259502 60624 10/29/04 STROZIER        422.61   -62.00  MLT  SL
  _  0259502 20051 10/29/04 JERNIGAN        634.39  -162.48  OTH  SL
  _  0259502 20052 10/29/04                   4.85     -.50  CSH  SL
  _  0259502 60629 10/29/04 OTWELL          291.03   -55.50  SMC  SL
  _  0259502 60632 10/29/04 BUGG            -10.44      .32  SMC  SL
  _  0259502 60633 10/29/04                  75.00      .00  CSH  PMT


Enter   F3=Exit   F7=Bkwd   F8=Fwd   F12=Cancel
```

```
NPOS713              Associate Summary           11/02/04 17:52:58
                     Assoc #:   190


Type:                          Disc: N   Date: 10/30/04 to 10/30/04
Reg:        Acct:      Ch:               Time:        to
   Juct:


Type an  X  in the selection field.    Then press enter.



                                   Total  Reduction    Pay  Trn
Sel Salescheck#    Date      Customer    Amount   Amount     Typ  Typ
--- ------------  --------  -----------  ------  ---------   ---  ---
  _  025951220495 10/30/04  WYBLE         450.46   -37.00    OTH   SL
  _  025951220497 10/30/04  WILLIAMS      583.19   -75.00    SMC   SL
  _  025951220499 10/30/04                12.00      .00     CSH   PMT
```



```
Enter   F3=Exit   F7=Bkwd   F8=Fwd   F12=Cancel
```

```
NPOS713               Associate Summary          11/02/04 17:53:43
                      Assoc #:    414

Type:                             Disc: N  Date: 10/30/04 to 10/30/04
Req:        Acct:       Ch:                Time:            to
R  Act:

Type an  X  in the selection field.    Then press enter.

                                   Total   Reduction  Pay  Trn
Sel Salescheck#    Date     Customer     Amount    Amount   Typ  Typ
--- ------------ --------  ------------------ -------- --------- ---  ---
 _  025951220501 10/30/04  HOUCHIN        1643.71   -182.00  SMC   SL
 _  025951220502 10/30/04  KEEBLE          173.01    -67.80  SRS   SL
 _  025950220078 10/30/04  LE              349.91    -86.00  SMC   SL
 _  025950460040 10/30/04  GREATHOUSE     1101.59   -130.00  OTH   SL
 _  025950460041 10/30/04  GREATHOUSE      367.08    -69.99  OTH   SL
 _  025950460042 10/30/04                     .00      .00        CLS
 _  025951220503 10/30/04                     .00      .00        CLS
 _  025951220504 10/30/04                     .00      .00        OPN
 _  025951220505 10/30/04                     .00      .00        CLS


Enter   F3=Exit    F7=Bkwd    F8=Fwd    F12=Cancel.
```

*Caroline Landers*

EXHIBIT
G

```
JPOS713              Associate Summary          11/02/04 17:52:30
                     Assoc #:    414

 Type:                         Disc: N  Date: 10/29/04 to 10/29/04
 Req:         Acct:       Ch:           Time:        to
   Acct:

Type an  X  in the selection field.     Then press enter.


                                  Total   Reduction  Pay  Trn
Sel Salescheck#    Date    Customer      Amount   Amount    Typ  Typ
--- ------------ --------  ----------------  --------  ---------  ---  ---
 _  025951220462 10/29/04  TAYLOR            410.27    -20.00   CHK  SL
 _  025951220463 10/29/04                     21.58      .00    CSH  SL
 _  025950260640 10/29/04                    475.00      .00    SRS  SL
 _  025951220464 10/29/04  CALDWELL          917.58   -103.00   MLT  SL
 _  025951220465 10/29/04  OVERSTREET        237.58    -20.00   MLT  SL
 _  025950260645 10/29/04                       .00      .00         NSL
 _  025950260646 10/29/04                       .00      .00         CLS
 _  025950260647 10/29/04                       .00      .00         OPN
 _  025950260648 10/29/04                       .00      .00         CLS
 _  025951220466 10/29/04  CUNNINGHAM        826.19    -85.00   SMC  SL

Enter   F3=Exit   F7=Bkwd   F8=Fwd   F12=Cancel
```

```
WPOS713               Associate Summary          11/02/04 17:34:36
                      Assoc #:    414

Type:                         Disc: N  Date: 10/01/04 to 10/01/04
Req:         Acct:     Ch:             Time:          to
R  Act:

Type an  X  in the selection field.    Then press enter.


                                 Total   Reduction  Pay  Trn
Sel Salescheck#    Date     Customer      Amount    Amount    Typ  Typ
--- ------------ -------- ------------------ -------- --------- --- ---
 _  025950260058 10/01/04 MERRIFIELD       1158.83       .00  OTH  SL
 _  025950260060 10/01/04                    42.74    -69.47  CHK  SL
 _  025950260062 10/01/04 BROCKWAY         1339.98       .00  SRS  SL
 _  025951220030 10/01/04 LETSON            205.19       .00  OTH  SL
 _  025950260063 10/01/04 STABLER           301.32       .00  CHK  SL
 _  025950260064 10/01/04 ROGERS            518.39       .00  OTH  SL
 _  025950260065 10/01/04 HUGHES            431.99       .00  SMC  SL
 _  025951220031 10/01/04                     .00       .00       CLS
 _  025950260066 10/01/04                     .00       .00       CLS


Enter   F3=Exit   F7=Bkwd   F8=Fwd   F12=Cancel
```

```
NPOS713                    Associate Summary                11/02/04 17:35:20
                           Assoc #:    414

Type:                                   Disc: N   Date: 10/02/04 to 10/02/04
 eq:          Acct:         Ch:                   Time:         to
R  Act:

Type an  X  in the selection field.      Then press enter.

                                        Total   Reduction   Pay  Trn
Sel Salescheck#     Date      Customer   Amount   Amount     Typ  Typ
--- -------------  --------  ----------- ------  ---------   ---  ---
 _  025951220034  10/02/04                20.00       .00    CSH  PMT
 _  025950260073  10/02/04  MCCOLLOUGH   492.47       .00    OTH  SL
 _  025950260074  10/02/04                 1.93     -5.20    CSH  SL
 _  025950460015  10/02/04  KING         610.17    -74.00    SRS  SL
 _  025950460016  10/02/04  GLASS       1398.60       .00    OTH  SL
 _  025950460017  10/02/04                43.53    -15.60    CHK  SL
 _  025950260083  10/02/04                  .00       .00         NSL
 _  025950260084  10/02/04  BROCKWAY      18.18       .00    SRS  SL
 _  025950260085  10/02/04                40.00       .00    CHK  PMT
 _  025951220049  10/02/04                  .00       .00         NSL

Enter   F3=Exit   F7=Bkwd   F8=Fwd   F12=Cancel
```

```
NPOS713                Associate Summary              11/02/04 17:53:04
                       Assoc #:    2378
```

Type:                           Disc: N  Date: 10/30/04 to 10/30/04
Reg:        Acct:      Ch:                Time:         to
ct:

Type an X in the selection field.    Then press enter.

| Sel | Salescheck# | Date | Customer | Total Amount | Reduction Amount | Pay Typ | Trn Typ |
|-----|-------------|------|----------|--------------|------------------|---------|---------|
| _ | 025950220058 | 10/30/04 | | .00 | .00 | | OPN |
| _ | 025951220468 | 10/30/04 | | .00 | .00 | | OPN |
| _ | 025951220471 | 10/30/04 | JONES | 347.75 | -58.00 | OTH | SL |
| _ | 025951220472 | 10/30/04 | | .00 | .00 | | VD |
| _ | 025951220473 | 10/30/04 | JONES | 347.75 | -58.00 | OTH | SL |
| _ | 025951220474 | 10/30/04 | | 4.86 | .00 | OTH | SL |
| _ | 025950260655 | 10/30/04 | | 200.00 | .00 | CHK | PMT |
| _ | 025950220063 | 10/30/04 | PITTS | 1204.14 | -161.50 | CHK | SL |
| _ | 025951220480 | 10/30/04 | DONALD | 269.99 | -50.00 | OTH | SL |
| _ | 025951220481 | 10/30/04 | EASTER | 829.69 | -155.89 | SRS | SL |

Enter    F3=Exit    F7=Bkwd    F8=Pwd   F12=Cancel

EXHIBIT
H

```
NPOS713              Associate Summary
                     Assoc #:  2378              11/02/04 17:53:07

Type:
Req:        Acct:       Ch:       Disc: N  Date: 10/30/04 to 10/30/04
ct:                                        Time:          to


Type an  X  in the selection field.    Then press enter.


Sel  Salescheck#   Date        Customer        Total    Reduction   Pay   Trn
                                              Amount     Amount      Typ   Typ
---  -----------   --------    ------------   --------  ---------    ---   ---
  _  025951220482  10/30/04   BLACK            1412.99   -221.90     AMX   SL
  _  025951220483  10/30/04   BLACK Sec Receirt 1212.83  -197.00     AMX   SL
  _  025951220484  10/30/04   BLACK Reye 9-16-04  880.16  -111.00    AMX   SL
  _  025951220485  10/30/04   BLACK             476.05    -81.68     AMX   SL
  _  025950460031  10/30/04   SCROGGINS        1355.97   -184.00     MLT   SL
  _  025950460032  10/30/04   SCROGGINS        1735.78   -204.00     CHK   SL
  _  025950460033  10/30/04                      10.79      .00      CSH   SL
  _  025951220491  10/30/04                      37.79      .00      OTH   SL
  _  025951220492  10/30/04                      34.01     -3.50     OTH   SL
  _  025951220493  10/30/04                       .00       .00            VD


Enter   F3=Exit    F7=Bkwd    F8=Fwd   F12=Cancel
```

```
NPOS713                     Associate Summary              11/02/04 17:34:29
                             Assoc #:   2378

Type:                              Disc: N   Date: 10/01/04 to 10/01/04
Req:         Acct:        Ch:                Time:          to
  ct:

Type an  X  in the selection field.      Then press enter.

                                          Total   Reduction   Pay   Trn
Sel  Salescheck#     Date     Customer    Amount    Amount    Typ   Typ
---  -----------   --------   ---------------------  --------- ---------  ---   ---
 _   025950260054  10/01/04   SANDERFORD          .00       .00   CSH   SL
 _   025950037855  10/01/04   BILLINGSLEA     -680.39     70.00   SMC   SL



Enter   F3=Exit   F7=Bkwd   F8=Fwd   F12=Cancel
```

NPOS713                    Associate Summary                11/02/04 17:37:44
                           Assoc #:   2378

Type:
Req:        Acct:        Ch:          Disc: N   Date: 10/06/04 to 10/06/04
  ct:                                           Time:        to

Type an  X  in the selection field.      Then press enter.

| Sel | Salescheck# | Date | Customer | Total Amount | Reduction Amount | Pay Typ | Trn Typ |
|-----|-------------|------|----------|--------------|------------------|---------|---------|
| _ | 025950260171 | 10/06/04 | ALLEN | 572.38 | -70.00 | SMC | SL |
| _ | 025950260172 | 10/06/04 | ALLEN | -593.98 | .00 | MLT | SL |
| _ | 025951220131 | 10/06/04 | HARVEY | .00 | .00 | CSH | SL |
| _ | 025951220132 | 10/06/04 | | .00 | .00 | | NSL |
| _ | 025951220133 | 10/06/04 | | .00 | .00 | | CLS |
| _ | 025955220947 | 10/06/04 | | 14.57 | -10.00 | CSH | SL |
| _ | 025950260174 | 10/06/04 | | .00 | .00 | | NSL |
| _ | 025950260175 | 10/06/04 | | .00 | .00 | | CLS |

Enter   F3=Exit    F7=Bkwd    F8=Fwd    F12=Cancel

```
                        Associate summary           11/02/04 17:42:16
                        Assoc #:   2378

Type:
Reg:          Acct:        Ch:          Disc: N   Date: 10/12/04 to 10/12/04
  uct:                                            Time:         to

Type an  X  in the selection field.    Then press enter.

                                        Total   Reduction   Pay  Trn
Sel Salescheck#   Date      Customer     Amount    Amount    Typ  Typ
--- -----------  --------  ------------ -------- ---------   ---  ---
 _  025950260273 10/12/04  WOODS          -72.90      .00    SMC   SL
 _  025950260274 10/12/04  CITY OF TUSKEGEE 1089.98 -10.00   CHK   SL
 _  025951220215 10/12/04                 118.00      .00    CHK  PMT
 _  025950260275 10/12/04  OBIEKWE         521.04  -482.44   CHK   SL
 _  025950260276 10/12/04  TRIMBLE           .00   -549.89   CSH   SL
 _  025951220216 10/12/04  MANLEY          637.19  -100.00   SRS   SL
 _  025951220217 10/12/04  MANLEY          161.34   -24.00   SRS   SL
 _  025951220218 10/12/04                    .00      .00         NSL
 _  025951220219 10/12/04                    .00      .00         CLS
 _  025950260277 10/12/04                    .00      .00         NSL

Enter   F3=Exit   F7=Bkwd   F8=Fwd   F12=Cancel
```

```
NPOS713                 Associate Summary                11/02/04 17:42:40
                        Assoc #:   2378

Type:
Reg:            Acct:         Ch:            Disc: N   Date: 10/12/04 to 10/12/04
Acct:                                        Time:            to

Type an  X  in the selection field.    Then press enter.
```

| Sel | Salescheck# | Date | Customer | Total Amount | Reduction Amount | Pay Typ | Trn Typ |
|---|---|---|---|---|---|---|---|
| _ | 025950260278 | 10/12/04 | | .00 | .00 | | NSL |
| _ | 025950260279 | 10/12/04 | SEESOCK | 999.98 | -50.00 | SMC | SL |
| _ | 025950260280 | 10/12/04 | | .00 | .00 | | CLS |

```
Enter    F3=Exit     F7=Bkwd    F9=Fwd    F12=Cancel
```

```
NPOS713                 Associate Summary                   11/02/04 17:43:48
                        Assoc #:   2378

Type:                            Disc: N   Date: 10/14/04 to 10/14/04
Reg:         Acct:      Ch:               Time:          to
  uct:


Type an  X  in the selection field.     Then press enter.

                                        Total   Reduction   Pay  Trn
  Sel Salescheck#   Date      Customer   Amount   Amount     Typ  Typ
  --- ------------- -------- ------------------- -------- ---------  ---  ---
   _  025951220254 10/14/04                 51.81       .00   OTH    SL
   _  025950260308 10/14/04                   .00       .00          NSL
   _  025951220240 10/14/04  GIBSON       2691.32   -228.00   SMC    SL
   _  025951220241 10/14/04  GIBSON       1652.39     .00     SMC    SL
   _  025951220242 10/14/04                100.00       .00   CSH    PMT
   _  025950260311 10/14/04                  9.71       .00   CSH    SL
   _  025951220243 10/14/04                 38.87     -4.00   OTH    SL
   _  025950260312 10/14/04  HOLLISWORTH   166.24       .00   DSC    SL
   _  025951220245 10/14/04  GIBSON        442.79       .00   SMC    SL
   _  025950260315 10/14/04                 16.19     -5.00   CSH    SL


 Enter    F3=Exit    F7=Bkwd    F8=Fwd    F12=Cancel
```

```
NPOS713              Associate Summary              11/02/04 17:45:09
                     Assoc #:   2378

Type:                              Disc: N  Date: 10/16/04 to 10/16/04
Req:          Acct:       Ch:               Time:         to
    ct:

Type an  X  in the selection field.     Then press enter.
```

| Sel | Salescheck# | Date | Customer | Total Amount | Reduction Amount | Pay Typ | Trn Typ |
|---|---|---|---|---|---|---|---|
| _ | 025950260358 | 10/16/04 | | .00 | .00 | | OPN |
| _ | 025950260359 | 10/16/04 | ALLEN | -2249.99 | 250.00 | CSH | SL |
| _ | 025950260360 | 10/16/04 | | 701.96 | .00 | CSH | PMT |
| _ | 025950260361 | 10/16/04 | ALLEN | -798.88 | 110.99 | CSH | SL |
| _ | 025950260362 | 10/16/04 | ALLEN | 2850.98 | -349.00 | CSH | SL |
| _ | 025950260363 | 10/16/04 | | .00 | .00 | | NSL |
| _ | 025950570406 | 10/16/04 | | 25.91 | .00 | SRS | SL |
| _ | 025951220271 | 10/16/04 | | 400.00 | .00 | CHK | PMT |
| _ | 025950260364 | 10/16/04 | ALLEN | .00 | .00 | CSH | SL |
| _ | 025950260366 | 10/16/04 | | .00 | .00 | | NSL |

```
Enter   F3=Exit    F7=Bkwd    F8=Fwd    F12=Cancel
```

```
NPOS713                 Associate Summary              11/02/04 17:49:51
                        Assoc #:  2378

Type:                            Disc: N  Date: 10/25/04 to 10/25/04
Req:          Acct:      Ch:              Time:           to
   ct:

Type an  X  in the selection field.     Then press enter.

                                    Total   Reduction  Pay  Trn
Sel  Salescheck#    Date      Customer   Amount   Amount   Typ  Typ
---  ------------  --------  ------------ -------- --------- ---  ---
 _   025951220383 10/25/04                   .00       .00        OPN
 _   025950260534 10/25/04  FOREHAND    -1799.97    160.00   SRS  SL
 _   025950260535 10/25/04  JACKSON       -16.20       .00   SRS  SL
 _   025950260536 10/25/04  ROBINSON    1233.08    -96.00   SMC  SL
 _   025951220397 10/25/04               100.00       .00   CSH  PMT
 _   025951220399 10/25/04  BARNES       556.19    -50.00   CHK  SL


Enter   F3=Exit    F7=Bkwd   F8=Fwd   F12=Cancel
```

```
   13                  Associate Summary              11/02/04 17:50:17
                       Assoc #:   2378
```

```
  e:                              Disc: N  Date: 10/26/04 to 10/26/04
   :           Acct:       Ch:             Time:         to
  ct:
```

pe an  X  in the selection field.     Then press enter.

| Sel | Salescheck# | Date | Customer | Total Amount | Reduction Amount | Pay Typ | Trn Typ |
|---|---|---|---|---|---|---|---|
| _ | 025951220408 | 10/26/04 | HOUSTON | 261.97 | .00 | CHK | SL |
| _ | 025951220409 | 10/26/04 | | 72.00 | .00 | CSH | PMT |
| _ | 025951220411 | 10/26/04 | | 27.51 | .00 | OTH | SL |
| _ | 025951220412 | 10/26/04 | BARLOW | 1411.99 | -122.22 | SMC | SL |
| _ | 025951220413 | 10/26/04 | BARLOW | 1252.42 | -104.00 | SMC | SL |
| _ | 025950260567 | 10/26/04 | MC ALISTER | -469.98 | 30.00 | CSH | SL |
| _ | 025950260568 | 10/26/04 | MC ALISTER | 684.98 | -65.00 | MLT | SL |
| _ | 025950260569 | 10/26/04 | | .00 | .00 | | NSL |
| _ | 025950260570 | 10/26/04 | | .00 | .00 | | NSL |
| _ | 025950260571 | 10/26/04 | CLAY | 455.64 | -57.99 | SMC | SL |

Enter   F3=Exit    F7=Bkwd    F8=Fwd    F12=Cancel

```
NPOS713              Associate Summary           11/02/04 17:51:10
                      Assoc #:   2378

Type:                            Disc: N   Date: 10/27/04 to 10/27/04
Req:         Acct:        Ch:              Time:         to
   ct:

Type an X in the selection field.    Then press enter.

                                     Total   Reduction   Pay  Trn
Sel Salescheck#    Date      Customer    Amount  Amount    Typ  Typ
--- -----------  --------  ------------------ -------- ---------  ---  ---
  _  025950260580 10/27/04  FOREHAND        2254.96  -205.00    SRS   SL
  _  025950260582 10/27/04  WOODS             51.30     .00     SMC   SL
  _  025950260583 10/27/04                    86.94     .00     CHK   PMT
  _  025951220422 10/27/04                     6.47     .00     CSH   SL
  _  025950260587 10/27/04  FINDLEY          -70.20     .00     SRS   SL
  _  025951220424 10/27/04                  2530.33     .00     CHK   PMT
  _  025951220425 10/27/04                  1000.00     .00     CHK   PMT
  _  025950260589 10/27/04  JOHNS           1110.21   -62.00    SRS   SL
  _  025950260590 10/27/04                     .00      .00           VD
  _  025950260591 10/27/04  JOHNS           1002.21  -162.00    SRS   SL

Enter   F3=Exit    F7=Bkwd    F8=Fwd    F12=Cancel
```

NPOS713                 Associate Summary              11/02/04 17:52:22
                        Assoc #:   2378

Type:                              Disc: N   Date: 10/29/04 to 10/29/04
Req:          Acct:      Ch:                 Time:          to
ct:

Type an  X  in the selection field.     Then press enter.

                                        Total  Reduction   Pay  Trn
 Sel Salescheck#    Date      Customer   Amount   Amount    Typ  Typ
 --- ------------ -------- ------------------ -------- --------- ---  ---
  _  025950260636 10/29/04  ELDERS        278.62      .00   CSH  SL
  _  025950260637 10/29/04  WILSON        645.76      .00   OTH  SL
  _  025950260638 10/29/04  WILSON        -10.80      .00   OTH  SL
  _  025950260642 10/29/04  LIU           309.25   -65.15   OTH  SL
  _  025950260643 10/29/04  LIU           290.78   -63.25   OTH  SL

Enter   F3=Exit   F7=Bkwd   F8=Fwd   F12=Cancel

```
NPOS713                    Associate Summary              11/02/04 17:53:32
                           Assoc #:   2378

Type:                                  Disc: N   Date: 10/30/04 to 10/30/04
  eq:          Acct:        Ch:                  Time:          to
X  Act:

Type an  X  in the selection field.     Then press enter.

                                           Total   Reduction   Pay   Trn
Sel  Salescheck#   Date       Customer     Amount    Amount     Typ   Typ
---  ------------  --------  ------------- -------- ----------  ---   ---
  _  025951220494 10/30/04                   12.00        .00   CHK   PMT
  _  025950460035 10/30/04  WARREN          194.39     -20.00   CSH   SL
  _  025950460036 10/30/04  HYDE            615.59     -80.00   SRS   SL
  _  025950460037 10/30/04  PAXTON         1101.59    -130.00   CHK   SL
  _  025950220075 10/30/04  LYLES           954.97     -95.00   SRS   SL
  _  025950220076 10/30/04  LYLES           437.18     -60.00   SRS   SL
  _  025950220077 10/30/04                   84.00        .00   CHK   PMT



Enter   F3=Exit    F7=Bkwd    F8=Fwd    F12=Cancel
```

Statement

Unit # 2595    Incident # _____
p. _____ of 1

I was Interview by Terry and nina fitzwater about miss use of a Service Coupon. Translation Question was legitimate Daughter Had Service Cull and Send mother the Coupon and She Purchase the Refig, for her, as a gift

Completed by Jacquelyn Dodson  Signed Jacquelyn Dodson  Date 11/15/04
Reviewed by Terry Gandy  Signed Terry Gandy  Date 11/15/04

10028 (Rev 8/98)

EXHIBIT
I

**From:** Terry Gandy/Full-Line/SEARS
**To:**
**Date:** Saturday, November 20, 2004 03:33PM
**Subject:** write ups

---

**Coupons:**

Coupons used, must be turned in with the detail at night. Coupons may not be kept and re-used. This is a violation of company policy, and will result in immediate termination. When taking a coupon, write the salescheck number on the coupon, and put in detail. Coupons may not be stacked. One coupons per purchase, unless otherwise noted on coupon. For questions, see a manager.

**Delivery/assembly**

All items being delivered MUST go through the delivery company, unless otherwise approved by a manager, on a rare case. Delivery must be rung in the register. Under NO CIRCUMSTANCES may an associate accept money for delivery or assembly. This is a termination offense. WE DO NOT offer free delivery or assembly, unless in accordance with a company promotion.

Kenny Reese
Store General Manager
Store 2585
334-502-2094
"Believe & Succeed"

EXHIBIT
J

**WILLIS v. SEARS**