# EXHIBIT 10

LEGALINK, A MERRILL COMPANY
Court Reporting * Legal Videography * Trial Services

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF ALABAMA

EASTERN DIVISION

CASE NUMBER:  3:05-CV1018-M

DENISE L. SMITH,

     Plaintiff,

     vs.

SEARS,

     Defendant.

S T I P U L A T I O N

IT IS STIPULATED AND AGREED by and between the parties through their respective counsel, that the deposition of Denise L. Smith may be taken before Anita Thebo, Commissioner, at the offices of Burr & Forman, at 201 Monroe Street, Montgomery, Alabama 36104, on the 28th day of April, 2006.

DEPOSITION OF DENISE L. SMITH
(48094)

1933 Richard Arrington Jr. Blvd. S. * Birmingham, AL 35209 * www.legalink.com
1-800-888-DEPO

c8c8929b-797b-43fa-91d9-fae9e812d5af

LEGALINK, A MERRILL COMPANY
Court Reporting * Legal Videography * Trial Services

Page 70

1    A.    Vacuums and sewing and
2  microwaves.
3    Q.    And that was -- Do you recall,
4  was that still under Greg Newton?
5    A.    That was under -- That might
6  have been under Kenny when it got changed,
7  but I can't say for sure.
8    Q.    And then at some point in time
9  you went back to --
10   A.    Appliances.
11   Q.    -- appliances, correct?
12   A.    Uh-huh (positive response).
13   Q.    And do you recall when that
14  was?
15   A.    Had to be April -- I was --
16  Actually I was -- I actually went in
17  March, but not officially until April.
18   Q.    2004?
19   A.    Right.
20   Q.    And Kenny Reese was the SGM at
21  that time?
22   A.    Right.
23   Q.    Did you have to apply for

1933 Richard Arrington Jr. Blvd. S. * Birmingham, AL 35209 * www.legalink.com
1-800-888-DEPO

c8c8929b-797b-43fa-91d9-fae9e812d5af

LEGALINK, A MERRILL COMPANY
Court Reporting * Legal Videography * Trial Services

Page 81

1  Q. Were you ever given any kind
2  of written warning?
3  A. No.
4  Q. Were you ever suspended while
5  working at Sears?
6  A. No.
7  Q. Now, as appliances, that's
8  considered where you can make the most
9  money; is that correct?
10 A. Correct.
11 Q. That's where you need your
12 most experienced sales people; is that
13 correct?
14 A. That's correct.
15 Q. So moving from electronics to
16 appliances, Sears would want to put their
17 better sales people in the appliances
18 department, right?
19 A. Rephrase that again. I'm
20 sorry.
21 Q. Sears tries to put their
22 better sales people in the appliances
23 department, correct? Is that your

1933 Richard Arrington Jr. Blvd. S. * Birmingham, AL 35209 * www.legalink.com
1-800-888-DEPO

c8c8929b-797b-43fa-91d9-fae9e812d5af

LEGALINK, A MERRILL COMPANY
Court Reporting * Legal Videography * Trial Services

Page 82

1   understanding.
2       A.   They'll put them anywhere in
3   the hardlines.
4       Q.   Is appliances considered a
5   better position than electronics or other
6   hardwares?
7       A.   It is.
8       Q.   Now, part of the job duties
9   also, other than assisting customers and
10  being familiar with the products, was it
11  also part of your duties to keep the area
12  clean and those kinds of things?
13      A.   That's correct.
14      Q.   Now, Sears would often give
15  coupons to its customers, correct?
16      A.   That's correct.
17      Q.   And part of your job was to --
18  if a customer brought in a coupon was to
19  look at it, scan it, and give them the
20  proper discount, correct?
21      A.   Some of it's correct. Some of
22  it -- That might be corporate policy, but
23  that wasn't the policy at local level. We

1933 Richard Arrington Jr. Blvd. S. * Birmingham, AL 35209 * www.legalink.com
1-800-888-DEPO

c8c8929b-797b-43fa-91d9-fae9e812d5af