IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| BEATRICE WILLIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 3:05cv1019-SRW |
| ) | |
| SEARS, ROEBUCK & CO., ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

This action is presently before the court on the motion for summary judgment filed by defendant on October 16, 2006. The parties are DIRECTED to comply with the order of this court entered on March 14, 2006 (Doc. # 12), which establishes the briefing schedule. Additionally, the parties are DIRECTED to provide the court with bound and tabbed courtesy copies of their briefs and evidentiary submissions on or before November 20, 2006.

Done, this 18th day of October, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE