IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

RECEIVED

| | |
|---|---|
| BEATRICE L. WILLS,<br>    Plaintiff, | )<br>)<br>) |
| vs. | ) Civil Action No.: 3:05cv1019-SRW<br>) |
| SEARS ROEBUCK & CO.,<br>    Defendant. | )<br>) |

2007 JAN -4  P 3: 06

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## MOTION FOR ENLARGEMENT

T. Robin McIntyre, attorney for Beatrice Willis, request the Court grant an enlargement of 14 days in this case on all dates per the Uniform Scheduling Order to include: settlement conference, response to motion for summary judgment, pretrial conference, and trial. Both parties are requesting this enlargement and are in agreement. Both parties believe that this case can be settled on an out of court bases.

Counsel is request an enlargement of an additional 14 days because counsel under went major surgery for cancer on October 30, 2006, and the additional time is needed to help counsel work around medical needs so counsel will have enough time to properly do the work needed for this case.

T. Robin McIntyre
Attorney for Plaintiff
2101 Executive Park Dr.
Opelika, AL 36801
(334) 745-3223

CERTIFICATE OF SERVICE

  I do hereby certify that I have on this ____4____ day of __Jan_____,
2006, by U.S. Mail sent a copy of the above to:

Hon. Mac B. Greaves
Burr & Forman LLP
3100 South Trust Tower
420 North 20th Street
Birmingham, AL 35203

             /s/ T. Robin McIntyre
             T. Robin McIntyre