IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| BEATRICE L. WILLS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 3:05cv1019-SRW |
| ) | |
| SEARS ROEBUCK & CO., ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

Upon consideration of plaintiff's motion for enlargement of time (Doc. # 30), filed January 4, 2007, and for good cause, it is

ORDERED that the motion is GRANTED in part and DENIED in part as follows.

The settlement conference and response to motion for summary judgment is continued for the requested fourteen days.

The pretrial conference and the trial shall remain as set in the Uniform Scheduling Order.

DONE, this 8th day of January, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE