IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| BEATRICE WILLIS, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 3:05-CV-1019-W |
| SEARS, ROEBUCK & CO., | ) |
| Defendant. | ) |

**JOINT MOTION TO EXTEND DEADLINE TO SUBMIT
DEFENDANT'S REPLY BRIEF**

The plaintiff, Beatrice Willis, and the defendant, Sears Roebuck & Co., move this Court to extend the time for the defendant to submit its reply to the plaintiff's opposition to the defendant's motion for summary judgment by ten (10) days, making the deadline February 12, 2007, rather than February 2, 2007. As grounds for this Motion, the parties state as follows:

1. The current deadline for the defendant to file its response to the plaintiff's opposition to the defendant's motion for summary judgment is February 2, 2007.

2. The parties are currently engaged in meaningful settlement negotiations and have scheduled a face-to-face settlement conference on February 7, 2007. The parties believe that the requested extension will free up the parties' resources and allow them to put these resources towards settlement rather than towards preparing a reply brief. The parties are optimistic that this will increase the likelihood of settlement at the face-to-face conference, if not before.

3. Additionally, counsel for the defendant has a total of three motions for summary judgment and supporting briefs due on or before February 8, 2007. These cases include *Ford v. Cingular Wireless Employee Services*, CV-06-?-0 14, *Green v. R &L Foods*, CV-06-PWG-250,

1536910 v1

**MOTION GRANTED**

THIS 24/k DAY OF January, 20 07

*/s/ signature*

**UNITED STATES MAGISTRATE JUDGE**