IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| BEATRICE L. WILLIS,<br>    Plaintiff, | )<br>)<br>) |
| vs. | ) Civil Action No.: 3:05cv1019-SRW<br>) |
| SEARS ROEBUCK & CO.,<br>    Defendant. | )<br>) |

## NOTICE CONCERNING SETTLEMENT CONFERENCE AND MEDIATION

Counsel for the Plaintiff files the following:

1. A settlement conference between the parties counsel was held in Montgomery, Alabama, on February 7, 2006. A settlement in this matter was not possible at this time.

2. Beatrice L. Willis request court intervention in this case because she believes a settlement in this case is possible. Hon. Greaves, counsel for Sears, is currently checking with Sears for approval to have court intervention in this case.

                                                        T. Robin McIntyre<br>
                                                        Attorney for Plaintiff<br>
                                                        2101 Executive Park Dr.<br>
                                                        Opelika, AL 36801<br>
                                                        (334) 745-3223

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this ___12___ day of ___Feb___, 2007, by U.S. Mail sent a copy of the above to:

Hon. Mac B. Greaves
Burr & Forman LLP
3100 South Trust Tower
420 North 20th Street
Birmingham, AL 35203

_____
T. Robin McIntyre