IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| BEATRICE L. WILLIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 3:05cv1019-SRW |
| | ) |
| SEARS ROEBUCK & CO., | ) |
| | ) |
| Defendant. | ) |

**ORDER**

Upon consideration of defendant's motion to strike (Doc. # 36) filed February 12, 2007, and for good cause, it is

ORDERED that plaintiff file a response to the motion on or before March 13, 2007.

DONE, this 13th day of February, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE