**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION**

| | | |
|---|---|---|
| **BEATRICE WILLIS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION NO.  3:05-CV-1019-W** |
| | ) | |
| **SEARS, ROEBUCK & CO.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**DEFENDANT'S WITNESS LIST**

COMES NOW Defendant, Sears Roebuck & Co. ("Sears"), pursuant to Rule 26(a)(3) of

the Federal Rules of Civil Procedure and submits the following as its Witness List:

1.     Beatrice L. Willis (Expected)
       c/o T. Robin McIntyre
       2101 Executive Park Drive
       Opelika, Alabama 36801
       (334) 745-3223

2.     Kenneth Reese (Expected)
       163 Hunters Pointe Drive
       Villa Rica, Georgia 30180
       (770) 456-2569

3.     Terry Gandy (Expected)
       Sears Roebuck & Co.
       1400 Metro Center Drive
       Jackson, Mississippi 39209-7520
       (601) 360-0734

4.     Bryon Mason (Expected)
       c/o Sears Roebuck & Co.
       1627-5 Opelika Road
       Auburn, Alabama 36830
       (334) 502-2059

1544894

5.      Denise L. Smith (Expected)
        c/o T. Robin McIntyre
        2101 Executive Park Drive
        Opelika, Alabama 36801
        (334) 745-3223

6.      Ben Burdette (May Call)
        c/o Sears Roebuck & Co.
        1627-5 Opelika Road
        Auburn, Alabama 36830
        (334) 502-2059

7.      Jason Patrick (May Call)
        c/o Sears Roebuck & Co.
        5555 Whittlesey Blvd., Suite 3000
        Columbus, Georgia 31909
        (706) 571-6100

8.      John Lawrie (Expected)
        118 Washington Way
        LaGrange, Georgia 30240
        (706) 882-0106

9.      Jackie Dodson (Expected)
        2103 Waverly Parkway
        Lot #3
        Opelika, Alabama 36801

10.     Carolyn Landers (Expected)
        1359 Teaberry Court
        Auburn, Alabama 36830
        (334) 559-3486

11.     Nina Fitzwater (May Call)
        2506 Frederick Road
        Opelika, Alabama 36801
        (334) 745-7858

12.     Stephanie Darby (Expected)
        2601 New Orleans Street SW
        Apt. 1822
        Huntsville, AL 35805
        (256) 539-0764

1544894

13.     Shannon Bryant (Expected)
        4207 Oak Bowery Road
        Opelika, Alabama 36801

14.     Clint Till (Expected)
        13771 Halso Mill Road
        Greenville, Alabama 36037
        (334) 590-3233

15.     Merle Miller (May Call)
        (current address unknown)

16.     Leonor Franco (May Call)
        c/o Sears Roebuck & Co.
        3333 Beverly Road
        Hoffman, Estates, Illinois 60192-3322
        (847) 286-2500

17.     Tammy Calhoun (May Call)
        c/o Sears Roebuck & Co.
        1627-5 Opelika Road
        Auburn, Alabama 36830
        (334) 502-2059

18.     Stacy Dumas (May Call)
        c/o Sears Roebuck & Co.
        1627-5 Opelika Road
        Auburn, Alabama 36830
        (334) 502-2059

19.     Betty Graham (May Call)
        c/o Sears Roebuck & Co.
        1627-5 Opelika Road
        Auburn, Alabama 36830
        (334) 502-2059

20.     Barbara McDonald (May Call)
        c/o Sears Roebuck & Co.
        1627-5 Opelika Road
        Auburn, Alabama 36830
        (334) 502-2059

21.     Rosa Jackson (May Call)
        c/o Sears Roebuck & Co.
        1627-5 Opelika Road
        Auburn, Alabama 36830
        (334) 502-2059

22.     Brian Flinn (May Call)
        c/o Sears Roebuck & Co.
        1627-5 Opelika Road
        Auburn, Alabama 36830
        (334) 502-2059

23.     Any witnesses necessary for rebuttal.

24.     Any witnesses necessary for impeachment.

25.     Any witnesses listed by the plaintiff.

26.     Any witnesses discovered and disclosed prior to trial.


                                 _/s/ Mieke A. Hemstreet_____
                                 Mac B. Greaves (GRE007)
                                 Mieke A. Hemstreet (HEM007)
                                 Attorneys for Defendant
                                 SEARS ROEBUCK & CO.


**OF COUNSEL**:

BURR & FORMAN LLP
3100 Wachovia Tower
420 North 20th Street
Birmingham, Alabama  35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify I have served a copy of the above and foregoing pleading on counsel by filing the foregoing with the Clerk of the Court using the CM/EMF system and by U.S. First Class Mail on this 20th day of February, 2007:

> T. Robin McIntyre
> 2101 Executive Park Drive
> Opelika, AL   36801

_/s/ Mieke A. Hemstreet
OF COUNSEL

1544894