## IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

RECEIVED

| | | |
|---|---|---|
| **BEATRICE WILLIS,** | ) | |
| **Plaintiff,** | ) | 2007 FEB 23  P 12: 11 |
| | ) | |
| **vs.** | ) **Civil Action No.: 03-CV-05-1019-W** | |
| | ) | |
| **SEARS ROEBUCK & CO.,** | ) | |
| **Defendant.** | ) | |

### PLAINTIFF'S WITNESS LIST

Plaintiff, Beatrice Willis, pursuant to Rule 26(a)(3) of the Federal Rules of Civil Procedure, submits the following Witness List:

1.  Denise Smith (Expected)
    930 Holmes Ave.
    Auburn, AL 36830

2.  Shannon Bryant (Expected)
    4207 Oak Bowery Rd.
    Opelika, AL 36801

3.  Geraldine Barnes (May Call)
    744 Lochapoka Hwy
    Auburn, AL 36830

4.  Jimmie Tyson (May Call)
    1403 Douglas St.
    Opelika, AL 36801

5.  Byron Mason (Expected)
    1627-5 Opelika Rd.
    Auburn, AL 36830

6.  James Benson (Expected)
    165 Lee Rd. 453
    Waverly, AL 36879

7.   Anthony Smily (May Call)
     974 Madwind Rd.
     Jackson Gap, AL 36861

8.   Louis Collins (Expected)
     718 Tiger Town
     Opelika, AL 36801

9.  Greg Newton (May Call)
    1500 Eastdale Mall
    Montgomery, AL 36117

10.  Nina Fitzwater (May Call)
     Lee Co. Circuit Clerk's Office
     2311 Gateway Dr.
     Opelika, AL 36801

11.  Stephanie Darby (Expected)
     1627-5 Opelika Rd.
     Auburn, AL 36830

12.  Carolyn Landers (Expected)
     1359 Teaberry Court
     Auburn, AL 36830

13.  Clint Teal (Expected)
     13771 Halso Mill Rd.
     Greenville, AL 36037

14.  C/o Sears Roebuck & Co.
     1627-5 Opelika Rd.
     Auburn, AL 36830

        Kenneth Reese (Expected)
        Ben Burdette (May Call)
        John Lawrie (Expected)

15. Terry Gandy (Expected)
    Sears
    1001 Barnes Crossings Rd.
    Tupelo, MS 38804

16. Jason Patrick (May Call)
    C/o Sears
    5555 Whittlesey Blvd. Suite 3000
    Columbus, GA 31909

17. Jackie Dodson (Expected)
    2103 Waverly Pkwy.
    Lot # 3
    Opelika, AL 36801

18. Wilborn Sanders (Expected)
    1717 Centra Villa Dr., So. West, Apt. B-65
    Atlanta, GA 30311

19. Letha Lip (May Call)
    Columbus, GA.

20. Any witnesses necessary for rebuttal.

21. Any witnesses necessary for impeachment.

22. Any witnesses listed by defendant.

23. Any witnesses discovered and disclosed prior to trial.

T. Robin McIntyre
Attorney for Plaintiff
2101 Executive Park Dr.
Opelika, AL 36801
(334) 745-3223

# CERTIFICATE OF SERVICE

I do hereby certify that I have on this _23_ day of _Feb_ ,
2007, by hand delivery a copy of the above was delivered to:

Hon. Mac B. Greaves
Burr & Forman LLP
3100 South Trust Tower
420 North 20th Street
Birmingham, AL 35203

_____
T. Robin McIntyre