**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION**

| | | |
|---|---|---|
| **BEATRICE WILLIS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION NO.  3:05-CV-1019-W** |
| | ) | |
| **SEARS, ROEBUCK & CO.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**JOINT MOTION TO STAY PROCEEDINGS PENDING MEDIATION**

**COMES NOW** the plaintiff, Beatrice Willis ("Willis"), and the defendant, Sears,

Roebuck and Co. ("Sears"), and move this Court to stay the  proceedings and the remaining

deadlines set forth in the Court's November 3, 2006, Order pending mediation.  In support of this

Motion, the parties jointly state as follows:

1.      On or about November 3, 2006, the Court entered an Order in the above

referenced case resetting a number of deadlines including the February 5, 2007, trial date for

April 16, 2007.

2.      On or about March 9, 2007, the Court entered an Order setting the case for

mediation on April 6, 2007 and ordering each party submit its/her confidential mediation

position statement to the Court by April 3, 2007.

3.      The parties believe that staying the proceedings, including any remaining

deadlines set forth in the Court's November 3, 2006 Order until after the mediation, will free up

the parties' resources and allow them to put these resources towards preparing for the mediation

and towards settlement rather than meeting its remaining obligations in the Court's order and

otherwise preparing for trial.

4.    The undersigned has consulted with the plaintiff's counsel, and plaintiff's counsel has given the undersigned the authority to represent to the Court that he joins in filing this motion.  The undersigned is signing on behalf of both parties in an effort to expedite the filing and consideration of this motion.

**WHEREFORE, PREMISES CONSIDERED**, the parties respectfully request that the Court grant the parties' Joint Motion to Stay Proceedings Pending Mediation.

Respectfully submitted,


/s/ Mieke A. Hemstreet
Mac B. Greaves (GRE007)
Mieke A. Hemstreet (HEM007)
Attorneys for Defendant
SEARS, ROEBUCK AND CO.

OF COUNSEL:
BURR & FORMAN LLP
3100 Wachovia Tower
420 North 20th Street
Birmingham, Alabama  35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100

## CERTIFICATE OF SERVICE

I hereby certify I have served a copy of the above and foregoing pleading on counsel by U. S. Mail and filing the foregoing with the Clerk of the Court using the CM/EMF system on this the 27th day of March, 2007:

T. Robin McIntyre
2101 Executive Park Drive
Opelika, Al 36801

/s/ Mieke A. Hemstreet
OF COUNSEL