IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| BEATRICE WILLIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 3:05cv1019-SRW |
| ) | |
| SEARS, ROEBUCK & CO., ) | |
| ) | |
| Defendants. ) | |

## ORDER ON MOTION

Upon consideration of the parties' joint motion to stay (Doc. # 46), filed March 27, 2007, and for good cause, it is

ORDERED that the motion be and hereby is GRANTED.

DONE, this 27th day of March, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE