IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| BEATRICE L. WILLIS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION NO. 3:05cv1019-SRW ) |
| SEARS, ROEBUCK & CO., | ) ) |
| Defendant. | ) |

**ORDER**

On April 6, 2007, the court held a mediation conference in this case. At the conclusion of the mediation conference, the parties announced that they have reached a settlement. Accordingly, it is

ORDERED that on or before April 23, 2007, the parties shall file a joint motion to dismiss or other appropriate pleadings to close this case.

DONE, this 9th day of April, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE