IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| BEATRICE L. WILLIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 3:05CV1019-SRW |
| | ) | |
| SEARS, ROEBUCK & CO., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

For good cause, it is

ORDERED that the trial in this case be and hereby is CONTINUED generally

pending submission of a joint motion to dismiss pursuant to the settlement of this case.

DONE, this 13th day of April, 2007.


/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE