IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| BEATRICE WILLIS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION NO : |
| SEARS ROEBUCK AND CO., | ) 3:05-CV-1019-W ) ) |
| Defendant. | ) ) ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW the plaintiff and the defendant to the above-styled cause, and do hereby jointly stipulate and agree that the above-styled cause be dismissed, with prejudice, with each party to bear its own costs, attorneys' fees and expenses.

Dated this 30th of April 2007.

_____
Mac Greaves
Mieke A. Hemstreet
Attorneys for Defendant

OF COUNSEL:
BURR & FORMAN LLP
3100 Wachovia Tower
420 North 20th Street
Birmingham, Alabama 35203
Telephone: (205)251-3000
Facsimile: (205) 458-5100

1359985

/s/ Robin McIntyre
_____
T. Robin McIntyre
Attorney for Plaintiff

**OF COUNSEL:**
T. Robin McIntyre
2101 Executive Park Drive
Opelika, Alabama 36801
Telephone: (334) 745-3223
Facsimile: (334) 821-8777